RICHARD T. BOWLES #46234
KENNETH G. JONES  #196868
BOWLES & VERNA LLP
2121 N. California Boulevard, Suite 875
Walnut Creek, California  94596
Telephone:  (925) 935-3300
Facsimile:   (925) 935-0371
rbowles@bowlesverna.com
kjones@bowlesverna.com
Attorneys for Plaintiff
WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES of AMERICA for the Use and Benefit of WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS, and WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS,<br><br>Plaintiffs,<br><br>v.<br><br>DICK/MORGANTI, a joint venture, DICK CORPORATION, THE MORGANTI GROUP, AMERICAN CASUALTY COMPANY OF READING, PA, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.  C07-2564 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND RESPONSE DEADLINE** |

The parties hereto stipulate that good cause exists to extend the time for all defendants to respond to Webcor's Complaint herein to and including September 17, 2007.  The parties herein are currently involved in good faith efforts to resolve this complex construction dispute involving the newly constructed GSA Federal Building in San Francisco.  By allowing the defendants herein to have until September 17, 2007 to respond to Webcor's Complaint, significant judicial resources will be

00236696

-1-

**STIPULATION AND [PROPOSED] ORDER TO EXTEND RESPONSE DEADLINES**

1  conserved in that defendants may have received a response back from the Owner regarding the items
2  contained in the Complaint.
3      There have been no previous time modifications in this case and the current Case Management
4  Conference is scheduled for August 24, 2007. The parties herein request that this Case Management
5  Conference be rescheduled in November 2007.

6  DATED: June 28, 2007            BOWLES & VERNA LLP

8                                   By _____
9                                   KENNETH G. JONES
                                    Attorneys for Plaintiff Webcor
10                                  Construction, Inc. dba Webcor Builders

11
12 DATED: June 27, 2007             PECKAR & ABRAMSON, P.C.

13
14                                  By _____
                                    RAYMOND M. BUDDIE
15                                  Attorneys for Defendant Dick Morganti,
                                    Dick Corporation, The Morganti Group

16
17 DATED: June 27, 2007             PECKAR & ABRAMSON, P.C.

18
19                                  By _____
                                    RAYMOND M. BUDDIE
20                                  Attorneys for Defendant American Casualty
                                    Company of Reading, Pennsylvania

21
22 DATED: June 27, 2007             PECKAR & ABRAMSON, P.C.

23
24                                  By _____
                                    RAYMOND M. BUDDIE
25                                  Attorneys for Defendant National Union
                                    Fire Insurance Company of Pittsburgh,
26                                  Pennsylvania

27
28
00236696

Law Office Of
Bowles & Verna
2121 N. California Blvd.
Suite 875
Walnut Creek 94596

-2-

**STIPULATION AND [PROPOSED] ORDER TO EXTEND RESPONSE DEADLINES**

## [PROPOSED] ORDER

The Court has considered the Stipulation submitted by the parties, and good cause appearing, it is hereby Ordered that the deadline for all defendants to respond to Webcor's Complaint herein shall be extended to and include September 17, 2007.

It is further ordered that the Case Management Conference scheduled for August 24, 2007 be continued to _____, 2007.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____, 2007

_____
United States District Court Judge
Northern District Court of California

00236696

-3-

**STIPULATION AND [PROPOSED] ORDER TO EXTEND RESPONSE DEADLINES**

Law Office Of
Bowles & Verna
2121 N. California Blvd.
Suite 875
Walnut Creek 94596

**PROOF OF SERVICE**
USDC Northern District of California, Case No. C07-2564 CRB

I, the undersigned, declare as follows: I am a citizen of the United States, over the age of 18 years, and not a party to, or interested in the within entitled action. I am an employee of BOWLES & VERNA LLP, and my business address is 2121 N. California Blvd., Suite 875, Walnut Creek, California 94596.

On June 28, 2007, I served the following document(s):

**STIPULATION AND [PROPOSED] ORDER TO EXTEND RESPONSE DEADLINE**

on the following parties in this action addressed as follows:

Raymond M. Buddie
PECKAR & ABRAMSON, P.C.
250 Montgomery Street
16th Floor
San Francisco, CA 94104
tel. +1 415.837.1968
fax +1 415.837.1320

__XXX__ **BY MAIL:** I caused each such envelope, with postage thereon fully paid, to be placed in the United States mail at Walnut Creek, California. I am readily familiar with the business practice for collection and processing of mail in this office. That in the ordinary course of business said document(s) would be deposited with the U.S. Postal Service in Walnut Creek on that same day. I understand that service shall be presumed invalid upon motion of a party served if the postal cancellation date or postage meter date on the envelope is more than one day after the date of deposit for mailing contained on this affidavit.

____ **BY PERSONAL SERVICE:** I delivered each such envelope by hand to each party addressee above.

____ **BY OVERNIGHT DELIVERY:** I caused each envelope, with delivery fees provided for, to be deposited in a box regularly maintained by UPS/Federal Express. I am readily familiar with Bowles & Verna's practice for collection and processing of correspondence for overnight delivery and know that in the ordinary course of Bowles & Verna's business practice the document(s) described above will be deposited in a box or other facility regularly maintained by UPS/Federal Express or delivered to an authorized courier or driver authorized by UPS/Federal Express to receive documents on the same date that it is placed at Bowles & Verna for collection.

____ **BY FACSIMILE:** By use of facsimile machine number (925) 935-0371, I served a copy of the within document(s) on the above interested parties at the facsimile numbers listed above. The transmission was reported as complete and without error. The transmission report was properly issued by the transmitting facsimile machine.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on June 28, 2007, at Walnut Creek, California.

_____
Erica L. Dorrington