| | |
|---|---|
| 1 | RAYMOND M. BUDDIE    (SBN 121353) |
| 2 | TIMOTHY E. ELLIOTT    (SBN 210640) |
|   | RICK W. GRADY            (SBN 235976) |
| 3 | PECKAR & ABRAMSON, P.C. |
|   | 250 Montgomery Street, 16th Floor |
| 4 | San Francisco, CA 94104 |
| 5 | Telephone: (415) 837-1968 |
|   | Facsimile: (415) 837-1320 |
| 6 | Email: rbuddie@pecklaw.com |
| 7 |             telliott@pecklaw.com |
|   |             rgrady@pecklaw.com |

Attorneys for AMERICAN CASUALTY COMPANY OF READING, PA; and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES of AMERICA for the Use and Benefit of WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS, and WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS,<br><br>    Plaintiffs,<br><br>vs.<br><br>DICK/MORGANTI, a joint venture; DICK CORPORATION; THE MORGANTI GROUP; AMERICAN CASUALTY COMPANY OF READING, PA; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No.: 3:07-CV-02564-CRB<br><br>**NOTICE OF MOTION AND MOTION TO STAY PROCEEDINGS**<br><br>Hearing Date: August 24, 2007<br>Hearing Time: 10:00 a.m.<br>Location:    Courtroom 8 (19th Floor)<br>Judge:       Hon. Charles R. Breyer |

**TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEY OF RECORD:**

PLEASE TAKE NOTICE that on August 24, 2007 at 10:00 a.m., or as soon after as may be heard, in Courtroom 8 of the above-captioned Court, located at 450 Golden Gate Avenue, 19th Floor, San Francisco, California 94102, Defendants AMERICAN CASUALTY

1 COMPANY OF READING, PA and NATIONAL UNION FIRE INSURANCE COMPANY
2 OF PITTSBURGH, PA will, and hereby do, move the Court for an order staying plaintiffs'
3 action against all defendants herein.
4     This motion is based on the accompanying Memorandum of Points and Authorities, the
5 Declaration of Michael T. Ambroso, the papers and pleadings on file in this action, and any oral
6 argument this Court may allow.

Dated: July 20, 2007                                   PECKAR & ABRAMSON, P.C.

                                By:           /s/
                                    Raymond M. Buddie
                                    Timothy E. Elliott
                                    Rick W. Grady
                                    Attorneys for AMERICAN CASUALTY COMPANY OF READING, PA; and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA