# Exhibit A

| SOLICITATION, OFFER, AND AWARD (Construction, Alteration, or Repair) | 1. SOLICITATION NO. GS-09P-02-KTC-0002 | 2. TYPE OF SOLICITATION<br>☐ SEALED BID (IFB)<br>☒ NEGOTIATED (RFP) | 3. DATE ISSUED 1/25/02 | PAGE OF PAGES 1 of 1 |
|---|---|---|---|---|

IMPORTANT - The "offer" section on the reverse must be fully completed by the offeror.

| 4. CONTRACT NO. 9P-02-KTC-0002 | 5. REQUISITION/PURCHASE REQUEST NO. N/A | 6. PROJECT NO. NCA00049 |
|---|---|---|

| 7. ISSUED BY                CODE<br>GSA, PBS, PROPERTY DEVELOPMENT DIVISION<br>SAN FRANCISCO EXECUTIVE BRANCH, 9PCE<br>450 GOLDEN GATE AVE, 3RD FLOOR WEST<br>SAN FRANCISCO, CA 94102-3434 | 8. ADDRESS OFFER TO<br>GSA, PBS, PROPERTY DEVELOPMENT DIVISION<br>SAN FRANCISCO EXECUTIVE BRANCH, 9PCE<br>450 GOLDEN GATE AVE, 3RD FLOOR WEST<br>SAN FRANCISCO, CA 94102-3434 |
|---|---|

| 9. FOR INFORMATION CALL: | A. NAME CONNIE RUSSELL | B. TELEPHONE NO. (Include area code) (NO COLLECT CALLS) (415) 522-3130 |
|---|---|---|

SOLICITATION

NOTE: In sealed bid solicitations "offer" and "offeror" mean "bid" and "bidder".

10. THE GOVERNMENT REQUIRES PERFORMANCE OF THE WORK DESCRIBED IN THESE DOCUMENTS (Title, identifying no., date).

**********PHASE II*****************

PHASE 2 OF 2 REQUEST FOR PROPOSAL FOR CONSTRUCTION OF THE NEW FEDERAL OFFICE BUILDING, SAN FRANCISCO, CALIFORNIA

ESTIMATED COST RANGE:   OVER 100 MILLION DOLLARS

VOLUMES I, II, III AND IV OF THIS SOLICITATION AND AMENDMENTS (IF ANY) ARE HEREBY INCORPORATED BY REFERENCE IN THE RESULTING CONTRACT

FUNDS AVAILABLE

_Melanie Cooper_
5/6/02

11. The Contractor shall begin performance within  5  calendar days and complete it within  **  calendar days after receiving ☐ award, ☒ notice to proceed. This performance period is ☒ mandatory, ☐ negotiable. (See ** SECTION F

| 12A. THE CONTRACTOR MUST FURNISH ANY REQUIRED PERFORMANCE AND PAYMENT BONDS? (If "YES," indicate within how many calendar days after award in Item 12B.)<br>☒ YES   ☐ NO       SEE SECTION I 1 | 12B. CALENDAR DAYS<br>14 |
|---|---|

13. ADDITIONAL SOLICITATION REQUIREMENTS:

A. Sealed offers in original and  3  copies to perform the work required are due at the place specified in Item 8 by 2:00 (hour) local time (date) April 15, 2002 If this is a sealed bid solicitation, offers will be publicly opened at that time. Sealed envelopes containing offers shall be marked to show the offeror's name and address, the solicitation number, and the date and time offers are due.

B. An offer guarantee ☒ is, ☐ is not required.       SEE SECTION L 4

C. All offers are subject to the (1) work requirements, and (2) other provisions and clauses incorporated in the solicitation in full text or by reference.

D. Offers providing less than  90  calendar days for Government acceptance after the date offers are due will not be considered and will be rejected.

NSN 7540-01-155-3212         1443-102

STANDARD FORM 1442 (REV. 4-85)
Prescribed by GSA
FAR (48 CFR) 53.236-1 (d)

**OFFER** (Must be fully completed by offeror)

| | |
|---|---|
| AND ADDRESS OF OFFEROR (Include ZIP Code)<br>ick/Morganti/Nibbi, a Joint Venture<br>900 State Route 51<br>arge, PA 15025 | 15. TELEPHONE NO. (Include area)<br>412/384-1000<br>16. REMITTANCE ADDRESS (Include only if different than Item 14)<br>P. O. Box 10896<br>Pittsburgh, PA 15236 |
| 0GZY5    FACILITY CODE    03 793 7786 | |

offeror agrees to perform the work required at the prices specified below in strict accordance with the terms of this solicitation, if this offer is accepted by the Government in writing __ calendar days after the date __ offers are due. (Insert any number equal to or greater than the minimum requirement stated in Item 13D. Failure to insert any number he offeror accepts the minimum in Item 13D.)

I CERTIFY THAT THIS IS TRUE COPY OF THE ORIGINAL.

*Constance Russell* (signature)

NTS ▶  See Attachment I

CONSTANCE RUSSELL                05/06/02
CONTRACTING OFFICER

offeror agrees to furnish any required performance and payment bonds.

### 19. ACKNOWLEDGMENT OF AMENDMENTS
(The offeror acknowledges receipt of amendments to the solicitation - give number and date of each)

| IDMENT NO. | 1 | 2 | 3 | 4 | 5 | 6 | 7 | | |
|---|---|---|---|---|---|---|---|---|---|
| DATE | 2/11/02 | 2/15/02 | 2/26/02 | 3/6/02 | 3/8/02 | 3/14/02 | 4/1/02 | | |

| | 20B. SIGNATURE | 20C. OFFER DATE |
|---|---|---|
| AME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER<br>Type or print) John T. Sebastian, Corporate Vice President<br>uthorized Representative of<br>ick/Morganti/Nibbi, a Joint Venture | *John* (signature) | April 15, 2002 |

**AWARD** (To be completed by Government)

CCEPTED:
SE BID (BASE CONTRACT) IN THE AMOUNT OF $3,572,000. NOTE: THE AWARD OF THIS CONTRACT
IS CONTINGENT UPON THE CONTRACTOR SATISFING THE REQUIREMENTS OF THE SMALL BUSINESS
SUBCONTRACTING PROGRAM.

P/354-1145

| MOUNT<br>$3,572,000.00 | 23. ACCOUNTING AND APPROPRIATION DATA<br>192.X.P0940001.51.25.211.516.NCA00049.CA0305ZZ $579,000<br>192.X.P0940001.51.25.310.516.NCA00049.CA0305ZZ $2,975,000 | |
|---|---|---|
| JBIT INVOICES TO ADDRESS SHOWN IN<br>(4 copies unless otherwise specified) | ITEM<br>27    9PCE | 25. OTHER THAN FULL AND OPEN COMPETITION PURSUANT TO<br>☐ 10 U.S.C. 2304(c) (  )    ☐ 41 U.S.C. 253(c) (  ) |
| DMINISTERED BY    CODE<br>eneral Services Administration<br>BS, Property Development Division<br>50 Golden Gate Avenue<br>an Francisco, CA 94102 | | 27. PAYMENT WILL BE MADE BY<br>General Services Administration (7BCPC)<br>Accounts Payable Branch<br>P.O. Box 17181<br>Fort Worth, TX 76102 |

**CONTRACTING OFFICER WILL COMPLETE ITEM 28 OR 29 AS APPLICABLE**

| ☐ 28. NEGOTIATED AGREEMENT (Contractor is required to sign this ment and return __ copies to issuing office.) Contractor agrees to furnish and er all items or perform all work requirements identified on this form and any continuation ts for the consideration stated in this contract. The rights and obligations of the parties to contract shall be governed by (a) this contract award, (b) the solicitation, and (c) the ses, representations, certifications and specifications incorporated by reference in or hed to this contract. | ☒ 29. AWARD (Contractor is not required to sign this document.) Your offer on this solicitation is hereby accepted as to the items listed. This award consummates the contract, which consists of (a) the Government solicitation and your offer, and (b) this contract award. No further contractual document is necessary. |
|---|---|
| NAME AND TITLE OF CONTRACTOR OR PERSON AUTHORIZED TO SIGN<br>e or print) | 31A. NAME OF CONTRACTING OFFICER (Type or print)<br>CONSTANCE RUSSELL |
| GNATURE | 30C. DATE | 31B. UNITED STATES OF AMERICA<br>BY *Constance Russell* | 31C. AWARD DATE<br>05/06/02 |

STANDARD FORM 1442 BACK (REV. 4-85)