1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9          NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES of AMERICA for the Use and Benefit of WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS, and WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS,<br><br>Plaintiffs,<br><br>vs.<br><br>DICK/MORGANTI, a joint venture; DICK CORPORATION; THE MORGANTI GROUP; AMERICAN CASUALTY COMPANY OF READING, PA; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 3:07-CV-02564-CRB<br><br>**[PROPOSED] ORDER REGARDING MOTION TO STAY PROCEEDINGS**<br><br>Hearing Date: August 24, 2007<br>Hearing Time: 10:00 a.m.<br>Location:<br>Judge:       Charles R. Breyer |

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1
[PROPOSED] ORDER REGARDING MOTION TO STAY PROCEEDINGS    Case No.: 3:07-CV-02564-CRB

LAW OFFICES
Peckar & Abramson
A Professional Corporation

## [PROPOSED] ORDER

The Court has considered the Motion submitted by Defendants AMERICAN CASUALTY COMPANY OF READING, PA; and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and good cause appearing, it is hereby Ordered that each of the causes of action in the Complaint of Plaintiffs UNITED STATES of AMERICA for the Use and Benefit of WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS, and WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS is hereby STAYED. This STAY shall remain in effect until completion of the disputes resolution process between Defendants DICK/MORGANT; DICK CORPORATION; MORGANTI TEXAS, INC.; AMERICAN CASUALTY COMPANY OF READING, PA; and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, on the one hand, and the General Services Administration of the United States Government, on the other hand, with respect to all claims related to the construction of the New Federal Office Building located at Seventh and Mission Streets in San Francisco, California.

**IT IS SO ORDERED.**

Dated: _____, 2007

_____
United States District Court Judge
Northern District Court of California