| | |
|---|---|
| 1 | RAYMOND M. BUDDIE    (SBN 121353) |
| 2 | TIMOTHY E. ELLIOTT    (SBN 210640) |
|  | RICK W. GRADY    (SBN 235976) |
| 3 | PECKAR & ABRAMSON, P.C. |
| 4 | 250 Montgomery Street, 16th Floor |
|  | San Francisco, CA 94104 |
| 5 | Telephone: (415) 837-1968 |
|  | Facsimile: (415) 837-1320 |
| 6 | Email: rbuddie@pecklaw.com |
| 7 |         telliott@pecklaw.com |
|  |         rgrady@pecklaw.com |
| 8 |  |
| 9 | PATRICK HALLINAN    (SBN 33838 ) |
|  | KENNETH WINE    (SBN 142385) |
| 10 | LAW OFFICES OF HALLINAN & WINE |
| 11 | 345 Franklin Street |
|  | San Francisco, CA 94102 |
| 12 | Telephone: (415) 621-2400 |
|  | Facsimile:  (415) 575-9930 |
| 13 | Email:  butchhallinan@hotmail.com |
|  |         kenwine@hotmail.com |
| 14 | Attorneys for Defendants, Counter-Claimants and Third Party Complainants, AMERICAN CASUALTY COMPANY OF READING, PA; and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA |
| 15 |  |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES of AMERICA for the Use and Benefit of WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS, and WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS,<br><br>          Plaintiffs,<br>vs.<br><br>DICK/MORGANTI, a joint venture; DICK CORPORATION; THE MORGANTI GROUP; AMERICAN CASUALTY COMPANY OF READING, PA; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and DOES 1 through 10, inclusive,<br><br>          Defendants. | Case No.: 3:07-CV-02564-CRB<br><br>**NOTICE OF ASSOCIATION OF COUNSEL** |

AND ALL RELATED COUNTER-CLAIMS AND THIRD-PARTY COMPLAINTS.

Defendants and Third Party Complainants AMERICAN CASUALTY COMPANY OF READING, PA and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA hereby associate as counsel of record attorneys Patrick Hallinan, Esq. and Kenneth Wine, Esq. of the Law Offices of Hallinan & Wine, 345 Franklin Street, San Francisco, CA 94102, Telephone: (415) 621-2400; Facsimile: (415) 575-9930 in the above-captioned action.

Dated: August 9, 2007        PECKAR & ABRAMSON, P.C.

By:   /s/ *Rick W. Grady*
Raymond M. Buddie (SBN 121353)
Timothy E. Elliott (SBN 210640)
Rick W. Grady (SBN 235976)
Attorneys for DICK/MORGANTI; DICK CORPORATION; THE MORGANTI GROUP; AMERICAN CASUALTY COMPANY OF READING, PA; and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA

I HEREBY CONSENT TO THIS ASSOCIATION OF COUNSEL.

Dated: August 9, 2007        HALLINAN & WINE

By:   /s/ *Patrick Hallinan*
Kenneth H. Wine, Esq.
Patrick Hallinan, Esq.
Associated Counsel for DICK/MORGANTI; DICK CORPORATION; THE MORGANTI GROUP; AMERICAN CASUALTY COMPANY OF READING, PA; and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA

LAW OFFICES
Peckar & Abramson
A Professional Corporation