1 | RAYMOND M. BUDDIE     (SBN 121353)
2 | TIMOTHY E. ELLIOTT     (SBN 210640)
  | RICK W. GRADY         (SBN 235976)
3 | PECKAR & ABRAMSON, P.C.
  | 250 Montgomery Street, 16th Floor
4 | San Francisco, CA 94104
  | Telephone: (415) 837-1968
5 | Facsimile: (415) 837-1320
6 | Email: rbuddie@pecklaw.com
  |        telliott@pecklaw.com
7 |        rgrady@pecklaw.com

8 |
9 | PATRICK HALLINAN      (SBN 33838 )
  | KENNETH WINE          (SBN 142385)
  | LAW OFFICES OF HALLINAN & WINE
10 | 345 Franklin Street
11 | San Francisco, CA 94102
  | Telephone: (415) 621-2400
12 | Facsimile:  (415) 575-9930
  | Email:  butchhallinan@hotmail.com
13 |         kenwine@hotmail.com

14 | Attorneys for Defendants, Counter-Claimants and Third Party Complainants, AMERICAN CASUALTY COMPANY OF READING, PA; and NATIONAL UNION FIRE INSURANCE
15 | COMPANY OF PITTSBURGH, PA

16 |                     UNITED STATES DISTRICT COURT
17 |         NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES of AMERICA for the Use and Benefit of WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS, and WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS, | Case No.: 3:07-CV-02564-CRB |
| Plaintiffs, | **PROOF OF SERVICE** |
| vs. | |
| DICK/MORGANTI, a joint venture; DICK CORPORATION; THE MORGANTI GROUP; AMERICAN CASUALTY COMPANY OF READING, PA; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and DOES 1 through 10, inclusive, | |
| Defendants. | |

AND ALL RELATED COUNTER-CLAIMS AND THIRD-PARTY COMPLAINTS.

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is PECKAR & ABRAMSON, 250 Montgomery Street, 16TH Floor, San Francisco, California 94104. On February 20, 2007, I served the within documents:

1. **REPLY OF DEFENDANTS AMERICAN CASUALTY COMPANY OF READING, PA AND NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA TO OPPOSITION OF PLAINTIFF WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS TO MOTION TO STAY; and**

2. **DECLARATION OF MICHAEL T. AMBROSO IN SUPPORT OF REPLY TO OPPOSITION TO MOTION TO STAY PROCEEDINGS.**

☒ by sending the document(s) listed above via electronic transmission (e-mail) to the parties set forth below:

Richard T. Bowles
Kenneth G. Jones
Bowles & Verna LLP
2121 N. California Blvd., Suite 875
Walnut Creek, CA 94596
Telephone:    (925) 935-3300
Facsimile:    (925) 935-0371
Email: rbowles@bowlesverna.com
       kjones@bowlesverna.com
*Attorneys for Plaintiff, WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS*

I am readily familiar with the firm's practice of collection and processing correspondence for mailing and Fed Ex. Under these practices it would be deposited with U.S. Postal Service or Fed Ex on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 10, 2007, at San Francisco, California.

| Marissa Y. Otellini | /s/ Marissa Y. Otellini |
|---|---|
| Printed Name | Signature Line |