**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **August 24, 2007**

**C-07-02564 CRB**

**USA** v. **DICK/MORGANTI**

| Attorneys: | Kenneth Jones | Raymond Buddie, Patrick Hallinan Rick Grady |
|---|---|---|
| | | Steven Iriki, Steven Brocklage |

Deputy Clerk: **BARBARA ESPINOZA**            Reporter: **Sahar McVickar**

**PROCEEDINGS:**                                                                         **RULING:**

1. Case Management Conference   -   Held

2. 

3. 

**ORDERED AFTER HEARING:**

Court grants leave to amend complaint. Court to issue a scheduling order.

( ) ORDER TO BE PREPARED BY:    Plntf _____   Deft _____   Court _____

( ) Referred to Magistrate Judge For: _____

(X) CASE CONTINUED TO September 21, 2007 @ 10:00 for Status Conference/Motion to Stay

Discovery Cut-Off _____                                 Expert Discovery Cut-Off _____

Plntf to Name Experts by _____                     Deft to Name Experts by _____

P/T Conference Date _____   Trial Date _____   Set for _____ days
                        Type of Trial:  ( )Jury    ( )Court

Notes: _____