| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| RICK W. GRADY, ESQ. (235976)<br>PECKAR & ABRAMSON<br>250 Montgomery Street, 16th Floor<br>San Francisco, California 94104 | (415) 837-1968 | |
| Attorneys for: PLAINTIFFS | Ref. No. Or File No.<br>W2482473 | |

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff: UNITED STATES OF AMERICA, etc., et al.

Defendant: AMERICAN CASUALTY COMPANY OF READING, PA, et al.

| PROOF OF SERVICE | Date: | Time: | Dept/Div: | Case Number:<br>3:07-CV-02564-CRB |
|---|---|---|---|---|

I, B. Anderson, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, a Citizen of the United States, over the age of eighteen, and not a party to the within action;

I served the: THIRD PARTY SUMMONS IN A CIVIL ACTION; THIRD PARTY COMPLAINT; GENERAL ORDER NO. 45 - ELECTRONIC CASE FILING; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; ORDER SETTING CASE MANAGEMENT CONFERENCE; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT COURT - CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; NOTICE OF MOTION AND MOTION TO STAY PROCEEDINGS; STIPULATION AND ORDER TO EXTEND RESPONSE DEADLINE; DECLARATION OF MIKE AMBROSO IN SUPPORT OF MOTION TO STAY; ORDER BY JUDGE CHARLES R. BREYER GRANTING MOTION TO CONTINUE DEFERRING RULING O MOTION TO STAY; NOTICE OF ASSOCIATION OF COUNSEL

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant        : PERMASTEELISA GROUP USA HOLDINGS CORP., a Delaware corporation fdba PERMASTEELISA CLADDING TECHNOLOGIES, LTD.
By Serving       : MARGARET WILSON, Authorized Agent of CT CORPORATION SYSTEM, Agent for Service of Proces
Address          : 818 W. Seventh Street, Los Angeles, California 90017
Date & Time      : Thursday, August 23, 2007 @ 3:05 p.m.
Witness fees were: Not applicable.

Person serving:
B. Anderson
Wheels of Justice, Inc.
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
  (1) Employee or independent contractor
  (2) Registration No.: 3991
  (3) County: Los Angeles
  (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: August 23, 2007        Signature: _____
                                        B. Anderson


Printed on recycled paper