| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| RICK W. GRADY, ESQ. (235976)<br>PECKAR & ABRAMSON<br>250 Montgomery Street, 16th Floor<br>San Francisco, California 94104 | (415) 837-1968 | |
| | Ref. No. Or File No.<br>W2482471 | |
| Attorneys for: PLAINTIFFS | | |
| Insert name of court, judicial district and branch court, if any:<br>UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA | | |

Plaintiff: UNITED STATES OF AMERICA, etc., et al.

Defendant: AMERICAN CASUALTY COMPANY OF READING, PA, et al.

| PROOF OF SERVICE | Date: | Time: | Dept/Div: | Case Number:<br>3:07-CV-02564-CRB |
|---|---|---|---|---|

I, Stephen Sabol, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, a Citizen of the United States, over the age of eighteen, and not a party to the within action;

I served the: THIRD PARTY SUMMONS IN A CIVIL ACTION; THIRD PARTY COMPLAINT; GENERAL ORDER NO. 45 - ELECTRONIC CASE FILING; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; ORDER SETTING CASE MANAGEMENT CONFERENCE; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT COURT - CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; NOTICE OF MOTION AND MOTION TO STAY PROCEEDINGS; STIPULATION AND ORDER TO EXTEND RESPONSE DEADLINE; DECLARATION OF MIKE AMBROSO IN SUPPORT OF MOTION TO STAY; ORDER BY JUDGE CHARLES R. BREYER GRANTING MOTION TO CONTINUE DEFERRING RULING O MOTION TO STAY; NOTICE OF ASSOCIATION OF COUNSEL

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant        : ROSENDIN ELECTRIC, INC., a California corporation

By Serving       : RICHARD WILDER, Human Resources Manager/Authorized to Accept Service of Process

Address          : 880 Mabury Road, San Jose, California 95133
Date & Time      : Wednesday, August 22, 2007 @ 2:06 p.m.
Witness fees were: Not applicable.

Person serving:
Stephen Sabol
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 382
   (3) County: San Francisco
   (4) Expires: 1/9/09

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: August 22, 2007                    Signature: _____
                                                    Stephen Sabol


Printed on recycled paper