1  RAYMOND M. BUDDIE      (SBN 121353)
   RICK W. GRADY          (SBN 235976)
2  TIMOTHY E. ELLIOTT     (SBN 210640)
   PECKAR & ABRAMSON, P.C.
3  250 Montgomery Street, 16th Floor
   San Francisco, CA 94104
4  Telephone: (415) 837-1968
5  Facsimile:  (415) 837-1320

6  Attorneys for defendants AMERICAN CASUALTY COMPANY OF READING, PA; and NATIONAL
   UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA
7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10  UNITED STATES OF AMERICA for the Use and Benefit of WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS, AND WEBCOR BUILDERS,<br><br>13           Plaintiffs,<br><br>14  vs.<br><br>15  DICK/MORGANTI, a joint venture; DICK CORPORATION; THE MORGANTI GROUP; AMERICAN CASUALTY COMPANY OF READINGS, PA; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA and DOES 1 through 10, inclusive,<br><br>19           Defendants. | Case No. 3:07-CV-02564-CRB<br><br>STIPULATION AND [PROPOSED] ORDER TO EXTEND RESPONSE DEADLINE |

21      The parties hereto stipulate that good cause exists to extend the time for Marelich

22  Mechanical Co., Inc. ("Marelich") to answer, move or otherwise respond to the Third Party

23  Complaint for Declaratory Relief filed herein by Defendants and Third Party Complainants

24  American Casualty Company of Reading, PA and National Union Fire Insurance Company of

25  Pittsburgh, PA (the "Sureties") to and including November 1, 2007.  Marelich and the Sureties

26  are currently involved in good faith efforts to resolve issues related to this case, which arises

27  from the complex construction project known as the new U.S. General Services Administration

28  Building in San Francisco.  By allowing Marelich to have until November 1, 2007 to answer,

---

LAW OFFICES
Peckar &
Abramson
A Professional Corporation

1

STIPULATION AND [PROPOSED] ORDER TO EXTEND RESPONSE        Case No.: 3:07-CV-02564-CRB
DEADLINE
17385

1  move or otherwise respond to said Third Party Complaint, significant judicial resources will be
2  conserved.
3      Good cause appearing, it is hereby Ordered that the deadline for Marelich to answer,
4  move or otherwise respond to the Sureties' Third Party Complaint shall be extended to and
5  including November 1, 2007.

**AGREED TO BY:**

Dated: September 5, 2007

MARELICH MECHANICAL CO, INC.

By: _____
Counsel for Marelich Mechanical Co., Inc.

Dated: September 10, 2007

PECKAR & ABRAMSON, P.C.

By: _____
Raymond M. Buddie
Timothy E. Elliott
Rick W. Grady
Attorneys for AMERICAN CASUALTY
COMPANY OF READINGS, PA

Dated: September 10, 2007

PECKAR & ABRAMSON, P.C.

By: _____
Raymond M. Buddie
Timothy E. Elliott
Rick W. Grady
Attorneys for NATIONAL UNION FIRE
INSURANCE COMPANY OF
PITTSBURGH, PA

**IT IS SO ORDERED**

Dated: September ____, 2007

By: _____
Honorable Charles E. Breyer

Law Offices
Peckar & Abramson
A Professional Corporation

2

STIPULATION AND [PROPOSED] ORDER TO EXTEND RESPONSE DEADLINE

Case No.: 3:07-CV-02564-CRB

17385