| | |
|---|---|
| 1 | RAYMOND M. BUDDIE    (SBN 121353) |
| 2 | TIMOTHY E. ELLIOTT   (SBN 210640) |
|   | RICK W. GRADY        (SBN 235976) |
| 3 | PECKAR & ABRAMSON, P.C. |
|   | 250 Montgomery Street, 16th Floor |
| 4 | San Francisco, CA 94104 |
| 5 | Telephone: (415) 837-1968 |
|   | Facsimile: (415) 837-1320 |
| 6 | Email: rbuddie@pecklaw.com |
|   |        telliott@pecklaw.com |
| 7 |        rgrady@pecklaw.com |

PATRICK HALLINAN      (SBN 33838)
KENNETH WINE          (SBN 142385)
LAW OFFICES OF HALLINAN & WINE
345 Franklin Street
San Francisco, CA 94102
Telephone: (415) 621-2400
Facsimile:  (415) 575-9930
Email:  butchhallinan@hotmail.com
        kenwine@hotmail.com

Attorneys for Defendants, Counter-Claimants and Third Party Complainants, AMERICAN CASUALTY COMPANY OF READING, PA; and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES of AMERICA for the Use and Benefit of WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS, and WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS,<br><br>Plaintiffs,<br><br>vs.<br><br>DICK/MORGANTI, a joint venture; DICK CORPORATION; THE MORGANTI GROUP; AMERICAN CASUALTY COMPANY OF READING, PA; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 3:07-CV-02564-CRB<br><br>**NOTICE OF CHANGE OF ADDRESS** |

TO THE COURT AND TO ALL INTERESTED PARTIES HEREIN:

PLEASE TAKE NOTICE THAT effective immediately, the address of the law offices of Peckar & Abramson, P.C. will change to:

    PECKAR & ABRAMSON, P.C.

    455 Market Street, 21st Floor

    San Francisco, California 94105

The telephone and facsimile numbers will remain the same.

Dated: September 14, 2007          PECKAR & ABRAMSON, P.C.

By: _____/s/_____
Raymond M. Buddie, Esq.
Rick W. Grady, Esq.
Timothy E. Elliott, Esq.
Attorneys for defendants AMERICAN CASUALTY COMPANY OF READING, PA; and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA