|   |   |
|---|---|
| 1 | RAYMOND M. BUDDIE      (SBN 121353) |
| 2 | TIMOTHY E. ELLIOTT     (SBN 210640) |
|   | RICK W. GRADY          (SBN 235976) |
| 3 | PECKAR & ABRAMSON, P.C. |
| 4 | 455 Market Street, 21st Floor |
|   | San Francisco, California 94105 |
| 5 | Telephone: (415) 837-1968 |
|   | Facsimile: (415) 837-1320 |
| 6 | Email: rbuddie@pecklaw.com |
| 7 |        telliott@pecklaw.com |
|   |        rgrady@pecklaw.com |
| 8 |   |
| 9 | PATRICK HALLINAN       (SBN 33838) |
|   | KENNETH WINE           (SBN 142385) |
| 10 | LAW OFFICES OF HALLINAN & WINE |
|   | 345 Franklin Street |
| 11 | San Francisco, CA 94102 |
| 12 | Telephone: (415) 621-2400 |
|   | Facsimile:  (415) 575-9930 |
| 13 | Email: butchhallinan@hotmail.com |
|   |        kenwine@hotmail.com |
| 14 | Attorneys for Defendants, Counter-Claimants and Third Party Complainants, AMERICAN |
| 15 | CASUALTY COMPANY OF READING, PA; and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| UNITED STATES of AMERICA for the Use and Benefit of WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS, and WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS,<br><br>        Plaintiffs,<br><br>vs.<br><br>DICK/MORGANTI, a joint venture; DICK CORPORATION; THE MORGANTI GROUP; AMERICAN CASUALTY COMPANY OF READING, PA; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No.: 3:07-CV-02564-CRB<br><br>**PROOF OF SERVICE** |
|---|---|

AND ALL RELATED COUNTER-CLAIMS
AND THIRD-PARTY COMPLAINTS.

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is PECKAR & ABRAMSON, 455 Market Street, 21st Floor, San Francisco, California 94104. On February 20, 2007, I served the within documents:

**NOTICE OF CHANGE OF ADDRESS**

☒     by sending the document(s) listed above via electronic transmission (e-mail) to the parties set forth below:

       Richard T. Bowles
       Kenneth G. Jones
       Bowles & Verna LLP
       2121 N. California Blvd., Suite 875
       Walnut Creek, CA 94596
       Telephone:    (925) 935-3300
       Facsimile:    (925) 935-0371
       Email: rbowles@bowlesverna.com
                kjones@bowlesverna.com
       *Attorneys for Plaintiff, WEBCOR*
       *CONSTRUCTION, INC. dba WEBCOR*
       *BUILDERS*

I am readily familiar with the firm's practice of collection and processing correspondence for mailing and Fed Ex. Under these practices it would be deposited with U.S. Postal Service or Fed Ex on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒     (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on September 14, 2007, at San Francisco, California.

| Sabina van Kempen | /s/ Sabina van Kempen |
|---|---|
| Printed Name | Signature Line |