1  RAYMOND M. BUDDIE    (SBN 121353)
   TIMOTHY E. ELLIOTT   (SBN 210640)
2  RICK W. GRADY        (SBN 235976)
3  PECKAR & ABRAMSON, P.C.
   250 Montgomery Street, 16th Floor
4  San Francisco, CA 94104
5  Telephone: (415) 837-1968
   Facsimile: (415) 837-1320
6  Email: rbuddie@pecklaw.com
           telliott@pecklaw.com
7          rgrady@pecklaw.com
8
   PATRICK HALLINAN     (SBN 33838)
9  KENNETH WINE         (SBN 142385)
   LAW OFFICES OF HALLINAN & WINE
10 345 Franklin Street
11 San Francisco, CA 94102
   Telephone: (415) 621-2400
12 Facsimile:  (415) 575-9930
   Email: butchhallinan@hotmail.com
13         kenwine@hotmail.com
14 Attorneys for Defendants, Counter-Claimants and Third Party Complainants, AMERICAN
   CASUALTY COMPANY OF READING, PA; and NATIONAL UNION FIRE
15 INSURANCE COMPANY OF PITTSBURGH, PA

16                          UNITED STATES DISTRICT COURT
17        NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES of AMERICA for the Use and Benefit of WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS, and WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS,<br><br>        Plaintiffs,<br>vs.<br><br>DICK/MORGANTI, a joint venture; DICK CORPORATION; THE MORGANTI GROUP; AMERICAN CASUALTY COMPANY OF READING, PA; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No.: 3:07-CV-02564-CRB<br><br>**PROOF OF SERVICE** |

1  AND ALL RELATED COUNTER-
2  CLAIMS AND THIRD-PARTY
   COMPLAINTS.
3
                    **PROOF OF SERVICE**
4
   STATE OF CALIFORNIA         )
5                              )  SS
   COUNTY OF SAN FRANCISCO     )
6
7      I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is PECKAR & ABRAMSON, 455 Market Street, 21st Floor, San Francisco, California 94105. On September 14, 2007, I served the within documents:
8
9                    **AMENDED SCHEDULING ORDER**

10     ☒   by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as follows:
11
12
13     ☐   by arranging for personal delivery through a delivery service by providing the service with a sealed envelope fully addressed as set forth below.
14
15     I am readily familiar with the firm's practice of collection and processing correspondence for mailing and Fed Ex. Under these practices it would be deposited with U.S. Postal Service or Fed Ex on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, services is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.
16
17
18     ☒   (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.
19
       Executed on August 28, 2007, at San Francisco, California.
20
       _____Sabina van Kempen_____          _____/s/Sabina van Kempen_____
21           Printed Name                          Signature Line

22

23

24

25

26

27

28

| | | |
|---|---|---|
| 1 | | **SERVICE LIST** |
| 2 | Vernon H. Boyett | Corporation Service Company Which will do |
| 3 | P.O. Box 727 | Business in California as CSC – Lawyers |
|   | Clements, California 95227 | Incorporated Service |
| 4 | *Agent for Service of Process for Boyett* | P.O. Box 526036 |
|   | *Construction, Inc.* | Sacramento, California 95852 |
| 5 | | *Agent for Service of Process for Marelich* |
| 6 | | *Mechanical Co., Inc.* |
| 7 | CT Corporation System | CT Corporation System |
|   | 818 West Seventh Street | 818 West Seventh Street |
| 8 | Los Angeles, California 90017 | Los Angeles, California 90017 |
| 9 | *Agent for Service of Process for* | *Agent for Service of Process for* |
|   | *Performance Contracting Group, Inc.* | *Permasteelisa Group USA Holdings Corp* |
| 10 | | |
| 11 | CT Corporation System | Brian Schwartz |
|    | 818 West Seventh Street | 880 Mabury Rd. |
| 12 | Los Angeles, California 90017 | San Jose, California 95133 |
|    | *Agent for Service of Process for* | *Agent for Process of Service for Rosendin* |
| 13 | *Permasteelisa Cladding Technologies, LTD* | *Electric, Inc.* |

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LAW OFFICES
Peckar &
Abramson
A Professional Corporation

3

PROOF OF SERVICE     Case No.: 3:07-CV-02564-CRB