RAYMOND M. BUDDIE     (SBN 121353)
RICK W. GRADY         (SBN 235976)
TIMOTHY E. ELLIOTT    (SBN 210640)
PECKAR & ABRAMSON, P.C.
250 Montgomery Street, 16th Floor
San Francisco, CA 94104
Telephone: (415) 837-1968
Facsimile:  (415) 837-1320

Attorneys for defendants AMERICAN CASUALTY COMPANY OF READING, PA; and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA for the Use and Benefit of WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS, AND WEBCOR BUILDERS,<br><br>Plaintiffs,<br><br>vs.<br><br>DICK/MORGANTI, a joint venture; DICK CORPORATION; THE MORGANTI GROUP; AMERICAN CASUALTY COMPANY OF READINGS, PA; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 3:07-CV-02564-CRB<br><br>STIPULATION AND [PROPOSED] ORDER TO EXTEND RESPONSE DEADLINE |

The parties hereto stipulate that good cause exists to extend the time for Marelich Mechanical Co., Inc. ("Marelich") to answer, move or otherwise respond to the Third Party Complaint for Declaratory Relief filed herein by Defendants and Third Party Complainants American Casualty Company of Reading, PA and National Union Fire Insurance Company of Pittsburgh, PA (the "Sureties") to and including November 1, 2007.  Marelich and the Sureties are currently involved in good faith efforts to resolve issues related to this case, which arises from the complex construction project known as the new U.S. General Services Administration Building in San Francisco.  By allowing Marelich to have until November 1, 2007 to answer,

LAW OFFICES
Peckar & Abramson
A Professional Corporation

STIPULATION AND [PROPOSED] ORDER TO EXTEND RESPONSE DEADLINE     Case No.: 3:07-CV-02564-CRB

17385

1  move or otherwise respond to said Third Party Complaint, significant judicial resources will be
2  conserved.
3      Good cause appearing, it is hereby Ordered that the deadline for Marelich to answer,
4  move or otherwise respond to the Sureties' Third Party Complaint shall be extended to and
5  including November 1, 2007.

**AGREED TO BY:**

Dated: September 5, 2007                    MARELICH MECHANICAL CO, INC.

                                            By: _____
                                            Counsel for Marelich Mechanical Co., Inc.

Dated: September 10, 2007                   PECKAR & ABRAMSON, P.C.

                                            By: _____
                                            Raymond M. Buddie
                                            Timothy E. Elliott
                                            Rick W. Grady
                                            Attorneys for AMERICAN CASUALTY
                                            COMPANY OF READINGS, PA

Dated: September 10, 2007                   PECKAR & ABRAMSON, P.C.

                                            By: _____
                                            Raymond M. Buddie
                                            Timothy E. Elliott
                                            Rick W. Grady
                                            Attorneys for NATIONAL UNION FIRE
                                            INSURANCE COMPANY OF
                                            PITTSBURGH, PA

**IT IS SO ORDERED**

Dated: September 14, 2007

                                            By: _____
                                            Honorable Charles R. Breyer

*IT IS SO ORDERED — Judge Charles R. Breyer, United States District Court, Northern District of California*

LAW OFFICES
Peckar & Abramson
A Professional Corporation

STIPULATION AND [PROPOSED] ORDER TO EXTEND RESPONSE DEADLINE
17385

2                                           Case No.: 3:07-CV-02564-CRB