1 | RAYMOND M. BUDDIE (SBN 121353)
  | RICK W. GRADY (SBN 235976)
2 | TIMOTHY E. ELLIOTT (SBN 210640)
  | PECKAR & ABRAMSON, P.C.
3 | 455 Market Street, 21st Floor
  | San Francisco, CA 94105
4 | Telephone: (415) 837-1968
5 | Facsimile: (415) 837-1320

6 | Attorneys for defendants AMERICAN CASUALTY COMPANY OF READING, PA; and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA
7 |

8 | IN THE UNITED STATES DISTRICT COURT

9 | FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA for the Use and Benefit of WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS; and WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS, | Case No. 3:07-CV-02564-CRB |
|---|---|
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER FOR CONSOLIDATION** |
| vs. | |
| DICK/MORGANTI, a joint venture; DICK CORPORATION; THE MORGANTI GROUP, INC.; AMERICAN CASUALTY COMPANY OF READING, PA; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA and DOES 1 through 10, inclusive, | |
| Defendants. | |
| AND ALL RELATED COUNTER CLAIMS AND THIRD PARTY COMPLAINTS. | |

| | |
|---|---|
| PERFORMANCE CONTRACTING INC,<br><br>Plaintiffs (s),<br>vs.<br><br>DICK/MORGANTI, a California joint venture; DICK CORPORATION, a Pennsylvania corporation; THE MORGANTI GROUP, INC, a Connecticut corporation; AMERICAN CASUALTY COMPANY OR READING, PENNSYLVANIA, a Pennsylvania corporation; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation; CONTINENTAL CASUALTY COMPANY, an Illinois corporation; and DOES 1-20,<br><br>Defendant(s). | Case No: 3:07-CV-07-04180 EDL |

## I.    PARTIES AND RELATED CASES

The actions captioned above stem from the construction of the project commonly referred to as the GSA Federal Building located at 90 Seventh Street, San Francisco, California (the "Project"). On or about May 15, 2007, Plaintiff Webcor Construction, Inc. dba Webcor Concrete ("Webcor"), a subcontractor on the Project, filed an action in Case No. CV-02564-CRB against the general contractor for the Project, Dick/Morganti, a Joint Venture; Dick Corporation; and the Morganti Group, Inc. (collectively "Dick/Morganti"). Webcor also named as Defendants American Casualty Company of Reading, PA and National Union Fire Insurance Company of Pittsburgh, PA (collectively, the "Sureties"), each of which issued Miller Act payment bonds for the Project (the "Webcor Action"). Subsequently, the Sureties filed a Motion to Stay the Webcor Action on or about July 20, 2007, and on or about July 27, 2007, the Sureties filed a Third Party Complaint for Declaratory Relief against some of the other subcontractors on the Project, including Performance Contracting, Inc. ("PCI").

On or about August 15, 2007, PCI filed a separate action similar to Webcor's lawsuit in the U.S.D.C., Northern District of California, San Francisco Division, Case No. 3:07-cv-04180-EDL ("PCI Action"). PCI named Dick/Morganti, the Sureties, and Continental Casualty Company as Defendants. PCI also filed in the Webcor Action, in response to the Sureties'

LAW OFFICES
Peckar &
Abramson
A Professional Corporation

2
STIPULATION AND [PROPOSED] ORDER FOR CONSOLIDATION    Case No.: 3:07-CV-02564-CRB
                                                      Case No.: 3:07-CV-07-04180 EDL

1  Motion to Stay, a Request for Continuance of the hearing on the Motion to Stay, which had been
2  set for August 24, 2007. PCI's Request also included a request that the PCI Action be
3  consolidated into the Webcor Action. The Hearing on the Sureties Motion to Stay has been
4  continued to October 19, 2007. Counsel for the Sureties also represents Dick/Morganti and
5  Continental Casualty Company, who have not yet appeared in either action.

6  **II.   COMMON ISSUES OF LAW AND FACT**

7  Counsel for PCI, Dick/Morganti, the Sureties, Continental Casualty Company, and
8  Webcor have agreed that the PCI Action and the Webcor Action involve common questions of
9  law and facts related to disputes arising from the Project, and therefore said actions are proper
10 for consolidation pursuant to Federal Rule of Civil Procedure 42.

11 **III.  STIPULATION TO CONSOLIDATION**

12 Given the common issues of law and facts, as well as the benefits of judicial economy,
13 PCI, Dick/Morganti, the Sureties, Continental Casualty Company, and Webcor hereby
14 STIPULATE to consolidation of the PCI Action into the Webcor Action for all purposes.

17 **AGREED TO BY:**

19 Dated: September 17, 2007                         DICK/MORGANTI

                                        By:  _____
                                             Raymond M. Buddie
                                             Timothy E. Elliott
                                             Rick W. Grady
                                             Attorneys for DICK/MORGANTI

24 Dated: September 17, 2007                         DICK CORPORATION

                                        By:  _____
                                             Raymond M. Buddie
                                             Timothy E. Elliott
                                             Rick W. Grady
                                             Attorneys for DICK CORPORATION

LAW OFFICES
Peckar &
Abramson
A Professional Corporation

3
STIPULATION AND [PROPOSED] ORDER FOR CONSOLIDATION      Case No.: 3:07-CV-02564-CRB
                                                        Case No.: 3:07-CV-07-04180 EDL

| | | |
|---|---|---|
| 1 | Dated: September 12, 2007 | THE MORGANTI GROUP, INC. |
| 2 | | |
| 3 | | By: _____ |
| | | Raymond M. Buddie |
| 4 | | Timothy E. Elliott |
| | | Rick W. Grady |
| 5 | | Attorneys for THE MORGANTI GROUP, INC. |
| 6 | Dated: September 17, 2007 | AMERICAN CASUALTY COMPANY OF READING, PA |
| 7 | | |
| 8 | | By: _____ |
| 9 | | Raymond M. Buddie |
| | | Timothy E. Elliott |
| 10 | | Rick W. Grady |
| 11 | | Attorneys for AMERICAN CASUALTY COMPANY OF READING, PA |
| 12 | Dated: September 17, 2007 | CONTINENTAL CASUALTY COMPANY |
| 13 | | |
| 14 | | By: _____ |
| 15 | | Counsel for CONTINENTAL CASUALTY COMPANY |
| 16 | Dated: September 17, 2007 | NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA |
| 17 | | |
| 18 | | By: _____ |
| 19 | | Raymond M. Buddie |
| | | Timothy E. Elliott |
| 20 | | Rick W. Grady |
| 21 | | Attorneys for NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA |
| 22 | | |
| 23 | | |
| 24 | Dated: September 13, 2007 | PERFORMANCE CONTRACTING, INC. |
| 25 | | By: _____ |
| 26 | | J. Morrow Otis |
| | | Steven L. Iriki |
| 27 | | Attorneys for PERFORMANCE CONTRACTING, INC. |
| 28 | | |

Dated: September 17, 2007

WEBCOR CONSTRUCTION, INC.

By: _____
Richard T. Bowles
Kenneth G. Jones
Attorneys for WEBCOR
CONSTRUCTION, INC.

**IT IS SO ORDERED.**

Dated: September____, 2007    By: _____
Honorable Charles E. Breyer

Dated: September ____, 2007   By: _____
Magistrate Judge Elizabeth D. Laporte

LAW OFFICES
Peckar &
Abramson
A Professional Corporation

5

STIPULATION AND [PROPOSED] ORDER FOR CONSOLIDATION

Case No.: 3:07-CV-02564-CRB
Case No.: 3:07-CV-07-04180 EDL