RAYMOND M. BUDDIE (SBN 121353)
TIMOTHY E. ELLIOTT (SBN 210640)
RICK W. GRADY (SBN 235976)
PECKAR & ABRAMSON, P.C.
455 Market Street, 21st Floor
San Francisco, California 94105
Telephone: (415) 837-1968
Facsimile: (415) 837-1320
Email: rbuddie@pecklaw.com
telliott@pecklaw.com
rgrady@pecklaw.com

PATRICK HALLINAN (SBN 33838 )
KENNETH WINE (SBN 142385)
LAW OFFICES OF HALLINAN & WINE
345 Franklin Street
San Francisco, CA 94102
Telephone: (415) 621-2400
Facsimile: (415) 575-9930
Email: butchhallinan@hotmail.com
kenwine@hotmail.com
Attorneys for Defendants, Counter-Claimants and Third Party Complainants, AMERICAN CASUALTY COMPANY OF READING, PA; and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

UNITED STATES of AMERICA for the Use and Benefit of WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS, and WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS,

Plaintiffs,

vs.

DICK/MORGANTI, a joint venture; DICK CORPORATION; THE MORGANTI GROUP; AMERICAN CASUALTY COMPANY OF READING, PA; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and DOES 1 through 10, inclusive,

Defendants.

Case No.: 3:07-CV-02564-CRB

**PROOF OF SERVICE**

LAW OFFICES
Peckar & Abramson
A Professional Corporation

AND ALL RELATED COUNTER-CLAIMS AND THIRD-PARTY COMPLAINTS.

**PROOF OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is PECKAR & ABRAMSON, 455 Market Street, 21st Floor, San Francisco, California 94105. On February 20, 2007, I served the within documents:

**STIPULATION AND [PROPOSED] ORDER FOR CONSOLIDATION**

☒ by sending the document(s) listed above via electronic transmission (e-mail) to the parties set forth below:

Richard T. Bowles
Kenneth G. Jones
Bowles & Verna LLP
2121 N. California Blvd., Suite 875
Walnut Creek, CA 94596
Telephone: (925) 935-3300
Facsimile: (925) 935-0371
Email: rbowles@bowlesverna.com
kjones@bowlesverna.com
***Attorneys for Plaintiff, WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS***

I am readily familiar with the firm's practice of collection and processing correspondence for mailing and Fed Ex. Under these practices it would be deposited with U.S. Postal Service or Fed Ex on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on September 17, 2007, at San Francisco, California.

| Sabina van Kempen | /s/ Sabina van Kempen |
|---|---|
| Printed Name | Signature Line |