1  RAYMOND M. BUDDIE      (SBN 121353)
   RICK W. GRADY          (SBN 235976)
2  TIMOTHY E. ELLIOTT     (SBN 210640)
   PECKAR & ABRAMSON, P.C.
3  455 Market Street, 21st Floor
   San Francisco, CA 94105
4  Telephone: (415) 837-1968
5  Facsimile:  (415) 837-1320

6  Attorneys for defendants AMERICAN CASUALTY COMPANY OF READING, PA; and NATIONAL
   UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA
7

8               IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

| 10 UNITED STATES OF AMERICA for the Use and Benefit of WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS; and WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS, | Case No. 3:07-CV-02564-CRB |
|---|---|
| Plaintiffs, | STIPULATION AND [PROPOSED] ORDER FOR CONSOLIDATION |
| vs. | |
| DICK/MORGANTI, a joint venture; DICK CORPORATION; THE MORGANTI GROUP, INC.; AMERICAN CASUALTY COMPANY OF READING, PA; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA and DOES 1 through 10, inclusive, | |
| Defendants. | |
| AND ALL RELATED COUNTER CLAIMS AND THIRD PARTY COMPLAINTS. | |

LAW OFFICES
Peckar &
Abramson
A Professional Corporation

STIPULATION AND [PROPOSED] ORDER FOR CONSOLIDATION      Case No.: 3:07-CV-02564-CRB
                                                        Case No.: 3:07-CV-07-04180 EDL

| | |
|---|---|
| PERFORMANCE CONTRACTING INC, <br><br> Plaintiffs (s), <br> vs. <br><br> DICK/MORGANTI, a California joint venture; DICK CORPORATION, a Pennsylvania corporation; THE MORGANTI GROUP, INC, a Connecticut corporation; AMERICAN CASUALTY COMPANY OR READING, PENNSYLVANIA, a Pennsylvania corporation; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation; CONTINENTAL CASUALTY COMPANY, an Illinois corporation; and DOES 1-20, <br><br> Defendant(s). | Case No: 3:07-CV-07-04180 EDL |

## I.   PARTIES AND RELATED CASES

The actions captioned above stem from the construction of the project commonly referred to as the GSA Federal Building located at 90 Seventh Street, San Francisco, California (the "Project"). On or about May 15, 2007, Plaintiff Webcor Construction, Inc. dba Webcor Concrete ("Webcor"), a subcontractor on the Project, filed an action in Case No. CV-02564-CRB against the general contractor for the Project, Dick/Morganti, a Joint Venture; Dick Corporation; and the Morganti Group, Inc. (collectively "Dick/Morganti"). Webcor also named as Defendants American Casualty Company of Reading, PA and National Union Fire Insurance Company of Pittsburgh, PA (collectively, the "Sureties"), each of which issued Miller Act payment bonds for the Project (the "Webcor Action"). Subsequently, the Sureties filed a Motion to Stay the Webcor Action on or about July 20, 2007, and on or about July 27, 2007, the Sureties filed a Third Party Complaint for Declaratory Relief against some of the other subcontractors on the Project, including Performance Contracting, Inc. ("PCI").

On or about August 15, 2007, PCI filed a separate action similar to Webcor's lawsuit in the U.S.D.C., Northern District of California, San Francisco Division, Case No. 3:07-cv-04180-EDL ("PCI Action"). PCI named Dick/Morganti, the Sureties, and Continental Casualty Company as Defendants. PCI also filed in the Webcor Action, in response to the Sureties'

LAW OFFICES
Peckar &
Abramson
A Professional Corporation

2
STIPULATION AND [PROPOSED] ORDER FOR CONSOLIDATION    Case No.: 3:07-CV-02564-CRB
                                                      Case No.: 3:07-CV-07-04180 EDL

1  Motion to Stay, a Request for Continuance of the hearing on the Motion to Stay, which had been
2  set for August 24, 2007.  PCI's Request also included a request that the PCI Action be
3  consolidated into the Webcor Action.  The Hearing on the Sureties Motion to Stay has been
4  continued to October 19, 2007.  Counsel for the Sureties also represents Dick/Morganti and
5  Continental Casualty Company, who have not yet appeared in either action.

6  **II.    COMMON ISSUES OF LAW AND FACT**

7  Counsel for PCI, Dick/Morganti, the Sureties, Continental Casualty Company, and
8  Webcor have agreed that the PCI Action and the Webcor Action involve common questions of
9  law and facts related to disputes arising from the Project, and therefore said actions are proper
10 for consolidation pursuant to Federal Rule of Civil Procedure 42.

11 **III.   STIPULATION TO CONSOLIDATION**

12 Given the common issues of law and facts, as well as the benefits of judicial economy,
13 PCI, Dick/Morganti, the Sureties, Continental Casualty Company, and Webcor hereby
14 STIPULATE to consolidation of the PCI Action into the Webcor Action for all purposes.

17 **AGREED TO BY:**

19 Dated:  September 17, 2007                    DICK/MORGANTI

21                                    By:  _____
                                        Raymond M. Buddie
22                                      Timothy E. Elliott
                                        Rick W. Grady
23                                      Attorneys for DICK/MORGANTI

24 Dated:  September 17, 2007                    DICK CORPORATION

26                                    By:  _____
                                        Raymond M. Buddie
                                        Timothy E. Elliott
27                                      Rick W. Grady
                                        Attorneys for DICK CORPORATION

LAW OFFICES
Peckar &
Abramson
A Professional Corporation

3
STIPULATION AND [PROPOSED] ORDER FOR CONSOLIDATION      Case No.: 3:07-CV-02564-CRB
                                                        Case No.: 3:07-CV-07-04180 EDL

1  Dated: September 12, 2007                THE MORGANTI GROUP, INC.

2
                                        By: _____
3                                            Raymond M. Buddie
                                             Timothy E. Elliott
4                                            Rick W. Grady
                                             Attorneys for THE MORGANTI GROUP,
5                                            INC.

6  Dated: September 17, 2007                AMERICAN CASUALTY COMPANY
                                             OF READING, PA
7

8
                                        By: _____
9                                            Raymond M. Buddie
                                             Timothy E. Elliott
10                                           Rick W. Grady
                                             Attorneys for AMERICAN CASUALTY
11                                           COMPANY OF READING, PA

12 Dated: September 17, 2007                CONTINENTAL CASUALTY
                                             COMPANY
13

14
                                        By: _____
15                                           Counsel for CONTINENTAL
                                             CASUALTY COMPANY
16

17 Dated: September 17, 2007                NATIONAL UNION FIRE INSURANCE
                                             COMPANY OF PITTSBURGH, PA
18
                                        By: _____
19                                           Raymond M. Buddie
                                             Timothy E. Elliott
20                                           Rick W. Grady
                                             Attorneys for NATIONAL UNION FIRE
21                                           INSURANCE COMPANY OF
                                             PITTSBURGH, PA
22

23
   Dated: September 13, 2007                PERFORMANCE CONTRACTING, INC.
24

25
                                        By: _____
26                                           J. Morrow Otis
                                             Steven L. Iriki
27                                           Attorneys for PERFORMANCE
                                             CONTRACTING, INC.
28

1  Dated: September 17, 2007       WEBCOR CONSTRUCTION, INC.

                                   By: _____
                                   Richard T. Bowles
                                   Kenneth G. Jones
                                   Attorneys for WEBCOR
                                   CONSTRUCTION, INC.

**IT IS SO ORDERED.**

Dated: September 19, 2007    By: _____
                                 Honorable Charles E. Breyer

Dated: September ___, 2007   By: _____

*[Stamp: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Charles R. Breyer]*

LAW OFFICES
Peckar &
Abramson
A Professional Corporation

5
STIPULATION AND [PROPOSED] ORDER FOR CONSOLIDATION    Case No.: 3:07-CV-02564-CRB
                                                     Case No.: 3:07-CV-07-04180 EDL