Steven F. Brockhage, SBN 101598
Randall M. Smith, SBN 097142
SMITH & BROCKHAGE, LLP
3480 Buskirk Avenue, Suite 200
Pleasant Hill, CA  94523
Telephone: (925) 296-0636
Facsimile:  (925) 296-0640
sfb@smithbrock.com
rms@smithbrock.com

Attorneys for Cross-Defendant ROSENDIN ELECTRIC, INC.

### IN THE UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 3:07-CV-02564 CRB |
| Plaintiff, | ) |
| | ) **STATUS MEMORANDUM** |
| v. | ) |
| DICK/MORGANTI, | ) |
| Defendant. | ) |

Cross Defendant Rosendin Electric, Inc. ("Rosendin")  submits this memorandum addressing the issues on which this Court requested briefing in its order of August 27, 2007.  Those questions are:

///

///

///

///

Status Memorandum                                                                                                                                      1

A. **Whether The Third-Party Defendant Has Heretofore Presented Any Claims Against Dick/Morganti In Connection With Subcontracting Work It Performed On The Project, And If So, A *Brief* Description Of The Discrete Claims Presented.**

Rosendin has submitted claims against Dick/Morganti in connection with its subcontracting work on the project. Those claims include compensation for additional costs incurred for its field supervision, material handling, project manager and jobsite administrative assistant. In addition, the claims include compensation for escalated labor costs and material costs during the course of the project. Additional claims have been made for labor inefficiencies and miscellaneous other escalated costs. Rosendin has submitted claims interest/financing costs and unresolved change order requests on the Project. Finally, Rosendin has submitted claims for amounts due from Dick/Morganti for contact work which has not been paid to date. At this time, these claims exceed $7.2 million.

B. **Whether The Third Party Defendant Plans To Advance Any Claims Not Heretofore Presented To Dick/Morganti In Connection With The Subcontracting Work It Performed On The Project.**

At this time, Rosendin does not intend to submit any types of claims other than those already submitted. Nevertheless, Rosendin reserves the right to do so if it discovers facts supporting the submission of such claims.

C. **When The Third Party Defendant Presented Its Claims To Dick/Morganti.**

Rosendin has submitted its claims to Dick/Morganti throughout the duration of the project. The most recent general summary of the claims was submitted to Dick/Morganti in March of 2007.

///
///
///

Status Memorandum                                                                                         2

D. **Whether, And When, The GSA Initially Adjudicated These Claims.**

Rosendin does not know whether its claims have been submitted to the GSA but, at this time, it believes that Dick/Morganti has not submitted them.

E. **Whether, And When, The Third-Party Defendant Sought Certification Of Its Claims By Dick/Morganti Pursuant To 41 U.S.C. § 605(C)(1).**

Since, with few exceptions, Rosendin cannot certify that the GSA is responsible for payment of the claims it has submitted, Rosendin has not sought certification of those claims by Dick/Morganti pursuant to 41 U.S.C. Section 605(C)(1). That is, with few exceptions, it appears that the source of the Rosendin's claims the mismanagement of the project by Dick/Morganti and not the conduct of the GSA.

F. **As To Any Of The Third-Party Defendant's Claims That Were Certified And Submitted To The "Contract Officer" More Than Sixty (60) Days Ago, Whether The Contract Officer Has Yet Discharged Its Duty Under 41 U.S.C. § 605(C)(2) To "Issue A Decision" Or "Notify The Contractor Of The Time Within Which A Decision Will Be Issued."**

As noted above, Rosendin does not believe that any of its claims have been submitted to the GSA.

G. **Whether, And Why, The Third-Party Defendant Believes That Its Claims For Uncompensated (Or Under-Compensated) Subcontracting Work On The Project Will Be Affected By Adjudication Of The Claims Advanced By Webcor In This Lawsuit.**

To the extent that the claims asserted by Webcor involve issues that are related to the claims raised by Rosendin, Rosendin believes that those issues should be resolved in this lawsuit. There may be factual issues which are common to both sets of claims and judicial economy suggests that they be resolved in one action.

///
///
///
///

H. **When, And Why, The Third-Party Defendant Supports Or Opposes The Sureties' Pending Motion To Stay This Proceeding.**

Rosendin opposes the pending motion to stay the Webcor action. As noted above, the vast majority of the claims asserted by Rosendin cannot be certified and thus will require resolution in this action. There is simply no reason to delay resolution of such claims pending an uncertain and protracted administrative proceeding.

DATED: September 21, 2007               SMITH & BROCKHAGE, LLP

_____
Steven F. Brockhage

Attorneys for Cross-Defendant
ROSENDIN ELECTRIC

# PROOF OF SERVICE

STATE OF CALIFORNIA

COUNTY OF CONTRA COSTA

    I, the undersigned, declare that I am, and was at the time of service of the papers herein referred to, over the age of eighteen (18) years and not a party to the within action or proceeding. My business address is 3480 Buskirk Avenue, Suite 200, Pleasant Hill, California 94523, which is located in the county in which the within mentioned mailing occurred. I am familiar with the practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Such correspondence will be deposited with the United States Postal Service on the same day in the ordinary course of business.

    On the date entered below, I served the within:

**STATUS MEMORANDUM**

on the parties in said action by placing a true copy thereof as indicated below, addressed as follows:

| | |
|---|---|
| Kenneth G. Jones<br>BOWLES & VERNA<br>2121 N. California Boulevard, Suite 875<br>Walnut Creek, CA 94596<br>(925) 935-3300<br>(925) 935-0371 FAX<br>Kjones@bowlesverna.com | Richard T. Bowles<br>BOWLES & VERNA<br>2121 N. California Boulevard, Suite 875<br>Walnut Creek, CA 94596<br>(925) 935-3300<br>(925) 935-0371 FAX<br>rbowles@bowlesverna.com |
| Timothy E. Elliott<br>PECKAR & ABRAMSON, P.C.<br>455 Market Street<br>21st Floor<br>San Francisco, CA 94105<br>(415) 837-1968 x. 4401<br>(415) 837-1320 FAX<br>telliott@pecklaw.com | Rick Wesley Grady<br>PECKAR & ABRAMSON, P.C.<br>455 Market Street<br>21st Floor<br>San Francisco, CA 94105<br>(415) 837-1968 x. 4401<br>(415) 837-1320 FAX<br>rgrady@pecklaw.com |

1

| | |
|---|---|
| Patrick Sarsfield Hallinan<br>LAW OFFICES OF HALLINAN & WINE<br>345 Franklin Street<br>San Francisco, CA 94102<br>(415) 621-2400<br>(415) 575-9930 FAX<br>butchhallinan@hotmail.com | Kenneth Howard Wine<br>LAW OFFICES OF HALLINAN & WINE<br>345 Franklin Street<br>San Francisco, CA 94102<br>(415) 621-2400<br>(415) 575-9930 FAX<br>kenwine@hotmail.com |
| Steven L. Iriki<br>OTIS, CANLI & DUCKWORTH, LLP<br>180 Montgomery Street, Suite 1240<br>San Francisco, CA 94104<br>(415) 362-4442<br>(415) 362-7332 FAX<br>sli@ocdlaw.com | Raymond Marion Buddie<br>PECKAR & ABRAMSON, P.C.<br>455 Market Street<br>21st Floor<br>San Francisco, CA 94105<br>(415) 837-1968 x. 4401<br>(415) 837-1320 FAX<br>rbuddie@pecklaw.com |
| Roger P. Heyman<br>HEYMAN DENSMORE, LLP<br>21550 Oxnard Street, Suite 450<br>Woodland Hills, CA 91367<br>(818) 703-9494<br>(818) 703-9495 FAX | James K.T. Hunter<br>HEYMAN DENSMORE, LLP<br>21550 Oxnard Street, Suite 450<br>Woodland Hills, CA 91367<br>(818) 703-9494<br>(818) 703-9495 FAX |

(√)   BY MAIL: I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Mail, which envelope(s) was then sealed and placed for collection and mailing at my place of business following ordinary business practices. Said correspondence will be deposited with the United States Postal Service at Pleasant Hill, California, on the referenced date in the ordinary course of business; and there is delivery service by United States mail at the place so addressed in the City of Pleasant Hill, County of Contra Costa, State of California.

( )   BY PERSONAL SERVICE: I caused such envelope to be delivered by hand on the office(s) of the addressee(s).

( )   BY OVERNIGHT MAIL:   I caused such envelope to be delivered by Golden State Overnight to the office(s) of the addressee(s).

( )   BY FACSIMILE:   I caused a copy of such document to be sent via facsimile transmission to the office(s) of the parties above stated.

2

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: September 21, 2007

_____
MISSY D. THOMAS