1  RAYMOND M. BUDDIE    (SBN 121353)
   RICK W. GRADY    (SBN 235976)
2  TIMOTHY E. ELLIOTT    (SBN 210640)
3  PECKAR & ABRAMSON, P.C.
   455 Market Street, 21st Floor
4  San Francisco, California 94105
   Telephone: (415) 837-1968
5  Facsimile:  (415) 837-1320

6  Attorneys for defendants AMERICAN CASUALTY COMPANY OF READING, PA; and
   NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA
7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA for the Use          Case No. 3:07-CV-02564-CRB
    and Benefit of WEBCOR CONSTRUCTION,
11  INC. dba WEBCOR BUILDERS, and
12  WEBCOR CONSTRUCTION, INC. dba          STIPULATION AND [PROPOSED]
    WEBCOR BUILDERS,                       ORDER TO EXTEND RESPONSE
13                                         DEADLINE
                 Plaintiffs,
14
15  vs.

16  DICK/MORGANTI, a joint venture; DICK
    CORPORATION; THE MORGANTI
17  GROUP, INC; AMERICAN CASUALTY
    COMPANY OF READING, PA; NATIONAL
18  UNION FIRE INSURANCE COMPANY OF
    PITTSBURGH, PA and DOES 1 through 10,
19  inclusive,

20               Defendants.

21
    AND ALL RELATED COUNTER-CLAIMS
22  AND THIRD PARTY COMPLAINTS.

23

24        The parties hereto stipulate that good cause exists to extend the time for Defendants

25  Dick/Morganti; Dick Corporation; and The Morganti Group, Inc. ("Dick/Morganti") to answer

26  or otherwise respond to the Complaint filed herein by Plaintiff's United States of America for the

27  use and benefit of Webcor Construction, Inc.; and Webcor Construction, Inc. ("Webcor") to and

28  including October 26, 2007.  This case arises from the complex construction project known as

                                         1

LAW OFFICES
Peckar &          STIPULATION AND [PROPOSED] ORDER TO EXTEND          Case No.: 3:07-CV-02564-CRB
Abramson          RESPONSE DEADLINE
A Professional Corporation

1   the new U.S. General Services Administration Building in San Francisco ("Project").

2   Dick/Morganti is the general contractor for the Project, Webcor was one of Dick/Morganti's

3   subcontractors, and Defendants American Casualty Company of Reading, PA and National

4   Union Fire Insurance Company of Pittsburgh, PA provided Miller Act payment bonds for the

5   Project (the "Sureties"). The Sureties filed a Motion to Stay Webcor's Complaint on July 20,

6   2007. On July 27, 2007, the Sureties filed a Third Party Complaint for Declaratory Relief

7   against other subcontractors for the Project.

8       The Hearing for the Sureties' Motion was originally set for August 24, 2007. The

9   Hearing was thereafter continued to October 19, 2007, and the Court issued a Scheduling Order

10  for briefing the Motion for the Sureties, Webcor, and the Third Party Defendants.

11      Given the pending Motion to Stay and the Court's Scheduling Order, an extension for

12  Dick/Morganti to answer or otherwise respond to Webcor's Complaint until October 26, 2007

13  will save judicial resources and will not alter the date of any event or any deadline already fixed

14  by Court order.

15

16  **AGREED TO BY:**

17

18  Dated: September 28, 2007                    WEBCOR CONSTRUCTION, INC.

19

20                                      By: _____

21                                          Richard T. Bowles
                                            Kenneth G. Jones
                                            Attorneys for WEBCOR
22                                          CONSTRUCTION, INC.

23  Dated: September 28, 2007                    DICK/MORGANTI

24

25                                      By: _____
                                            Raymond M. Buddie
26                                          Timothy E. Elliott
                                            Rick W. Grady
27                                          Attorneys for DICK/MORGANTI

28

2

LAW OFFICES
Peckar &
Abramson
A Professional Corporation

STIPULATION AND [PROPOSED] ORDER TO EXTEND          Case No.: 3:07-CV-02564-CRB
RESPONSE DEADLINE

1    Dated: September 28, 2007                    DICK CORPORATION

2
                                         By: _____
3                                            Raymond M. Buddie
4                                            Timothy E. Elliott
                                             Rick W. Grady
5                                            Attorneys for DICK CORPORATION

6    Dated: September 28, 2007                    THE MORGANTI GROUP, INC.

7
                                         By: _____
8                                            Raymond M. Buddie
9                                            Timothy E. Elliott
                                             Rick W. Grady
10                                           Attorneys for THE MORGANTI GROUP,
                                             INC.
11

12   **IT IS SO ORDERED**

13

14   Dated: September____, 2007              By: _____

15                                               Honorable Charles E. Breyer

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES

Peckar &
Abramson
A Professional Corporation

STIPULATION AND [PROPOSED] ORDER TO EXTEND          Case No.: 3:07-CV-02564-CRB
RESPONSE DEADLINE