1  RAYMOND M. BUDDIE    (SBN 121353)
   RICK W. GRADY         (SBN 235976)
2  TIMOTHY E. ELLIOTT    (SBN 210640)
   PECKAR & ABRAMSON, P.C.
3  455 Market Street, 21st Floor
   San Francisco, California 94105
4  Telephone: (415) 837-1968
5  Facsimile:  (415) 837-1320

6  Attorneys for defendants AMERICAN CASUALTY COMPANY OF READING, PA; and
   NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA
7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA for the Use and Benefit of WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS, and WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS,<br><br>Plaintiffs,<br><br>vs.<br><br>DICK/MORGANTI, a joint venture; DICK CORPORATION; THE MORGANTI GROUP, INC; AMERICAN CASUALTY COMPANY OF READING, PA; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 3:07-CV-02564-CRB<br><br>STIPULATION AND [PROPOSED] ORDER TO EXTEND RESPONSE DEADLINE |
|---|---|
| AND ALL RELATED COUNTER-CLAIMS AND THIRD PARTY COMPLAINTS. | |

The parties hereto stipulate that good cause exists to extend the time for Defendants Dick/Morganti; Dick Corporation; and The Morganti Group, Inc. ("Dick/Morganti") to answer or otherwise respond to the Complaint filed herein by Plaintiff's United States of America for the use and benefit of Webcor Construction, Inc.; and Webcor Construction, Inc. ("Webcor") to and including October 26, 2007. This case arises from the complex construction project known as

1

1  the new U.S. General Services Administration Building in San Francisco ("Project").
2  Dick/Morganti is the general contractor for the Project, Webcor was one of Dick/Morganti's
3  subcontractors, and Defendants American Casualty Company of Reading, PA and National
4  Union Fire Insurance Company of Pittsburgh, PA provided Miller Act payment bonds for the
5  Project (the "Sureties"). The Sureties filed a Motion to Stay Webcor's Complaint on July 20,
6  2007. On July 27, 2007, the Sureties filed a Third Party Complaint for Declaratory Relief
7  against other subcontractors for the Project.

8  The Hearing for the Sureties' Motion was originally set for August 24, 2007. The
9  Hearing was thereafter continued to October 19, 2007, and the Court issued a Scheduling Order
10 for briefing the Motion for the Sureties, Webcor, and the Third Party Defendants.

11 Given the pending Motion to Stay and the Court's Scheduling Order, an extension for
12 Dick/Morganti to answer or otherwise respond to Webcor's Complaint until October 26, 2007
13 will save judicial resources and will not alter the date of any event or any deadline already fixed
14 by Court order.

**AGREED TO BY:**

Dated: September 28, 2007

WEBCOR CONSTRUCTION, INC.

By: _____
Richard T. Bowles
Kenneth G. Jones
Attorneys for WEBCOR
CONSTRUCTION, INC.

Dated: September 28, 2007

DICK/MORGANTI

By: _____
Raymond M. Buddie
Timothy E. Elliott
Rick W. Grady
Attorneys for DICK/MORGANTI

2

STIPULATION AND [PROPOSED] ORDER TO EXTEND
RESPONSE DEADLINE

Case No.: 3:07-CV-02564-CRB

LAW OFFICES
Peckar &
Abramson
A Professional Corporation

1  Dated: September 28, 2007          DICK CORPORATION

2

3                                     By: _____
                                          Raymond M. Buddie
4                                         Timothy E. Elliott
                                          Rick W. Grady
5                                         Attorneys for DICK CORPORATION

6  Dated: September 28, 2007          THE MORGANTI GROUP, INC.

7

8                                     By: _____
                                          Raymond M. Buddie
9                                         Timothy E. Elliott
                                          Rick W. Grady
10                                        Attorneys for THE MORGANTI GROUP,
                                          INC.
11

12     **IT IS SO ORDERED**

13
        October 2,
14  Dated: ~~September~~ ____, 2007    By: _____
                                          Honorable
15
                                          **IT IS SO ORDERED**
16                                        Judge Charles R. Breyer
                                          UNITED STATES DISTRICT COURT
17                                        NORTHERN DISTRICT OF CALIFORNIA

...

3

STIPULATION AND [PROPOSED] ORDER TO EXTEND          Case No.: 3:07-CV-02564-CRB
RESPONSE DEADLINE

LAW OFFICES
Peckar &
Abramson
A Professional Corporation