Seth Price, Esq. (GA BN 587841)
Chamberlain Hrdlicka White Williams & Martin
191 Peachtree Street – 34th Floor
Atlanta, GA 30303
Telephone: (404) 659-1410
Facsimile: (404) 659-1852
Email: seth.price@chamberlainlaw.com
**Attorneys for Third Party Defendant**
**Marelich Mechanical Co., Inc.**

FILED
07 OCT -4 PM 4:19

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA for the Use and Benefit of WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS, and WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS,<br><br>Plaintiff,<br><br>vs.<br><br>DICK/MORGANTI, a joint venture; DICK CORPORATION; THE MORGANTI GROUP; AMERICAN CASUALTY COMPANY OF READING, PA; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 3:07-CV-02564-CRB<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Pursuant to Civil L.R. 11-3, Seth Price, an active member in good standing of the bar of the Georgia Supreme Court, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Marelich Mechanical Co., Inc. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to

become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> Ann M. Nejasmich, Esq. (SBN 077564)
> Marelich Mechanical Co., Inc.
> 24041 Amador Street
> Hayward, CA 94544-1202
> Telephone: (510) 785-5500
> Facsimile: (510) 576-1004
> Email: a.nejasmich@marelich.com

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 3, 2007

Seth Price, GA BN 587841

APPLICATION FOR ADMISSION
OF ATTORNEY *PRO HAC VICE*                             CASE NO. 3:07-CV-02564-CRB

2