FILED
OCT 10 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

Northern District of California

United States of America for the
Use and Benefit of Webcor Construction,
Inc., et al.

CASE NO. 3:07-cv-02564-CRB

Plaintiff(s),
v.

Dick/Morganti, et al.

~~(Proposed)~~
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Defendant(s).
_____/

Seth Price, an active member in good standing of the bar of the Georgia Supreme Court whose business address and telephone number (particular court to which applicant is admitted) is

Chamberlain, Hrdlicka, White, Williams & Martin,
191 Peachtree Street, N.E., 34th Floor
Atlanta, Georgia 30303          phone: 404/659-1410

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Marelich Mechanical Co., Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: Oct. 05, 2007

Charles R. Breyer
United States District    Judge