Ann M. Nejasmich, Esq. (SBN 077564)
Marelich Mechanical Co., Inc.
24041 Amador Street
Hayward, CA 94544-1202
Telephone: (510) 785-5500
Facsimile: (510) 576-1004
Email: a.nejasmich@marelich.com

Seth Price, Esq. (GA BN 587841), *Pro Hac Vice*
Chamberlain Hrdlicka White Williams & Martin
191 Peachtree Street – 34th Floor
Atlanta, GA 30303
Telephone: (404) 659-1410
Facsimile: (404) 659-1852
Email: seth.price@chamberlainlaw.com
**Attorneys for Third Party Defendant**
**Marelich Mechanical Co., Inc.**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA for the Use and Benefit of WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS, and WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS,<br><br>Plaintiff,<br><br>vs.<br><br>DICK/MORGANTI, a joint venture; DICK CORPORATION; THE MORGANTI GROUP; AMERICAN CASUALTY COMPANY OF READING, PA; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 3:07-CV-02564-CRB<br><br>**PROOF OF SERVICE** |

## PROOF OF SERVICE

I am a resident of the State of Georgia, over the age of eighteen years, and not a party to the within action. I am employed by the law firm of Chamberlain Hrdlicka White Williams & Martin, whose business address is 34th Floor, 191 Peachtree Street, Atlanta, GA 30303. On October 16, 2007, I served the document described as **Order Granting Application for Admission of Attorney *Pro Hac Vice*** by e-mail noticing those attorneys registered as ECF Users, and sending a copy of the document listed above via electronic transmission (e-mail) or facsimile transmission, as noted, to parties designated for manual service, as set forth below:

Richard T. Bowles, via e-mail notice to rbowles@bowlesverna.com
Kenneth G. Jones, via e-mail notice to kjones@bowlesverna.com
Steven F. Brockhage, via e-mail notice
   to stevenb@skwsf.com and sfb@smithbrock.com
Raymond M. Buddie, via e-mail notice to rbuddie@pecklaw.com
Timothy E. Elliott, via e-mail notice to telliott@pecklaw.com
Rick W. Grady, via e-mail notice to rgrady@pecklaw.com
Patrick Hallinan, via e-mail notice to butchhallinan@hotmail.com
Kenneth Wine, via e-mail notice to kenwine@hotmail.com
Steven L. Iriki, via e-mail notice to sli@ocdlaw.com and sli@ocilaw.com

J. Morrow Otis, via e-mail copy to jmo@ocilaw.com
Matthew E. McCabe, via e-mail copy to mem@ocilaw.com
Randall M. Smith, via e-mail copy to rms@smithbrock.com

Roger P. Heyman
James K.T. Hunter
Heyman Densmore LLP
21550 Oxnard Street, Suite 450
Woodland Hills, CA 91367
Telephone: (818) 703-9494          Via Facsimile
Facsimile: (818) 703-9495          to both attorneys

Boyett Door & Hardware Division
c/o Boyett Construction, Inc.
2404 Tripaldi Way
Hayward, CA 94545
Attn: John Khau
Telephone: (510) 264-9100
Facsimile: (510) 264-9105          Via Facsimile

    I declare that I am employed in the office of a member of the bar of Georgia who is admitted pro hac vice in this court, at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

    Executed on October 16, 2007, at Atlanta, Georgia.

                                          SHARON M. COLE