IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DICK/MORGANTI,<br><br>    Defendant.<br>_____/ | No. C 07-02564 CRB<br><br>**STAY ORDER** |

For the reasons stated at the hearing on October 19, 2007, the defendants' motion to stay is GRANTED, on the condition that Dick/Morganti's "Global Claim" be filed with the General Services Administration's contracting officer on or before November 30, 2007. If the "Global Claim" is not filed on or before November 30, 2007, and this Court has not otherwise granted an extension, this stay will automatically dissolve.

The parties shall appear on December 19, 2007 at 3:00p.m., to address whether the stay should be lifted because the claims submitted in the "Global Claim" do not involve or relate to claims filed by the plaintiffs in this Court.

**IT IS SO ORDERED.**

Dated: October 19, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE