**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **October 19, 2007**

**C-07-02564** CRB

   **USA** v. **DICK/MORGANTI**

Attorneys:     William Nagle                    Patrick hallinan, Raymond Buddie,
               Roger Heyman, Seth Price, Steve Brockhage, Steven Iriki

Deputy Clerk: **BARBARA ESPINOZA**          Reporter: **James Yeomans**

| **PROCEEDINGS:** | **RULING:** |
|---|---|
| 1. D Am Casualty's Motion to Stay Proceedings | Granted |
| 2. | |
| 3. | |

**ORDERED AFTER HEARING:**

Counsel to submit a global claim due on or before 11/30/2007. The stay to be lifted if no global claim is filed by 11/30/2007, counsel may file a motion seeking continuance of a stay.

(X) ORDER TO BE PREPARED BY:    Plntf ____    Deft ____    Court  X

( ) Referred to Magistrate Judge For: ____

(X) CASE CONTINUED TO December 19, 2007 @ 3:00 p.m. for Status Conference

Discovery Cut-Off ____                         Expert Discovery Cut-Off ____
Plntf to Name Experts by ____                  Deft to Name Experts by ____
P/T Conference Date ____     Trial Date ____     Set for ____ days
                 Type of Trial:  ( )Jury     ( )Court

Notes: ____