John H. Blake (70187)
**Hannig Law Firm LLP**
2991 El Camino Real
Redwood City, CA 94061
Telephone:  (650) 482-3040
Facsimile:  (650) 482-2820
E-mail:  jhb@hanniglaw.com

Attorneys for
EGGLI LANDSCAPE CONTRACTORS, INC.,
a California Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of WEBCOR CONSTRUCTION, INC., dba WEBCOR BUILDERS, and WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS,<br><br>Plaintiff,<br><br>v.<br><br><br>DICK/MORGANTI, a joint venture; DICK CORPORATION; THE  MORGANTI GROUP; AMERICAN CASUALTY COMPANY OF READING, PA; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.  3:07-CV-02564-CRB<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br>**[Civil L.R. 3-12]**<br><br>Hearing Date:   n/a<br><br>Hearing Time:   n/a<br><br>Location:   Courtroom 8 (19th floor)<br><br>Judge:        Hon. Charles R. Breyer |

To the Honorable Charles R. Breyer:

EGGLI LANDSCAPE CONTRACTORS, INC., plaintiff and "use plaintiff" in Case No.

CV-07-5699-JCS filed November 8, 2007, hereby moves the Court to consider whether,

pursuant to Civil Local Rule 3-12, said case is related to the above-entitled case and to the

following other cases:

*United States of America for the Use and Benefit of Performance Contracting, Inc., a Kansas Corporation, vs. Dick/Morganti, a California Joint Venture, et al.*; Case No. C-07-4180-EDL;

*United States for the Use and Benefit of Berger Bros., Inc. vs. Dick/Morganti, a California Joint Venture, et al.* Case No. C-07-05108-JSW.

Based upon review of the dockets and certain pleadings in the matters referenced above, Eggli and its counsel believe that the Eggli action involves substantially the same parties and arises from the same principal transaction or events; that is, the construction of the San Francisco Federal office building pursuant to United States Government Contract No. GS-09P-02-ATC-0002.

This motion is based on the accompanying declaration of John H. Blake and the content of the Court's files on the cases referenced above.

Dated:  November 13, 2007                    HANNIG LAW FIRM LLP


By_____/s/_____
    JOHN H. BLAKE, Attorneys for
    EGGLI LANDSCAPE, INC.