John H. Blake (70187)
**Hannig Law Firm LLP**
2991 El Camino Real
Redwood City, CA 94061
Telephone: (650) 482-3040
Facsimile: (650) 482-2820
E-mail: jhb@hanniglaw.com

Attorneys for Plaintiff
EGGLI LANDSCAPE CONTRACTORS, INC.,
a California corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of WEBCOR CONSTRUCTION, INC., dba WEBCOR BUILDERS, and WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS,<br><br>Plaintiff,<br><br>v.<br><br>DICK/MORGANTI, a joint venture; DICK CORPORATION; THE MORGANTI GROUP; AMERICAN CASUALTY COMPANY OF READING, PA; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 3:07-CV-02564-CRB<br><br>**DECLARATION OF JOHN H. BLAKE IN SUPPORT ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED [Civil L.R. 3-12]**<br><br>Hearing Date:   n/a<br><br>Hearing Time:   n/a<br><br>Location:   Courtroom 8 (19th floor)<br><br>Judge:   Hon. Charles R. Breyer |

I, John H. Blake, declare:

1.  I am an attorney licensed to practice in the State of California and in the United States District Court for the Northern District of California. I am the attorney for Eggli Landscape Contractors, Inc., plaintiff and "use plaintiff" in Case No. CV-07-5699-JCS, filed November 8, 2007.

Hannig Law Firm LLP
2991 El Camino Real
Redwood City, CA 94061
(650) 482-3040

{EGGL:2012:JHB:H0060657.DOC.1}
Case No. 3:07-CV-02564-CRB        - 1 -

1  2. The facts and other matters recited in the Administrative Motion to Consider Whether Cases Should Be Related, are based upon my own activities in the preparation of the Eggli case and my review of the dockets and certain pleadings in the other cases listed in the Administrative Motion.

3. I am submitting this Declaration, rather than a stipulation, because I have had no contact with any of the parties or their counsel in any of the matters referenced in the motion other than Steven Iriki, counsel for Performance Contracting, Inc.

4. Given the Court's presumed familiarity with and ready access to its own dockets, I believe that the Court can determine this Motion on the basis of the information presented without the delay inevitably involved in seeking a stipulation from all of the parties in the various matters.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this __13__ day of November, 2007 at Redwood City, California.

_____/s/_____
John H. Blake

Hannig Law Firm LLP
2991 El Camino Real
Redwood City, CA 94061
(650) 482-3040

Case No.  3:07-CV-02564-CRB
{EGGL:2012:JHB:H0060657.DOC.1}

- 2 -