UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of WEBCOR CONSTRUCTION, INC., dba WEBCOR BUILDERS, and WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS,<br><br>Plaintiff,<br><br>v.<br><br>DICK/MORGANTI, a joint venture; DICK CORPORATION; THE MORGANTI GROUP; AMERICAN CASUALTY COMPANY OF READING, PA; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 3:07-CV-02564-CRB<br><br>~~[Proposed]~~ ORDER REASSIGNING RELATED CASE<br>[Civil L.R. 3-12]<br><br>Hearing Date: n/a<br><br>Hearing Time: n/a<br><br>Location: Courtroom 8 (19th floor)<br><br>Judge: Hon. Charles R. Breyer |

The Court, having read and considered the Administrative Motion of Eggli Landscape Contractors, Inc., plaintiff and "use plaintiff" in Case No. CD-07-5699-JCS (the "Eggli" Case), to consider whether the Eggli Case is related to those listed below, hereby determines the Eggli Case to be related to the above captioned case and to the following other cases:

*United States of America for the Use and Benefit of Performance Contracting, Inc., a Kansas Corporation, vs. Dick/Morganti, a California Joint Venture, et al.*; Case No. C-07-

**Hannig Law Firm LLP**
2991 El Camino Real
Redwood City, CA 94061
(650) 482-3040

3:07-CV-02564-CRB
**[Proposed] ORDER REASSIGNING RELATED CASE [Civil L.R. 3-12]**
{EGGL:2012:JHB:H0061129.DOC.2}                - 1 -

4180-EDL;

*United States for the Use and Benefit of Berger Bros., Inc. vs. Dick/Morganti, a California Joint Venture, et al.* Case No. C-07-05108-JSW.

For the foregoing reasons, and pursuant to Civil L.R. 3-12 (f), the Court hereby orders Case No. CV-07-5699-JCS reassigned to the Honorable Charles R. Breyer.

Dated: November 20, 2007

_____
Honorable Charles R. Breyer, United States District Judge



Hannig Law Firm LLP
2991 El Camino Real
Redwood City, CA 94061
(650) 482-3040

3:07-CV-02564-CRB
**[Proposed] ORDER REASSIGNING RELATED CASE [Civil L.R. 3-12]**
{EGGL:2012:JHB:H0061129.DOC.2}   - 2 -