| | |
|---|---|
| 1 | RAYMOND M. BUDDIE    (SBN 121353) |
| 2 | RICK W. GRADY    (SBN 235976) |
|   | PECKAR & ABRAMSON, P.C. |
| 3 | 455 Market Street, 21st Floor |
|   | San Francisco, California 94105 |
| 4 | Telephone: (415) 837-1968 |
| 5 | Facsimile:  (415) 837-1320 |
|   | Email: rbuddie@pecklaw.com |
| 6 |        rgrady@pecklaw.com |

PATRICK HALLINAN    (SBN 33838 )
KENNETH WINE    (SBN 142385)
LAW OFFICES OF HALLINAN & WINE
345 Franklin Street
San Francisco, CA 94102
Telephone: (415) 621-2400
Facsimile:  (415) 575-9930
Email: butchhallinan@hotmail.com
       kenwine@hotmail.com

Attorneys for Defendants, Counter-Claimants and Third Party Complainants, AMERICAN CASUALTY COMPANY OF READING, PA; and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES of AMERICA for the Use and Benefit of WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS, and WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS,<br><br>Plaintiffs,<br>vs.<br><br>DICK/MORGANTI, a joint venture; DICK CORPORATION; THE MORGANTI GROUP; AMERICAN CASUALTY COMPANY OF READING, PA; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 3:07-CV-02564-CRB<br>Consolidated with:<br>Case No: 3:07-CV-07-04180 EDL<br><br>**DECLARTION RE: FILING AND SERVICE OF GLOBAL CLAIM** |

1

DECLARTION RE: FILING AND SERVICE OF GLOBAL CLAIM    Case No.: 3:07-CV-02564-CRB
                                                     3:07-CV-07-04180 EDL

LAW OFFICES
Peckar &
Abramson
A Professional Corporation

AND ALL RELATED COUNTER-CLAIMS AND THIRD-PARTY COMPLAINTS.

I, Michael T. Ambroso, declare as follows:

1. I am the Assistant General Counsel and Assistant Secretary for Defendant Dick Corporation. Dick Corporation is the managing partner of Defendant Dick/Morganti, A Joint Venture formed between Dick Corporation and Defendant Morganti Texas, Inc. Dick/Morganti's sureties for the construction project which is the subject matter of this lawsuit are Defendant American Casualty Company of Reading, PA ("American") and National Union Fire Insurance Company of Pittsburgh, PA ("National").

2. Pursuant to the Court's October 19, 2007 Stay Order and October 30, 2007 Supplemental Order, on November 30, 2007, Dick/Morganti submitted its Global Claim to the Contracting Officer of the U.S. General Services Administration for the construction project known as the New San Francisco Federal Building located on the corner of 7th and Mission Streets in San Francisco.

3. The Global Claim, with exhibits, is contained in six(6) volumes and is approximately 2,500 pages long. Copies of the Global Claim are being arranged and will be sent to counsel for Plaintiff Webcor and the Third Party Defendants in this action on or before December 6, 2007.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 3rd day of December, 2007 at Pittsburgh, Pennsylvania.

*/s/ Michael T. Ambroso*
Michael T. Ambroso

LAW OFFICES
Peckar & Abramson
A Professional Corporation

2
DECLARTION RE: FILING AND SERVICE OF GLOBAL CLAIM   Case No.: 3:07-CV-02564-CRB
3:07-CV-07-04180 EDL