| | |
|---|---|
| 1 | RAYMOND M. BUDDIE    (SBN 121353) |
| 2 | RICK W. GRADY    (SBN 235976) |
|   | PECKAR & ABRAMSON, P.C. |
| 3 | 455 Market Street, 21st Floor |
|   | San Francisco, CA 94105 |
| 4 | Telephone:   (415) 837-1968 |
| 5 | Facsimile:    (415) 837-1320 |
|   | Email: rbuddie@pecklaw.com |
| 6 |         rgrady@pecklaw.com |
| 7 | PATRICK HALLINAN    (SBN 33838) |
| 8 | KENNETH WINE    (SBN 142385) |
|   | LAW OFFICES OF HALLINAN & WINE |
| 9 | 345 Franklin Street |
|   | San Francisco, CA 94102 |
| 10 | Telephone:   (415) 621-2400 |
| 11 | Facsimile:    (415) 575-9930 |
|    | Email: butchhallinan@hotmail.com |
| 12 |         kenwine@hotmail.com |

Attorneys for Defendants, Counter-Claimants and Third Party Complainants, AMERICAN CASUALTY COMPANY OF READING, PA; and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES of AMERICA for the Use and Benefit of WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS, and WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS,<br><br>Plaintiffs,<br><br>vs.<br><br>DICK/MORGANTI, a joint venture; DICK CORPORATION; THE MORGANTI GROUP; AMERICAN CASUALTY COMPANY OF READING, PA; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and DOES 1 through 10, inclusive,<br><br>Defendants.<br><br>AND ALL RELATED COUNTER-CLAIMS AND THIRD-PARTY COMPLAINTS. | Case No.: 3:07-CV-02564-CRB<br>Consolidated with:<br>Case No: 3:07-CV-07-04180 EDL<br><br>**PROOF OF SERVICE** |

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is PECKAR & ABRAMSON, 455 Market Street, 21st Floor, San Francisco, California 94105. On December 11, 2007, I served the within documents:

### DECLARATION RE: FILING AND SERVICE OF GLOBAL CLAIM

☐ by sending the document(s) listed above via electronic transmission (e-mail) to the parties set forth below:

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California at the address(es) set forth below.

Roger P. Heyman, Esq.  
James K.T. Hunter  
Heyman Densmore LLP  
21550 Oxnard Street, Suite 450  
Woodland Hills, CA 91367  
Telephone:    (818) 703-9494  
Facsimile:    (818) 703-9495  
Email:    heyman@hdlawllp.com  
***Attorneys for Third Party Defendant, Permasteelisa Cladding Technologies L.P. and Permasteelisa Group USA Holdings Corp.***

Ann Marie Nejasmich, Esq.  
Marelich Mechanical Co., Inc.  
24041 Amador Street  
Hayward, CA 94544  
Telephone:    (510) 785-5500  
Facsimile:    (510) 576-1004  
***Attorney for Third Party Defendant Marelich Mechanical Co., Inc.***

I am readily familiar with the firm's practice of collection and processing correspondence for mailing and Fed Ex. Under these practices it would be deposited with U.S. Postal Service or Fed Ex on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on December 11, 2007, at San Francisco, California.

Sabina van Kempen  
Printed Name

/s/ Sabina van Kempen  
Signature Line

LAW OFFICES  
Peckar & Abramson  
A Professional Corporation

2

PROOF OF SERVICE

Case No.: 3:07-CV-02564-CRB  
3:07-CV-07-04180 EDL