```
RAYMOND M. BUDDIE      (SBN 121353)
RICK W. GRADY          (SBN 235976)
PECKAR & ABRAMSON, P.C.
455 Market Street, 21st Floor
San Francisco, CA 94105
Telephone:    (415) 837-1968
Facsimile:    (415) 837-1320
Email: rbuddie@pecklaw.com
       rgrady@pecklaw.com

PATRICK HALLINAN       (SBN 33838)
KENNETH WINE           (SBN 142385)
LAW OFFICES OF HALLINAN & WINE
345 Franklin Street
San Francisco, CA 94102
Telephone:    (415) 621-2400
Facsimile:    (415) 575-9930
Email: butchhallinan@hotmail.com
       kenwine@hotmail.com
```

Attorneys for Defendants, Counter-Claimants and Third Party Complainants, AMERICAN CASUALTY COMPANY OF READING, PA; and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES of AMERICA for the Use and Benefit of WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS, and WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS,<br><br>Plaintiffs,<br><br>vs.<br><br>DICK/MORGANTI, a joint venture; DICK CORPORATION; THE MORGANTI GROUP; AMERICAN CASUALTY COMPANY OF READING, PA; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 3:07-CV-02564-CRB<br>Consolidated with:<br>Case No: 3:07-CV-07-04180 EDL<br><br>**PROOF OF SERVICE** |
| AND ALL RELATED COUNTER-CLAIMS AND THIRD-PARTY COMPLAINTS. | |

LAW OFFICES
Peckar & Abramson
A Professional Corporation

1

PROOF OF SERVICE

Case No.: 3:07-CV-02564-CRB
3:07-CV-07-04180 EDL

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is PECKAR & ABRAMSON, 455 Market Street, 21st Floor, San Francisco, California 94105. On December 18, 2007, I served the within documents:

1. **STATUS BRIEF OF AMERICAN CASUALTY COMPANY OF READING, PA AND NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA RE: DICK/MORGANTI'S GLOBAL CLAIM**
2. **DECLARATION OF MICHAEL T. AMBROSO IN SUPPORT OF STATUS BRIEF OF AMERICAN CASUALTY COMPANY OF READING, PA AND NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA RE: DICK/MORGANTI'S GLOBAL CLAIM**

☒ by sending the document(s) listed above via electronic transmission (e-mail) to the parties set forth below:

*See Attached Service List*

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California at the address(es) set forth below.

| | |
|---|---|
| Roger P. Heyman, Esq.<br>James K.T. Hunter<br>Heyman Densmore LLP<br>21550 Oxnard Street, Suite 450<br>Woodland Hills, CA 91367<br>Telephone:   (818) 703-9494<br>Facsimile:   (818) 703-9495<br>Email:   heyman@hdlawllp.com<br>*Attorneys for Third Party Defendant,*<br>*Permasteelisa Cladding Technologies*<br>*L.P. and Permasteelisa Group USA*<br>*Holdings Corp.* | Ann Marie Nejasmich, Esq.<br>Marelich Mechanical Co., Inc.<br>24041 Amador Street<br>Hayward, CA 94544<br>Telephone:   (510) 785-5500<br>Facsimile:   (510) 576-1004<br><br>*Attorney for Third Party Defendant*<br>*Marelich Mechanical Co., Inc.* |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing and Fed Ex. Under these practices it would be deposited with U.S. Postal Service or Fed Ex on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on December 18, 2007, at San Francisco, California.

| Sabina van Kempen | /s/ Sabina van Kempen |
|---|---|
| Printed Name | Signature Line |

| United States of America for the Use and Benefit of Webcor Construction, Inc. dba Webcor Builders, and Webcor Construction, Inc. dba Webcor Builders, v. Dick/Morganti, et al  Northern District of California, Case No.: 3:07-CV-02564-CRB  Consolidated with: Case No: 3:07-CV-07-04180 EDL ||
|---|---|
| *Service List* ||
| John H. Blake, Esq.<br>Hannig Law Firm LLP<br>2991 El Camino Real<br>Redwood City, CA 94061<br>Telephone:   (650) 482-3040<br>Facsimile:   (650) 482-2820<br>Email:   jhb@hanniglaw.com<br>*Attorney for Eggli Landscape Contractors, Inc.* | Seth R. Price, Esq.<br>Chamberlain Hrdlicka White Williams & Martin<br>191 Peachtree Street, N.E., 34th Floor<br>Atlanta, GA 30303<br>Telephone:   (404) 659-1410<br>Facsimile:   (404) 588-3421<br>Email:   seth.price@chamberlain.com<br>*Attorney for Marelich Mechanical Co., Inc.* |
| Steven L. Iriki, Esq.<br>Otis Canli & Duckworth, LLP<br>180 Montgomery Street, Suite 1240<br>San Francisco, CA 94104<br>Telephone:   (415) 362-4442<br>Facsimile:   (415) 362-7332<br>Email:   sli@ocdlaw.com<br>*Attorney for Third Party Defendant, Performance Contracting Group, Inc.* | Steven F. Brockhage, Esq.<br>Stanton Kay & Watson LLP<br>101 New Montgomery Street, 5th Floor<br>San Francisco, CA 94105<br>Telephone:   (415) 512-3501<br>Email:   stevenb@skwsf.com<br>*Attorney for Third Party Defendant, Rosendin Electric, Inc.* |
| Richard T. Bowles<br>Kenneth G. Jones<br>Bowles & Verna LLP<br>2121 N. California Blvd., Suite 875<br>Walnut Creek, CA 94596<br>Telephone:   (925) 935-3300<br>Facsimile:   (925) 935-0371<br>Email:   rbowles@bowlesverna.com<br>           kjones@bowlesverna.com<br>*Attorneys for Plaintiff and Counter-Defendant, Webcor Construction, Inc. dba Webcor Builders* | |