**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **December 19, 2007**

**C-07-02564 CRB**    USA  v.  **DICK/MORGANTI**
 related case
**C-07-5699CRB**    Eggli Lanscape v. **DICK/MORGANTI**


Attorneys:    Steve Brockhage, John Blake, Roger Heyman, Steve Iriki, Kennth Jones, Ann Myasmich

   Patrick Hallihen, Raymond Buddie

Deputy Clerk: **BARBARA ESPINOZA**         Reporter: **James Yeomans**
**PROCEEDINGS:**                                                                         **RULING:**

1.  Status Conference

2.  Initial Case Management Conference

**ORDERED AFTER HEARING:**

 Court grants extension of time to fil an answer as to Eggli and Marelich Mechanic


( ) ORDER TO BE PREPARED BY:   Plntf _____   Deft _____   Court _____

( ) Referred to Magistrate Judge For: _____

(X) CASE CONTINUED TO January 30, 2008 @ 4:00 p.m. for Status Conference

Discovery Cut-Off _____                    Expert Discovery Cut-Off _____

Plntf to Name Experts by _____             Deft to Name Experts by _____

P/T Conference Date _____    Trial Date _____    Set for _____ days
                Type of Trial:  ( )Jury    ( )Court

Notes: _____