1  RAYMOND M. BUDDIE    (SBN 121353)
   RICK W. GRADY         (SBN 235976)
2  PECKAR & ABRAMSON, P.C.
   455 Market Street, 21st Floor
3  San Francisco, CA 94105
   Telephone:    (415) 837-1968
4  Facsimile:    (415) 837-1320
   Email: rbuddie@pecklaw.com
5          rgrady@pecklaw.com

6  PATRICK HALLINAN      (SBN 33838)
7  KENNETH WINE          (SBN 142385)
   LAW OFFICES OF HALLINAN & WINE
8  345 Franklin Street
   San Francisco, CA 94102
9  Telephone:    (415) 621-2400
   Facsimile:    (415) 575-9930
10 Email:  butchhallinan@hotmail.com
           kenwine@hotmail.com
11

12 Attorneys for AMERICAN CASUALTY COMPANY OF READING, PA; NATIONAL UNION
   FIRE INSURANCE COMPANY OF PITTSBURGH, PA; DICK CORPORATION; THE
13 MORGANTI GROUP; and DICK/MORGANTI

14                      UNITED STATES DISTRICT COURT

15        NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

16 | UNITED STATES of AMERICA for the Use | Case No.: 3:07-CV-02564-CRB |
   | and Benefit of WEBCOR CONSTRUCTION, | |
17 | INC. dba WEBCOR BUILDERS, and | |
   | WEBCOR CONSTRUCTION, INC. dba | |
18 | WEBCOR BUILDERS, | |
19 | | |
   |          Plaintiffs, | **PROOF OF SERVICE** |
20 | vs. | |
21 | DICK/MORGANTI, a joint venture; DICK | |
   | CORPORATION; THE MORGANTI | |
22 | GROUP; AMERICAN CASUALTY | |
   | COMPANY OF READING, PA; | |
23 | NATIONAL UNION FIRE INSURANCE | |
   | COMPANY OF PITTSBURGH, PA, and | |
24 | DOES 1 through 10, inclusive, | |
25 | | |
   |          Defendants. | |
26 | | |
   | AND ALL RELATED COUNTER-CLAIMS; | |
27 | THIRD PARTY COMPLAINTS; and | |
   | CONSOLIDATED ACTION. | |
28

                                           1

LAW OFFICES

Peckar &
Abramson
A Professional Corporation

**PROOF OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is PECKAR & ABRAMSON, 455 Market Street, 21st Floor, San Francisco, California 94105.  On December 18, 2007, I served the within documents:

1. **NOTICE OF MOTIONS; MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM [F.R.C.P. 12(b)(6); AND MOTION FOR A MORE DEFINITE STATEMENT [F.R.C.P. 12(e)]; and**

2. **[PROPOSED] ORDER GRANTING MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM [F.R.C.P. 12(b)(6)] AND MOTION FOR A MORE DEFINITE STATEMENT [F.R.C.P. 12(e)].**

☒  by sending the document(s) listed above via electronic transmission (e-mail) to the parties set forth below:

*See Attached Service List*

☒  by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California at the address(es) set forth below.

| | |
|---|---|
| Roger P. Heyman, Esq. | Ann Marie Nejasmich, Esq. |
| James K.T. Hunter | Marelich Mechanical Co., Inc. |
| Heyman Densmore LLP | 24041 Amador Street |
| 21550 Oxnard Street, Suite 450 | Hayward, CA 94544 |
| Woodland Hills, CA 91367 | Telephone:    (510) 785-5500 |
| Telephone:    (818) 703-9494 | Facsimile:    (510) 576-1004 |
| Facsimile:    (818) 703-9495 | ***Attorney for Third Party Defendant*** |
| Email:    heyman@hdlawllp.com | ***Marelich Mechanical Co., Inc.*** |
| ***Attorneys for Third Party Defendant,*** | |
| ***Permasteelisa Cladding Technologies*** | |
| ***L.P. and Permasteelisa Group USA*** | |
| ***Holdings Corp.*** | |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing and Fed Ex.  Under these practices it would be deposited with U.S. Postal Service or Fed Ex on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒  (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on January 18, 2008, at San Francisco, California.

| Marissa Y. Otellini | /s/ Marissa Y. Otellini |
|---|---|
| Printed Name | Signature Line |

2

PROOF OF SERVICE                    Case No.: 3:07-CV-02564-CRB

1
2
3
4
5

| | |
|---|---|
| **United States of America for the Use and Benefit of Webcor Construction, Inc. dba Webcor Builders, and Webcor Construction, Inc. dba Webcor Builders,**<br>**v.**<br>**Dick/Morganti, et al**<br>Northern District of California, Case No.: 3:07-CV-02564-CRB<br>Consolidated with: Case No: 3:07-CV-07-04180 EDL<br><br>*Service List* ||
| John H. Blake, Esq.<br>Hannig Law Firm LLP<br>2991 El Camino Real<br>Redwood City, CA 94061<br>Telephone:    (650) 482-3040<br>Facsimile:    (650) 482-2820<br>Email:        jhb@hanniglaw.com<br>***Attorney for Eggli Landscape Contractors, Inc.*** | Seth R. Price, Esq.<br>Chamberlain Hrdlicka White<br>Williams & Martin<br>191 Peachtree Street, N.E., 34th Floor<br>Atlanta, GA 30303<br>Telephone:    (404) 659-1410<br>Facsimile:    (404) 588-3421<br>Email:        seth.price@chamberlain.com<br>***Attorney for Marelich Mechanical Co., Inc.*** |
| Steven L. Iriki, Esq.<br>Otis Canli & Duckworth, LLP<br>180 Montgomery Street, Suite 1240<br>San Francisco, CA 94104<br>Telephone:    (415) 362-4442<br>Facsimile:    (415) 362-7332<br>Email:        sli@ocdlaw.com<br>***Attorney for Third Party Defendant, Performance Contracting Group, Inc.*** | Steven F. Brockhage, Esq.<br>Stanton Kay & Watson LLP<br>101 New Montgomery Street, 5th Floor<br>San Francisco, CA 94105<br>Telephone:    (415) 512-3501<br>Email:        stevenb@skwsf.com<br>***Attorney for Third Party Defendant, Rosendin Electric, Inc.*** |
| Richard T. Bowles<br>Kenneth G. Jones<br>Bowles & Verna LLP<br>2121 N. California Blvd., Suite 875<br>Walnut Creek, CA 94596<br>Telephone:    (925) 935-3300<br>Facsimile:    (925) 935-0371<br>Email:        rbowles@bowlesverna.com<br>            kjones@bowlesverna.com<br>***Attorneys for Plaintiff and Counter-Defendant, Webcor Construction, Inc. dba Webcor Builders*** | |

LAW OFFICES
Peckar & Abramson
A Professional Corporation

3
PROOF OF SERVICE                    Case No.: 3:07-CV-02564-CRB