**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 07-02564 CRB |
| Plaintiff, | **Clerk's Notice** |
| v. | |
| DICK/MORGANTI, | |
| Defendant. / | |

YOU ARE NOTIFIED THAT the Court has rescheduled the status conference currently on calendar for January 30, 2008 to Friday, February 22, 2008 at 10:00 a.m. before the Honorable Charles R. Breyer.

Please report to Courtroom 8, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: January 25, 2008                                    FOR THE COURT,

Richard W. Wieking, Clerk

By: _____
Barbara Espinoza
Courtroom Deputy