RAYMOND M. BUDDIE    (SBN 121353)
RICK W. GRADY        (SBN 235976)
PECKAR & ABRAMSON, P.C.
455 Market Street, 21st Floor
San Francisco, CA 94105
Telephone: (415) 837-1968
Facsimile: (415) 837-1320
Email: rbuddie@pecklaw.com
       rgrady@pecklaw.com

PATRICK S. HALLINAN   (SBN 33838)
KENNETH H. WINE       (SBN 142385)
HALLINAN & WINE
Law Chambers Building
345 Franklin Street
San Francisco, CA 94102
Telephone:  (415) 621-2400
Facsimile:  (415) 575-9930

Attorneys for DICK/MORGANTI; DICK CORPORATION; THE MORGANTI GROUP, INC.; AMERICAN CASUALTY COMPANY OF READING, PA; and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES of AMERICA for the Use and Benefit of WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS, and WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS,<br><br>　　　　Plaintiffs,<br>vs.<br><br>DICK/MORGANTI, a joint venture; DICK CORPORATION; THE MORGANTI GROUP; AMERICAN CASUALTY COMPANY OF READING, PA; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No.: 3:07-CV-02564-CRB<br><br>**JOINT STIPULATION FOR CONTINUANCE OF HEARING ON MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM AND MOTION FOR A MORE DEFINITE STATEMENT**<br><br>Judge:　　Hon. Charles R. Breyer |
| AND ALL RELATED COUNTER-CLAIMS AND THIRD PARTY COMPLAINTS. | |

LAW OFFICES
Peckar & Abramson
A Professional Corporation

1

JOINT STIPULATION AND REQUEST FOR CONTINUANCE OF HEARING AND HEARING FOR MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM AND MOTION FOR A MORE DEFINITE STATEMENT

Case No.: 3:07-CV-02564-CRB

IT IS HEREBY STIPULATED jointly by the parties hereto through their respective counsel as follows:

**WHEREAS**:

1. On January 18, 2008 Defendants DICK/MORGANTI; DICK CORPORATION; THE MORGANTI GROUP, INC.; AMERICAN CASUALTY COMPANY OF READING, PA; and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, ("Defendants") filed a Notice of Motions and Motion to Dismiss or Failure to State a Claim and Motion for a More Definite Statement ("Motions") in response to the Complaint filed by Plaintiff United States of America for the use and benefit of Webcor Construction Inc. ("Plaintiff"); and

2. The hearing for the Motions has been scheduled for February 22, 2008 at 10:00 a.m.; and

3. Defendants and Plaintiff have tentatively reached an agreement which would make the Motions unnecessary and moot; and

4. Plaintiff's current deadline to file an opposition to the Defendants' Motions is February 1, 2008; and

5. Defendants and Plaintiff intend to finalize their agreement, render the Motions unnecessary and moot, and inform the Court of their final agreement on or before February 22, 2008.

**NOW THEREFORE**:

1. Defendants and Plaintiff request a continuance of the hearing for the Motions and the corresponding opposition and reply dates so that they may finalize their agreement regarding the Motions; and

2. Defendants and Plaintiff request the Court execute the PROPOSED ORDER filed herewith which continues the hearing for the Motions from February 22, 2008 at 10:00 a.m. to **March 21, 2008 at 10:00 a.m.**

/ / /

/ / /

/ / /

2
JOINT STIPULATION AND REQUEST FOR CONTINUANCE OF HEARING AND HEARING FOR MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM AND MOTION FOR A MORE DEFINITE STATEMENT
Case No.: 3:07-CV-02564-CRB

LAW OFFICES
Peckar & Abramson
A Professional Corporation

IT IS SO STIPULATED.

AGREED TO BY:

Dated: February 1, 2008                    PECKAR & ABRAMSON, P.C.

                                           By:    /s/ *Rick W. Grady*
                                           Raymond M. Buddie (SBN 121353)
                                           Rick W. Grady (SBN 235976)
                                           Attorneys for Defendants
                                           DICK/MORGANTI; DICK
                                           CORPORATION; THE MORGANTI
                                           GROUP, INC.; AMERICAN CASUALTY
                                           COMPANY OF READING, PA; and
                                           NATIONAL UNION FIRE INSURANCE
                                           COMPANY OF PITTSBURGH, PA

Dated: February 1, 2008                    BOWLES & VERNA LLP

                                           By:    [signature]
                                           Richard T. Bowles
                                           Kenneth G. Jones
                                           Attorneys for Plaintiff, UNITED STATES
                                           OF AMERICA for the Use and Benefit of
                                           WEBCOR CONSTRUCTION, INC. DBA
                                           WEBCOR BUILDERS

LAW OFFICES
Peckar & Abramson
A Professional Corporation

JOINT STIPULATION AND REQUEST FOR CONTINUANCE OF HEARING AND
HEARING FOR MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM AND
MOTION FOR A MORE DEFINITE STATEMENT

Case No.:
3:07-CV-02564-CRB