1  RAYMOND M. BUDDIE    (SBN 121353)
2  RICK W. GRADY            (SBN 235976)
   PECKAR & ABRAMSON, P.C.
3  455 Market Street, 21st Floor
   San Francisco, CA 94105
4  Telephone: (415) 837-1968
   Facsimile: (415) 837-1320
5  Email: rbuddie@pecklaw.com
6          rgrady@pecklaw.com

7  PATRICK S. HALLINAN    (SBN 33838)
8  KENNETH H. WINE        (SBN 142385)
   HALLINAN & WINE
9  Law Chambers Building
   345 Franklin Street
10 San Francisco, CA 94102
11 Telephone:  (415) 621-2400
   Facsimile:  (415) 575-9930
12
13 Attorneys for AMERICAN CASUALTY COMPANY OF READING, PA; and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES of AMERICA for the Use and Benefit of WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS, and WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS,<br><br>          Plaintiffs,<br>vs.<br><br>DICK/MORGANTI, a joint venture; DICK CORPORATION; THE MORGANTI GROUP; AMERICAN CASUALTY COMPANY OF READING, PA; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and DOES 1 through 10, inclusive,<br><br>          Defendants. | Case No.: 3:07-CV-02564-CRB<br><br>**STATUS CONFERENCE STATEMENT BY DICK/MORGANTI; DICK CORPORATION; THE MORGANTI GROUP, INC.; AMERICAN CASUALTY COMPANY OF READING, PA; CONTINENTAL CASUALTY COMPANY; AND NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA**<br><br>Hearing Date: February 22, 2007<br>Hearing Time: 10:00 a.m.<br>Location:     Courtroom 8, 19th Floor<br>Judge:        Hon. Charles R. Breyer |
| AND ALL RELATED COUNTER-CLAIMS AND THIRD PARTY COMPLAINTS. | |

LAW OFFICES
Peckar & Abramson
A Professional Corporation

STATUS CONFERENCE STATEMENT BY DICK/MORGANTI; DICK CORPORATION; THE MORGANTI GROUP, INC.; AMERICAN CASUALTY COMPANY OF READING, PA; CONTINENTAL CASUALTY COMPANY; AND NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA

Case No.: 3:07-CV-02564-CRB

1    Defendants Dick/Morganti; Dick Corporation; Morganti Group, Inc.; and Continental
2 Casualty Company; and Defendants and Third Party Complainants American Casualty
3 Company of Reading, PA and National Union Fire Insurance Company of Pittsburgh, PA
4 (collectively "D/M") hereby submit the following Status Brief:

5 **1.    Performance Contracting, Inc. ("PCI")**:

6    PCI's February 20, 2008 Status Conference Statement and accompanying declaration
7 essentially deal only with PCI's alleged "unpaid contract balance of approximately
8 $3,005,018.00." D/M's position is that, because PCI only focuses on its alleged $3 million
9 balance, PCI implicitly concedes that most, if not all, of the remaining $4.5 million of PCI's
10 $7.5 million total claim involves owner-related items, i.e., claims related to D/M's Global
11 Claim.

12    D/M disputes the contract balance claim because it has valid back charges. PCI claims
13 that numerous meetings have been held during which "PCI provided specific and voluminous
14 documentation as to why D/M's back charges had no merit… [and that] D/M voiced no
15 disagreement with PCI's presentation of facts." (See PCI's Status Conference Statement, page
16 3, lines 2-4.) These statements are, at best, inaccurate, because *D/M was not allowed to review*
17 *the supposed supporting documents*. (See February 21, 2008 Declaration of D/M's Project
18 Manager, Vincent C. Petito, paragraphs 5 and 6, filed herewith.)

19    Indeed, PCI's refusal to let D/M review this material and the relatively slow progress in
20 negotiations and cooperation since the December 19, 2007 Status Conference have prevented a
21 concrete agreement between D/M and PCI.

22    On December 21, 2007, D/M sent a letter to PCI to schedule a meeting to discuss
23 resolution of PCI's claims and cooperation between D/M and PCI regarding PCI's portions of
24 D/M's Global Claim. On December 27, 2007, PCI sent D/M a letter suggesting a meeting in
25 mid-January 2008, and on January 4, 2008, counsel for PCI contacted counsel for D/M and
26 suggested January 23, 2008 as a meeting date. Ultimately, a meeting was held on January 24,
27 2008 between PCI and its counsel and consultants and D/M and its counsel and consultants.
28 / / /

2

STATUS CONFERENCE STATEMENT BY DICK/MORGANTI; DICK
CORPORATION; THE MORGANTI GROUP, INC.; AMERICAN CASUALTY
COMPANY OF READING, PA; CONTINENTAL CASUALTY COMPANY; AND
NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA

Case No.:
3:07-CV-02564-CRB

LAW OFFICES
Peckar & Abramson
A Professional Corporation

On February 21, 2008, a meeting was held between D/M and PCI officials to further discuss potential resolution of PCI's alleged subcontract balance, as well as PCI's pass-through claims. D/M's position is that the parties should be allowed more time to finalize an agreement.

**2.     Webcor Construction, Inc. ("Webcor")**:

The Stay Order was dissolved with respect to three (3) of Webcor's six (6) unresolved change order requests ("COR's"), i.e., Webcor's COR's 63, 64, and 65. D/M filed a Motion to Dismiss and Motion for a More Definite Statement in response to the non-stayed COR's, and D/M and Webcor stipulated to continue the hearing on the Motions from February 22, 2008 to March 21, 2008. D/M proposed to Webcor that it draft an amended pleading which would render D/M's Motions moot and allow D/M to properly respond and/or counterclaim with respect to Webcor's non-stayed allegations. As of this filing, D/M has not received an amended pleading from Webcor.

**3.     Other Parties To This Action**:

D/M is currently engaged in claim prosecution to the GSA, claim revisions/preparation, and/or final negotiations with respect Third Party Defendants Boyett Construction, Inc.; Marelich Mechanical Co., Inc.; Permasteelisa Group USA Holdings Corp. and its related entities; and Rosendin Electric, Inc.

Dated: February 21, 2008                              PECKAR & ABRAMSON, P.C.

By:     /s/ *Rick W. Grady*
Raymond M. Buddie (SBN 121353)
Rick W. Grady (SBN 235976)
Attorneys for DICK/MORGANTI; DICK CORPORATION; THE MORGANTI GROUP, INC.; AMERICAN CASUALTY COMPANY OF READING, PA; CONTINENTAL CASUALTY COMPANY; and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA

3
STATUS CONFERENCE STATEMENT BY DICK/MORGANTI; DICK CORPORATION; THE MORGANTI GROUP, INC.; AMERICAN CASUALTY COMPANY OF READING, PA; CONTINENTAL CASUALTY COMPANY; AND NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA

Case No.: 3:07-CV-02564-CRB

LAW OFFICES
Peckar & Abramson
A Professional Corporation