RAYMOND M. BUDDIE    (SBN 121353)
RICK W. GRADY       (SBN 235976)
PECKAR & ABRAMSON, P.C.
455 Market Street, 21st Floor
San Francisco, CA 94105
Telephone: (415) 837-1968
Facsimile: (415) 837-1320
Email: rbuddie@pecklaw.com
       rgrady@pecklaw.com

PATRICK S. HALLINAN    (SBN 33838)
KENNETH H. WINE        (SBN 142385)
HALLINAN & WINE
Law Chambers Building, 345 Franklin Street
San Francisco, CA 94102
Telephone:  (415) 621-2400
Facsimile:  (415) 575-9930

Attorneys for AMERICAN CASUALTY COMPANY OF READING, PA; and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES of AMERICA for the Use and Benefit of WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS, and WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS,<br><br>　　　　　Plaintiffs,<br>vs.<br><br>DICK/MORGANTI, a joint venture; DICK CORPORATION; THE MORGANTI GROUP; AMERICAN CASUALTY COMPANY OF READING, PA; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants.<br><br>AND ALL RELATED COUNTER-CLAIMS AND THIRD PARTY COMPLAINTS. | Case No.: 3:07-CV-02564-CRB<br><br>**DECLARATION OF VINCENT C. PETITO IN SUPPORT OF STATUS CONFERENCE STATEMENT BY DICK/MORGANTI; DICK CORPORATION; THE MORGANTI GROUP, INC.; AMERICAN CASUALTY COMPANY OF READING, PA; CONTINENTAL CASUALTY COMPANY; AND NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA**<br><br>Hearing Date: February 22, 2007<br>Hearing Time: 10:00 a.m.<br>Location:　Courtroom 8, 19th Floor<br>Judge:　　Hon. Charles R. Breyer |

1

LAW OFFICES
Peckar & Abramson
A Professional Corporation

DECLARATION OF VINCENT C. PETITO IN SUPPORT OF STATUS CONFERENCE STATEMENT BY DICK/MORGANTI; DICK CORPORATION; THE MORGANTI GROUP, INC.; AMERICAN CASUALTY COMPANY OF READING, PA; CONTINENTAL CASUALTY COMPANY; AND NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA

Case No.: 3:07-CV-02564-CRB

I, Vincent C. Petito, declare as follows:

1. Unless otherwise indicated herein, the facts set forth below are personally known to me and if called upon I am willing and able to testify in support of these facts.

2. I am a Project Manager for Defendant Dick Corporation, a partner of the Dick/Morganti joint venture ("D/M"), and I have worked extensively in that capacity on the construction project known as the San Francisco Federal Building located near 7th and Mission Streets in San Francisco ("Project").

3. I have detailed knowledge of work performed by Performance Contracting, Inc. ("PCI") for the Project, and I have attended many meetings with PCI regarding the Project, including numerous meetings with PCI's James Strout, George DeMartini, and Gene Concannon.

4. I have read the February 20, 2008 Declaration of Eugene D. Concannon In Support Of Performance Contracting Inc.'s Status Conference Statement ("Declaration").

5. I attended the December 2006, April 2007, and May 2007 meetings referenced in paragraphs 3 through 5 of Mr. Concannon's Declaration. While it is true that PCI brought documentation to these meetings, neither I nor any other D/M official were allowed to look at or make copies of the documentation.

6. D/M has never been allowed to review or copy these documents that supposedly refute D/M's back charges against PCI. Mr. Concannon has specifically stated to me and other D/M officials that D/M would not be allowed to review the material until a liquidating agreement between D/M and PCI was signed.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 21st day of February, 2008 at Pittsburgh, Pennsylvania.

_____
Vincent C. Petito

2

LAW OFFICES
Peckar &
Abramson
A Professional Corporation

DECLARATION OF VINCENT C. PETITO IN SUPPORT OF STATUS CONFERENCE STATEMENT BY DICK/MORGANTI; DICK CORPORATION; THE MORGANTI GROUP, INC.; AMERICAN CASUALTY COMPANY OF READING, PA; CONTINENTAL CASUALTY COMPANY; AND NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA

Case No.:
3:07-CV-02564-CRB