**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **February 22, 2008**

**C-07-02564** CRB

  **USA  v.  DICK/MORGANTI**

| Attorneys: | Raymond Buddie, Steven | Steven Brockhage |
|---|---|---|
|  | Iriki, Rick Grady | William Nagee |

Deputy Clerk: **BARBARA ESPINOZA**          Reporter: **Margo Gurule**

**PROCEEDINGS:**                                                                                   **RULING:**

1.  Status Conference  -   Held

2.  _____

3.  _____

**ORDERED AFTER HEARING:**

_____

_____

(  ) ORDER TO BE PREPARED BY:    Plntf _____   Deft _____   Court _____

(  ) Referred to Magistrate Judge For: _____

(X) CASE CONTINUED TO  March 21,  2008 @ 10:00 a.m.  for  Status Conference

Discovery Cut-Off _____   Expert Discovery Cut-Off _____

Plntf to Name Experts by _____   Deft to Name Experts by _____

P/T Conference Date _____ Trial Date _____ Set for _____ days
                                   Type of Trial:  (  )Jury     (  )Court

Notes: _____

_____