1  RAYMOND M. BUDDIE    (SBN 121353)
2  RICK W. GRADY        (SBN 235976)
   PECKAR & ABRAMSON, P.C.
3  455 Market Street, 21st Floor
   San Francisco, CA 94105
4  Telephone: (415) 837-1968
   Facsimile: (415) 837-1320
5  Email: rbuddie@pecklaw.com
6        rgrady@pecklaw.com

7  PATRICK S. HALLINAN    (SBN 33838)
   KENNETH H. WINE        (SBN 142385)
8  HALLINAN & WINE
   Law Chambers Building
9  345 Franklin Street
   San Francisco, CA 94102
10 Telephone: (415) 621-2400
11 Facsimile: (415) 575-9930

12 Attorneys for DICK/MORGANTI; DICK CORPORATION; THE MORGANTI GROUP, INC.;
   AMERICAN CASUALTY COMPANY OF READING, PA; and NATIONAL UNION FIRE
13 INSURANCE COMPANY OF PITTSBURGH, PA

14                  UNITED STATES DISTRICT COURT

15       NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

16
17 UNITED STATES of AMERICA for the Use     Case No.: 3:07-CV-02564-CRB
   and Benefit of WEBCOR CONSTRUCTION,
   INC. dba WEBCOR BUILDERS, and            **JOINT STIPULATION FOR**
18 WEBCOR CONSTRUCTION, INC. dba            **CONTINUANCE OF HEARING ON**
   WEBCOR BUILDERS,                         **MOTION TO DISMISS FOR FAILURE**
19                                          **TO STATE A CLAIM AND MOTION**
20              Plaintiffs,                 **FOR A MORE DEFINITE STATEMENT**
21 vs.

22 DICK/MORGANTI, a joint venture; DICK
   CORPORATION; THE MORGANTI             Judge:      Hon. Charles R. Breyer
23 GROUP; AMERICAN CASUALTY
   COMPANY OF READING, PA;
24 NATIONAL UNION FIRE INSURANCE
   COMPANY OF PITTSBURGH, PA, and
25 DOES 1 through 10, inclusive,

26              Defendants.

27 _____

28 AND ALL RELATED COUNTER-CLAIMS
   AND THIRD PARTY COMPLAINTS.

LAW OFFICES
Peckar &
Abramson
A Professional Corporation

1    IT IS HEREBY STIPULATED jointly by the parties hereto through their respective

2  counsel as follows:

3    **WHEREAS:**

4    1.    On January 18, 2008 Defendants DICK/MORGANTI; DICK CORPORATION;

5  THE MORGANTI GROUP, INC.; AMERICAN CASUALTY COMPANY OF READING, PA;

6  and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,

7  ("Defendants") filed a Notice of Motions and Motion to Dismiss or Failure to State a Claim and

8  Motion for a More Definite Statement ("Motions") in response to the Complaint filed by Plaintiff

9  United States of America for the use and benefit of Webcor Construction Inc. ("Plaintiff"); and

10    2.    The hearing for the Motions was originally scheduled for February 22, 2008 and

11  was, per the parties' stipulation and the Court's February 11, 2008 Order, continued to March 21,

12  2008 at 10:00 a.m.; and

13    3.    Defendants and Plaintiff are currently finalizing an agreement which would make

14  the Motions unnecessary and moot; and

15    4.    Plaintiff's current deadline to file an opposition to the Defendants' Motions is

16  February 29, 2008; and

17    5.    Defendants and Plaintiff intend to finalize their agreement, render the Motions

18  unnecessary and moot, and inform the Court of their final agreement on or before March 28,

19  2008.

20    **NOW THEREFORE:**

21    1.    Defendants and Plaintiff request a continuance of the hearing for the Motions and

22  the corresponding opposition and reply dates so that they may finalize their agreement regarding

23  the Motions; and

24    2.    Defendants and Plaintiff request the Court execute the PROPOSED ORDER filed

25  herewith which continues the hearing for the Motions from March 21, 2008 at 10:00 a.m. to

26  **April 18, 2008 at 10:00 a.m.**

27  / / /

28  / / /

LAW OFFICES

Peckar &
Abramson
A Professional Corporation

2

JOINT STIPULATION AND REQUEST FOR CONTINUANCE OF HEARING AND        Case No.:
HEARING FOR MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM AND      3:07-CV-02564-CRB
MOTION FOR A MORE DEFINITE STATEMENT

1    **IT IS SO STIPULATED.**

2    **AGREED TO BY:**

3

4    Dated: February 28, 2008                    PECKAR & ABRAMSON, P.C.

5

6                                                By: _____

7                                                Raymond M. Buddie (SBN 121353)
                                                 Rick W. Grady (SBN 235976)
8                                                Attorneys for Defendants
                                                 DICK/MORGANTI; DICK
9                                                CORPORATION; THE MORGANTI
                                                 GROUP, INC.; AMERICAN CASUALTY
10                                               COMPANY OF READING, PA; and
                                                 NATIONAL UNION FIRE INSURANCE
11                                               COMPANY OF PITTSBURGH, PA

12

13   Dated: February 28, 2008                    BOWLES & VERNA LLP

14

15                                               By: _____

16                                               Richard T. Bowles
                                                 Kenneth G. Jones
17                                               Michael Connolly
                                                 Attorneys for Plaintiff, UNITED STATES
18                                               OF AMERICA for the Use and Benefit of
                                                 WEBCOR CONSTRUCTION, INC. DBA
19                                               WEBCOR BUILDERS

20

21

22

23

24

25

26

27

28

LAW OFFICES
Peckar &
Abramson
A Professional Corporation

JOINT STIPULATION AND REQUEST FOR CONTINUANCE OF HEARING AND          Case No.:
HEARING FOR MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM AND        3:07-CV-02564-CRB
MOTION FOR A MORE DEFINITE STATEMENT