UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES of AMERICA for the Use and Benefit of WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS, and WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS,<br><br>          Plaintiffs,<br>vs.<br><br>DICK/MORGANTI, a joint venture; DICK CORPORATION; THE MORGANTI GROUP; AMERICAN CASUALTY COMPANY OF READING, PA; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and DOES 1 through 10, inclusive,<br><br>          Defendants. | Case No.: 3:07-CV-02564-CRB<br><br>**[PROPOSED] ORDER CONTINUING HEARING ON MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM AND MOTION FOR A MORE DEFINITE STATEMENT**<br><br>Judge:      Hon. Charles R. Breyer |
| AND ALL RELATED COUNTER-CLAIMS AND THIRD PARTY COMPLAINTS. | |

IT IS HEREBY ORDERED that the Hearing on Defendants' DICK/MORGANTI; DICK CORPORATION; THE MORGANTI GROUP, INC.; AMERICAN CASUALTY COMPANY OF READING, PA; and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA Motion to Dismiss or Failure to State a Claim and Motion for a More Definite Statement ("Motions") is continued from March 21, 2008 to **April 18, 2008 at 10:00**

LAW OFFICES
Peckar & Abramson
A Professional Corporation

1

[PROPOSED] ORDER CONTINUING HEARING ON MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM AND MOTION FOR A MORE DEFINITE STATEMENT

Case No.: 3:07-CV-02564-CRB

1  **a.m.**, with all dates for opposition and reply papers calendared from the latter date per local
2  rules.
3      **IT IS SO ORDERED.**
4
5  Dated: _____, 2008
6                                              Honorable Charles R. Breyer
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LAW OFFICES
Peckar &
Abramson
A Professional Corporation

2

[PROPOSED] ORDER CONTINUING HEARING ON MOTION TO DISMISS FOR
FAILURE TO STATE A CLAIM AND MOTION FOR A MORE DEFINITE
STATEMENT

Case No.:
3:07-CV-02564-CRB