1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES of AMERICA for the Use and Benefit of WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS, and WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>DICK/MORGANTI, a joint venture; DICK CORPORATION; THE MORGANTI GROUP; AMERICAN CASUALTY COMPANY OF READING, PA; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No.: 3:07-CV-02564-CRB<br><br>[~~PROPOSED~~] **ORDER CONTINUING HEARING ON MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM AND MOTION FOR A MORE DEFINITE STATEMENT**<br><br>Judge:　　　Hon. Charles R. Breyer |
| AND ALL RELATED COUNTER-CLAIMS AND THIRD PARTY COMPLAINTS. | |

　　　IT IS HEREBY ORDERED that the Hearing on Defendants' DICK/MORGANTI; DICK

CORPORATION; THE MORGANTI GROUP, INC.; AMERICAN CASUALTY COMPANY

OF READING, PA; and NATIONAL UNION FIRE INSURANCE COMPANY OF

PITTSBURGH, PA Motion to Dismiss or Failure to State a Claim and Motion for a More

Definite Statement ("Motions") is continued from March 21, 2008 to **April 18, 2008 at 10:00**

[PROPOSED] ORDER CONTINUING HEARING ON MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM AND MOTION FOR A MORE DEFINITE STATEMENT

Case No.: 3:07-CV-02564-CRB

LAW OFFICES

Peckar &
Abramson
A Professional Corporation

1   **a.m.**, with all dates for opposition and reply papers calendared from the latter date per local

2   rules.

3        **IT IS SO ORDERED.**

4

5   Dated: _February 29 _____, 2008

6                  Honorable Charles R. Breyer



7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES

Peckar &
Abramson
A Professional Corporation

[PROPOSED] ORDER CONTINUING HEARING ON MOTION TO DISMISS FOR
FAILURE TO STATE A CLAIM AND MOTION FOR A MORE DEFINITE
STATEMENT

Case No.:
3:07-CV-02564-CRB