Ann M. Nejasmich, Esq. (SBN 077564)
Marelich Mechanical Co., Inc.
24041 Amador Street
Hayward, CA 94544-1202
Telephone: (510) 785-5500
Facsimile: (510) 576-1004
Email: a.nejasmich@marelich.com

Seth Price, Esq. (GA BN 587841)
[pursuant to admission pro hac vice]
Gina M. Vitiello, Esq. (GA BN 628665)
Chamberlain Hrdlicka White Williams & Martin
191 Peachtree Street – 34th Floor
Atlanta, GA 30303
Telephone: (404) 659-1410
Facsimile: (404) 659-1852
Email: seth.price@chamberlainlaw.com
Email: gina.vitiello@chamberlainlaw.com
**Attorneys for Third Party Defendant**
**Marelich Mechanical Co., Inc.**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA for the Use and Benefit of WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS, and WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS,<br><br>Plaintiff,<br><br>vs.<br><br>DICK/MORGANTI, a joint venture; DICK CORPORATION; THE MORGANTI GROUP; AMERICAN CASUALTY COMPANY OF READING, PA; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 3:07-CV-02564-CRB<br><br>JUDGE CHARLES R. BREYER<br><br>**NOTICE OF CONTINUATION OF STATUS CONFERENCE**<br><br>New Date: April 18, 2008 @ 10:00 a.m. |

COMES NOW Seth Price, Attorney for Marelich Mechanical Co., Inc. ("Marelich") and serves Notice on all counsel that the Status Conference set for March 21, 2008 at 10:00 a.m. has been continued to April 18, 2008 at 10:00 a.m., to be held contemporaneously with the Motions hearing scheduled in this case, and more particularly states as follows:

On January 18, 2008, attorneys for American Casualty Company of Reading, PA; National Union Fire Insurance Company of Pittsburgh, PA; Dick Corporation; The Morganti Group; and Dick/Morganti filed a Motion to Dismiss for Failure to State a Claim; and Motion for More Definite Statement [E-Filing No. 81, hereinafter "Defendants' Motions"].

1. By Order of Court dated February 29, 2008, the hearing on Defendants' Motions was continued from March 21, 2008 to April 18, 2008 at 10:00 a.m. [E-Filing No. 100].

2. In a telephone conference between the legal assistant for Marelich's counsel and Deputy Clerk Barbara Espinoza, on March 3, 2008, Ms. Espinoza stated that it was the intention of the Court to continue the Status Conference also set for March 21, 2008 to April 18, 2008 at 10:00 a.m., in order for it to be held contemporaneously with the Defendants' Motions hearing.

3. Ms. Espinoza further requested that Counsel for Marelich inform all other counsel that such Status Conference would be held on April 18, 2008 at 10:00 a.m.

Dated: March 7, 2008.

/s/ *Seth Price*
Seth Price, Esq. (GA BN 587841)
[pursuant to pro hac vice]
Attorney for Marelich Mechanical Co., Inc.

Ann M. Nejasmich, Esq.
(SBN 077564)
Marelich Mechanical Co., Inc.
24041 Amador Street
Hayward, CA 94544-1202
Telephone: (510) 785-5500
Facsimile: (510) 576-1004
Email: a.nejasmich@marelich.com
Of Counsel:
Seth Price, Esq. (GA BN 587841)
Gina M. Vitiello, Esq. (GA BN 628665)
Chamberlain Hrdlicka White Williams & Martin
191 Peachtree Street – 34th Floor
Atlanta, GA 30303
Telephone: (404) 659-1410
Facsimile:  (404) 659-1852
Email: seth.price@chamberlainlaw.com
Email: gina.vitiello@chamberlainlaw.com

NOTICE OF CONTINUATION OF
STATUS CONFERENCE                                         CASE NO. 3:07-CV-02564-CRB

Ann M. Nejasmich, Esq. (SBN 077564)
Marelich Mechanical Co., Inc.
24041 Amador Street
Hayward, CA 94544-1202
Telephone: (510) 785-5500
Facsimile: (510) 576-1004
Email: a.nejasmich@marelich.com

Seth Price, Esq. (GA BN 587841), ***Pro Hac Vice***
Chamberlain Hrdlicka White Williams & Martin
191 Peachtree Street – 34th Floor
Atlanta, GA 30303
Telephone: (404) 659-1410
Facsimile: (404) 659-1852
Email: seth.price@chamberlainlaw.com
**Attorneys for Third Party Defendant
Marelich Mechanical Co., Inc.**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA for the Use and Benefit of WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS, and WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS,<br><br>    Plaintiff,<br><br>vs.<br><br>DICK/MORGANTI, a joint venture; DICK CORPORATION; THE MORGANTI GROUP; AMERICAN CASUALTY COMPANY OF READING, PA; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No.: 3:07-CV-02564-CRB<br><br>**PROOF OF SERVICE** |

## PROOF OF SERVICE

    I am a resident of the State of Georgia, over the age of eighteen years, and not a party to the within action. I am employed by the law firm of Chamberlain Hrdlicka White Williams & Martin, whose business address is 34th Floor, 191 Peachtree Street, Atlanta, GA 30303. On March 7, 2008, I served the document described as ***Notice of Continuation of Status Conference*** by e-mail noticing those attorneys registered as ECF Users, and sending a copy of the document listed above via electronic transmission (e-mail) or facsimile transmission, as noted, to parties designated for manual service, as set forth below:

PROOF OF SERVICE      - 1 -      Civil Action No. 3:07-cv-02564-CRB

Richard T. Bowles, via e-mail notice to rbowles@bowlesverna.com
Kenneth G. Jones, via e-mail notice to kjones@bowlesverna.com
Steven F. Brockhage, via e-mail notice to sfb@smithbrock.com
Raymond M. Buddie, via e-mail notice to rbuddie@pecklaw.com
Timothy E. Elliott, via e-mail notice to telliott@pecklaw.com
Rick W. Grady, via e-mail notice to rgrady@pecklaw.com
Patrick Hallinan, via e-mail notice to butchhallinan@hotmail.com
Kenneth Wine, via e-mail notice to kenwine@hotmail.com
Steven L. Iriki, via e-mail notice to sli@ocilaw.com
J. Morrow Otis, via e-mail copy to jmo@ocilaw.com
Matthew E. McCabe, via e-mail copy to mem@ocilaw.com
Randall M. Smith, via e-mail copy to rms@smithbrock.com
John Henry Blake, via e-mail notice to jhb@hanniglaw.com
Roger P. Heyman, via e-mail notice to heyman@hdlawllp.com
James K.T. Hunter, via e-mail copy to hunter@hdlawllp.com
Leland Peter Ryan, via e-mail notice to pete@mbvlaw.com

Boyett Door & Hardware Division
c/o Boyett Construction, Inc.
2404 Tripaldi Way
Hayward, CA 94545
Attn: John Khau
Telephone: (510) 264-9100
Facsimile: (510) 264-9105                          Via Facsimile

I declare that I am employed in the office of a member of the bar of Georgia who is admitted pro hac vice in this court, at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on March 7, at Atlanta, Georgia.

_____
SHARON M. COLE

PROOF OF SERVICE                    - 2 -                    Civil Action No. 3:07-cv-02564-CRB