```
 1  RAYMOND M. BUDDIE    (SBN 121353)
    RICK W. GRADY         (SBN 235976)
 2  PECKAR & ABRAMSON, P.C.
 3  455 Market Street, 21st Floor
    San Francisco, CA 94105
 4  Telephone: (415) 837-1968
 5  Facsimile: (415) 837-1320
    Email: rbuddie@pecklaw.com
 6         rgrady@pecklaw.com

 7  PATRICK S. HALLINAN   (SBN 33838)
    KENNETH H. WINE       (SBN 142385)
 8  HALLINAN & WINE
 9  Law Chambers Building
    345 Franklin Street
10  San Francisco, CA 94102
    Telephone:  (415) 621-2400
11  Facsimile:  (415) 575-9930

12  Attorneys for DICK/MORGANTI; DICK CORPORATION; THE MORGANTI GROUP, INC.;
    AMERICAN CASUALTY COMPANY OF READING, PA; and NATIONAL UNION FIRE
13  INSURANCE COMPANY OF PITTSBURGH, PA
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES of AMERICA for the Use and Benefit of WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS, and WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS,<br><br>Plaintiffs,<br>vs.<br><br>DICK/MORGANTI, a joint venture; DICK CORPORATION; THE MORGANTI GROUP; AMERICAN CASUALTY COMPANY OF READING, PA; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 3:07-CV-02564-CRB<br><br>**JOINT STIPULATION FOR CONTINUANCE OF HEARING ON MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM AND MOTION FOR A MORE DEFINITE STATEMENT**<br><br>Judge:    Hon. Charles R. Breyer |
| AND ALL RELATED COUNTER-CLAIMS AND THIRD PARTY COMPLAINTS. | |

LAW OFFICES
Peckar & Abramson
A Professional Corporation

1
JOINT STIPULATION AND REQUEST FOR CONTINUANCE OF HEARING AND
HEARING FOR MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM AND
MOTION FOR A MORE DEFINITE STATEMENT

Case No.: 3:07-CV-02564-CRB

1  IT IS HEREBY STIPULATED jointly by the parties hereto through their respective counsel as follows:

**WHEREAS:**

1. On January 18, 2008 Defendants DICK/MORGANTI; DICK CORPORATION; THE MORGANTI GROUP, INC.; AMERICAN CASUALTY COMPANY OF READING, PA; and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, ("Defendants") filed a Notice of Motions and Motion to Dismiss or Failure to State a Claim and Motion for a More Definite Statement ("Motions") in response to the Complaint filed by Plaintiff United States of America for the use and benefit of Webcor Construction Inc. ("Plaintiff"); and

2. The hearing for the Motions was originally scheduled for February 22, 2008 and was, per the parties' stipulation and the Court's February 29, 2008 Order, continued to April 18, 2008 at 10:00 a.m.; and

3. Defendants and Plaintiff are currently finalizing an agreement which would make the Motions unnecessary and moot; and

4. Plaintiff's current deadline to file an opposition to the Defendants' Motions is March 28, 2008; and

5. Defendants and Plaintiff intend to finalize their agreement, render the Motions unnecessary and moot, and inform the Court of their final agreement on or before May 1, 2008.

**NOW THEREFORE:**

1. Defendants and Plaintiff request a continuance of the hearing for the Motions and the corresponding opposition and reply dates so that they may finalize their agreement regarding the Motions; and

2. Defendants and Plaintiff request the Court execute the PROPOSED ORDER filed herewith which continues the hearing for the Motions from April 18, 2008 at 10:00 a.m. to **May 23, 2008 at 10:00 a.m.**

/ / /

/ / /

LAW OFFICES
Peckar & Abramson
A Professional Corporation

2

JOINT STIPULATION AND REQUEST FOR CONTINUANCE OF HEARING AND HEARING FOR MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM AND MOTION FOR A MORE DEFINITE STATEMENT

Case No.: 3:07-CV-02564-CRB

1  IT IS SO STIPULATED.

2  AGREED TO BY:

3

4  Dated: March 27, 2008                    PECKAR & ABRAMSON, P.C.

5

6                              By: _____
7                                  Raymond M. Buddie (SBN 121353)
                                   Rick W. Grady (SBN 235976)
8                                  Attorneys for Defendants
                                   DICK/MORGANTI; DICK
9                                  CORPORATION; THE MORGANTI
                                   GROUP, INC.; AMERICAN CASUALTY
10                                 COMPANY OF READING, PA; and
                                   NATIONAL UNION FIRE INSURANCE
11                                 COMPANY OF PITTSBURGH, PA

12

13 Dated: March 27, 2008                    BOWLES & VERNA LLP

14

15                             By: _____
                                   Richard T. Bowles
16                                 Kenneth G. Jones
                                   Michael Connolly
17                                 Attorneys for Plaintiff, UNITED STATES
                                   OF AMERICA for the Use and Benefit of
18                                 WEBCOR CONSTRUCTION, INC. DBA
                                   WEBCOR BUILDERS
19

20

21

22

23

24

25

26

27

28

LAW OFFICES
Peckar & Abramson
A Professional Corporation

3

JOINT STIPULATION AND REQUEST FOR CONTINUANCE OF HEARING AND
HEARING FOR MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM AND
MOTION FOR A MORE DEFINITE STATEMENT

Case No.: 3:07-CV-02564-CRB