UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES of AMERICA for the Use and Benefit of WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS, and WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS,<br><br>　　　　　Plaintiffs,<br>vs.<br><br>DICK/MORGANTI, a joint venture; DICK CORPORATION; THE MORGANTI GROUP; AMERICAN CASUALTY COMPANY OF READING, PA; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No.: 3:07-CV-02564-CRB<br><br>[PROPOSED] ORDER CONTINUING HEARING ON MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM AND MOTION FOR A MORE DEFINITE STATEMENT<br><br><br>Judge:　　Hon. Charles R. Breyer |
| AND ALL RELATED COUNTER-CLAIMS AND THIRD PARTY COMPLAINTS. | |

IT IS HEREBY ORDERED that the Hearing on Defendants' DICK/MORGANTI; DICK CORPORATION; THE MORGANTI GROUP, INC.; AMERICAN CASUALTY COMPANY OF READING, PA; and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA Motion to Dismiss or Failure to State a Claim and Motion for a More Definite Statement ("Motions") is continued from April 18, 2008 at 10:00 a.m. **to May 23, 2008**

1

LAW OFFICES
Peckar & Abramson
A Professional Corporation

[PROPOSED] ORDER CONTINUING HEARING ON MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM AND MOTION FOR A MORE DEFINITE STATEMENT　　　　　Case No.: 3:07-CV-02564-CRB

1  **at 10:00 a.m.**, with all dates for opposition and reply papers calendared from the latter date per
2  local rules.
3      **IT IS SO ORDERED.**

6  Dated: \_\_\_March 31\_\_\_, 2008      _____
                                                                               Honorable Charles R. Breyer

LAW OFFICES
Peckar & Abramson
A Professional Corporation

2
[PROPOSED] ORDER CONTINUING HEARING ON MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM AND MOTION FOR A MORE DEFINITE STATEMENT

Case No.:
3:07-CV-02564-CRB