SETH PRICE, ESQ. (GA BN 587841)
[pursuant to admission pro hac vice]
GINA M. VITIELLO, ESQ. (GA BN 628665)
Chamberlain Hrdlicka White Williams & Martin
191 Peachtree Street – 34th Floor
Atlanta, GA 30303
Telephone: (404) 659-1410
Facsimile: (404) 659-1852
Email: seth.price@chamberlainlaw.com
Email: gina.vitiello@chamberlainlaw.com
**Attorneys for Third Party Defendant, Marelich Mechanical Co., Inc.**

RAYMOND M. BUDDIE (SBN 121353)
RICK W. GRADY (SBN 235976)
PECKAR & ABRAMSON, P.C.
455 Market Street, 21st Floor
San Francisco, CA 94105
Telephone:    (415) 837-1968
Facsimile:    (415) 837-1320
Email: rbuddie@pecklaw.com
       rgrady@pecklaw.com
**Attorneys for American Casualty Company of Reading, PA; National Union Fire Insurance Company of Pittsburgh, PA; Dick Corporation; The Morganti Group; and Dick/Morganti; Continental Casualty Company.**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES of AMERICA for the Use and Benefit of WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS, and WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS,<br><br>Plaintiffs,<br><br>vs.<br><br>DICK/MORGANTI, a joint venture; DICK CORPORATION; THE MORGANTI GROUP; AMERICAN CASUALTY COMPANY OF READING, PA; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and DOES 1 through 10, inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTER-CLAIMS; THIRD PARTY COMPLAINT; and CONSOLIDATED ACTION. | Case No.: 3:07-CV-02564-CRB<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE OF MARELICH MECHANICAL CO., INC. ONLY FROM THIRD PARTY COMPLAINT;**<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE OF MARELICH MECHANICAL CO., INC.'S ENTIRE COUNTERCLAIM AND CROSS-CLAIM**<br><br>(F.R.C.P. 41 (a)(1)(A)(i); F.R.CP. 41 (c))<br><br>Judge:    Hon. Charles R. Breyer |

1

COMES NOW United States of America f/u/b Marelich Mechanical Co., Inc., on the one hand, and Dick/Morganti; Dick Corporation; The Morganti Group, Inc.; American Casualty Company of Reading, PA; National Union Fire Insurance Company of Pittsburgh, PA; and Continental Casualty Company, on the other hand, to voluntarily dismiss, with prejudice, the following:

1.   Marelich Mechanical Co., Inc. as a Third Party Defendant to the Third Party Complaint for Declaratory Relief filed on or about July 27, 2007 by American Casualty Company of Reading, PA and National Union Fire Insurance Company of Pittsburgh, PA.; and

2.   The Counterclaim filed on or about February 28, 2008 by Marelich Mechanical Co., Inc. against American Casualty Company of Reading, PA and National Union Fire Insurance Company of Pittsburgh, PA; and

3.   The Crossclaim filed on or about February 28, 2008 filed by Marelich Mechanical Co., Inc. against Continental Casualty Company; Dick Corporation; The Morganti Group, Inc.; and Dick/Morganti, a joint venture.

The parties to these Stipulations for Dismissals agree that these Stipulations do not affect the rights and responsibilities of the parties as set forth in that certain agreement between them entered into on or about April 8, 2008.

Dated: April 16, 2008.

/s/ *Seth Price*
Seth Price, Esq. (GA BN 587841)
[pursuant to pro hac vice]
Attorney for Marelich Mechanical Co., Inc.

/s/ *Rick W. Grady*
Rick W. Grady, Esq. (CA SBN 235976)
American Casualty Company of Reading, PA; National Union Fire Insurance Company of Pittsburgh, PA; Dick Corporation; The Morganti Group; Dick/Morganti; and Continental Casualty Company.