| | |
|---|---|
| 1 | RAYMOND M. BUDDIE    (SBN 121353) |
| | RICK W. GRADY          (SBN 235976) |
| 2 | PECKAR & ABRAMSON, P.C. |
| | 455 Market Street, 21st Floor |
| 3 | San Francisco, CA 94105 |
| | Telephone:    (415) 837-1968 |
| 4 | Facsimile:     (415) 837-1320 |
| | Email:  rbuddie@pecklaw.com |
| 5 |            rgrady@pecklaw.com |
| 6 | |
| | PATRICK HALLINAN       (SBN 33838) |
| 7 | KENNETH WINE            (SBN 142385) |
| | LAW OFFICES OF HALLINAN & WINE |
| 8 | 345 Franklin Street |
| | San Francisco, CA 94102 |
| 9 | Telephone:    (415) 621-2400 |
| | Facsimile:     (415) 575-9930 |
| 10 | Email:  butchhallinan@hotmail.com |
| | kenwine@hotmail.com |
| 11 | |
| 12 | Attorneys for AMERICAN CASUALTY COMPANY OF READING, PA; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA; CONTINENTAL CASUALTY COMPANY; DICK CORPORATION; THE MORGANTI GROUP; and DICK/MORGANTI |
| 13 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES of AMERICA for the Use and Benefit of WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS, and WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS,<br><br>Plaintiffs,<br>vs.<br><br>DICK/MORGANTI, a joint venture; DICK CORPORATION; THE MORGANTI GROUP; AMERICAN CASUALTY COMPANY OF READING, PA; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 3:07-CV-02564-CRB<br><br><br><br><br><br>**NOTICE OF CONTINUANCE OF STATUS HEARING** |
| AND ALL RELATED COUNTER-CLAIMS; THIRD PARTY COMPLAINTS; and CONSOLIDATED ACTION. | |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

Please take notice that the Status Hearing, previously set for April 18, 2008 at 10:00 a.m., has been continued to **May 23, 2008 at 10:00 a.m.** in the Northern District Court, 450 Golden Gate Avenue, Courtroom 8 (19th Floor), San Francisco, CA.

Dated: April 16, 2008     PECKAR & ABRAMSON, P.C.

/s/ *Rick W. Grady*
Rick W. Grady, Esq. (CA SBN 235976)
American Casualty Company of Reading, PA; National Union Fire Insurance Company of Pittsburgh, PA; Dick Corporation; The Morganti Group; Dick/Morganti; and Continental Casualty Company