1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES of AMERICA for the Use and Benefit of WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS, and WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS,<br><br>Plaintiffs,<br><br>vs.<br><br>DICK/MORGANTI, a joint venture; DICK CORPORATION; THE MORGANTI GROUP; AMERICAN CASUALTY COMPANY OF READING, PA; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and DOES 1 through 10, inclusive,<br><br>Defendants.<br><br>AND ALL RELATED COUNTER-CLAIMS; THIRD PARTY COMPLAINTS; and CONSOLIDATED ACTION. | Case No.: 3:07-CV-02564-CRB<br><br>[PROPOSED] ORDER DISMISSING WITH PREJUDICE MARELICH MECHANICAL CO., INC. ONLY FROM THIRD PARTY COMPLAINT and DISMISSING WITH PREJUDICE MARELICH MECHANICAL CO., INC.'S ENTIRE COUNTERCLAIM AND CROSS-CLAIM<br><br>(F.R.C.P. 41 (a)(1)(A)(i); F.R.CP. 41 (c))<br><br>Judge:    Hon. Charles R. Breyer |

Having considered the Stipulations for Dismissals jointly submitted by Marelich Mechanical Co., Inc., on the one hand, and Dick/Morganti; Dick Corporation; The Morganti Group, Inc.; American Casualty Company of Reading, PA; National Union Fire Insurance Company of Pittsburgh, PA; and Continental Casualty Company, on the other hand, THIS COURT HEREBY ORDERS the following:

1

LAW OFFICES
Peckar & Abramson
A Professional Corporation

[PROPOSED] ORDER DISMISSING WITH PREJUDICE MARELICH MECHANICAL CO., INC. ONLY FROM THIRD PARTY COMPLAINT and DISMISSING WITH PREJUDICE MARELICH MECHANICAL CO., INC.'S ENTIRE COUNTERCLAIM AND CROSS-CLAIM

Case No.: 3:07-CV-02564-CRB

1. Marelich Mechanical Co., Inc. is dismissed, with prejudice, from the Third Party Complaint for Declaratory Relief filed on or about July 27, 2007 by American Casualty Company of Reading, PA and National Union Fire Insurance Company of Pittsburgh, PA.; and

2. Marelich Mechanical Co., Inc.'s Counterclaim filed on or about February 28, 2008 against American Casualty Company of Reading, PA and National Union Fire Insurance Company of Pittsburgh, PA is dismissed, with prejudice; and

3. Marelich Mechanical Co., Inc.'s Crossclaim filed on or about February 28, 2008 against Continental Casualty Company; Dick Corporation; The Morganti Group, Inc.; and Dick/Morganti, a joint venture, is dismissed, with prejudice.

**IT IS SO ORDERED.**

Dated: __April 18_____, 2008    _____
Honorable Charles R. Breyer



IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

LAW OFFICES
Peckar & Abramson
A Professional Corporation

[PROPOSED] ORDER DISMISSING WITH PREJUDICE MARELICH MECHANICAL CO., INC. ONLY FROM THIRD PARTY COMPLAINT and DISMISSING WITH PREJUDICE MARELICH MECHANICAL CO., INC.'S ENTIRE COUNTERCLAIM AND CROSS-CLAIM

Case No.: 3:07-CV-02564-CRB