1  RICK W. GRADY          (SBN 235976)
2  PECKAR & ABRAMSON, P.C.
   455 Market Street, 21st Floor
3  San Francisco, CA 94105
   Telephone: (415) 837-1968
4  Facsimile: (415) 837-1320
   Email: rgrady@pecklaw.com
5
6  PATRICK S. HALLINAN    (SBN 33838)
   KENNETH H. WINE        (SBN 142385)
7  HALLINAN & WINE
   Law Chambers Building
8  345 Franklin Street
   San Francisco, CA 94102
9  Telephone:  (415) 621-2400
10 Facsimile:  (415) 575-9930

11 Attorneys for DICK/MORGANTI; DICK CORPORATION; THE MORGANTI GROUP, INC.;
   AMERICAN CASUALTY COMPANY OF READING, PA; and NATIONAL UNION FIRE
12 INSURANCE COMPANY OF PITTSBURGH, PA

13                 UNITED STATES DISTRICT COURT

14      NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

15 | UNITED STATES of AMERICA for the Use | Case No.: 3:07-CV-02564-CRB |
16 | and Benefit of WEBCOR CONSTRUCTION, | |
   | INC. dba WEBCOR BUILDERS, and | |
17 | WEBCOR CONSTRUCTION, INC. dba | **JOINT STIPULATION FOR** |
   | WEBCOR BUILDERS, | **CONTINUANCE OF HEARING ON** |
18 | | **MOTION TO DISMISS FOR FAILURE** |
   |                    Plaintiffs, | **TO STATE A CLAIM AND MOTION** |
19 | vs. | **FOR A MORE DEFINITE STATEMENT** |
20 | DICK/MORGANTI, a joint venture; DICK | |
   | CORPORATION; THE MORGANTI | |
21 | GROUP; AMERICAN CASUALTY | Judge:          Hon. Charles R. Breyer |
   | COMPANY OF READING, PA; | |
22 | NATIONAL UNION FIRE INSURANCE | |
23 | COMPANY OF PITTSBURGH, PA, and | |
   | DOES 1 through 10, inclusive, | |
24 | | |
   |                    Defendants. | |
25 | | |
26 | AND ALL RELATED COUNTER-CLAIMS | |
   | AND THIRD PARTY COMPLAINTS. | |
27
28

                                                              1

1    IT IS HEREBY STIPULATED jointly by the parties hereto through their respective

2  counsel as follows:

3    **WHEREAS**:

4    1.    On January 18, 2008 Defendants DICK/MORGANTI; DICK CORPORATION;

5  THE MORGANTI GROUP, INC.; AMERICAN CASUALTY COMPANY OF READING, PA;

6  and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,

7  ("Defendants") filed a Notice of Motions and Motion to Dismiss or Failure to State a Claim and

8  Motion for a More Definite Statement ("Motions") in response to the Complaint filed by Plaintiff

9  United States of America for the use and benefit of Webcor Construction Inc. ("Plaintiff"); and

10    2.    The hearing for the Motions was originally scheduled for February 22, 2008 and

11  was, per the parties' prior stipulations and the Court's Orders, continued to May 23, 2008 at

12  10:00 a.m.; and

13    3.    Defendants and Plaintiff are currently finalizing an agreement which would make

14  the Motions unnecessary and moot; and

15    4.    Plaintiff's current deadline to file an opposition to the Defendants' Motions is

16  May 2, 2008; and

17    5.    Defendants and Plaintiff intend to finalize their agreement, render the Motions

18  unnecessary and moot, and inform the Court of their final agreement on or before June 7, 2008.

19    **NOW THEREFORE**:

20    1.    Defendants and Plaintiff request a continuance of the hearing for the Motions and

21  the corresponding opposition and reply dates so that they may finalize their agreement regarding

22  the Motions; and

23    2.    Defendants and Plaintiff request the Court execute the PROPOSED ORDER filed

24  herewith which continues the hearing for the Motions from May 23, 2008 at 10:00 a.m. to **June**

25  **27, 2008 at 10:00 a.m.**

26  / / /

27  / / /

28  / / /

LAW OFFICES

Peckar &
Abramson
A Professional Corporation

2

JOINT STIPULATION AND REQUEST FOR CONTINUANCE OF HEARING ON
MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM AND MOTION FOR
A MORE DEFINITE STATEMENT

Case No.:
3:07-CV-02564-CRB

1    **IT IS SO STIPULATED.**

2    **AGREED TO BY:**

3

4    Dated: ~~May 30~~, 2008             PECKAR & ABRAMSON, P.C.

5    *April*

6    *22*                    By: _____

7                           Rick W. Grady (SBN 235976)

8                           Attorneys for Defendants
                             DICK/MORGANTI; DICK

9                           CORPORATION; THE MORGANTI
                             GROUP, INC.; AMERICAN CASUALTY

10                          COMPANY OF READING, PA; and
                             NATIONAL UNION FIRE INSURANCE

11                          COMPANY OF PITTSBURGH, PA

12

13    Dated: ~~May~~, 2008                  BOWLES & VERNA LLP

14    *ARRIL 30*

15                           By: _____

16                           Richard T. Bowles
                            Kenneth G. Jones

17                          Michael Connolly
                            Attorneys for Plaintiff, UNITED STATES

18                          OF AMERICA for the Use and Benefit of
                            WEBCOR CONSTRUCTION, INC. DBA

19                          WEBCOR BUILDERS

20

21

22

23

24

25

26

27

28

LAW OFFICES
Peckar &
Abramson
A Professional Corporation

JOINT STIPULATION AND REQUEST FOR CONTINUANCE OF HEARING ON
MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM AND MOTION FOR
A MORE DEFINITE STATEMENT

Case No.:
3:07-CV-02564-CRB