1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

10

| UNITED STATES of AMERICA for the Use and Benefit of WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS, and WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS, | Case No.: 3:07-CV-02564-CRB |
|---|---|
| | **[PROPOSED] ORDER CONTINUING HEARING ON MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM AND MOTION FOR A MORE DEFINITE STATEMENT** |
| Plaintiffs, | |
| vs. | |
| DICK/MORGANTI, a joint venture; DICK CORPORATION; THE MORGANTI GROUP; AMERICAN CASUALTY COMPANY OF READING, PA; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and DOES 1 through 10, inclusive, | Judge:        Hon. Charles R. Breyer |
| Defendants. | |
| AND ALL RELATED COUNTER-CLAIMS AND THIRD PARTY COMPLAINTS. | |

11

12

13

14

15

16

17

18

19

20

21

22

23

24        IT IS HEREBY ORDERED that the Hearing on Defendants' DICK/MORGANTI; DICK

25   CORPORATION; THE MORGANTI GROUP, INC.; AMERICAN CASUALTY COMPANY

26   OF READING, PA; and NATIONAL UNION FIRE INSURANCE COMPANY OF

27   PITTSBURGH, PA Motion to Dismiss for Failure to State a Claim and Motion for a More

28   Definite Statement ("Motions") is continued from May 23, 2008 at 10:00 a.m. to **June 27, 2008**

LAW OFFICES

Peckar &
Abramson
A Professional Corporation

[PROPOSED] ORDER CONTINUING HEARING ON MOTION TO DISMISS FOR                    Case No.:
FAILURE TO STATE A CLAIM AND MOTION FOR A MORE DEFINITE                  3:07-CV-02564-CRB
STATEMENT

1    **at 10:00 a.m.**, with all dates for opposition and reply papers calendared from the latter date per

2    local rules.

3          **IT IS SO ORDERED.**

4

5

6    Dated: _____, 2008        _____

7                                         Honorable Charles R. Breyer

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES

Peckar &
Abramson
A Professional Corporation

[PROPOSED] ORDER CONTINUING HEARING ON MOTION TO DISMISS FOR
FAILURE TO STATE A CLAIM AND MOTION FOR A MORE DEFINITE
STATEMENT

Case No.:
3:07-CV-02564-CRB