Roger P. Heyman (State Bar No. 046798)
James K. T. Hunter (State Bar No. 073369)
HEYMAN • DENSMORE LLP
21550 Oxnard Street, Suite 450
Woodland Hills, California 91367
Telephone: 818.703.9494
Facsimile: 818.703.9495

Attorneys for Permasteelisa Group USA Holdings Corp., and Permasteelisa Cladding Technologies, L.P. fdba Permasteelisa Cladding Technologies, LTD.

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES of AMERICA for the Use and Benefit of WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS, and WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS,<br><br>Plaintiffs,<br><br>vs.<br><br>DICK/MORGANTI, a joint venture; DICK CORPORATION; THE MORGANTI GROUP; AMERICAN CASUALTY COMPANY OF READING, PA; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and DOES 1 through 10, inclusive,<br><br>Defendants.| CIVIL ACTION NO.: 3:07-CV-02564-CRB<br><br>NOTICE OF CONTINUANCE OF STATUS CONFERENCE<br><br>OLD HEARING DATE: May 23, 2008<br>NEW HEARING DATE: June 27, 2008<br>HEARING TIME: 10:00 a.m.<br>COURTROOM     8<br>JUDGE: Hon. Charles R. Breyer |
| AMERICAN CASUALTY COMPANY OF READING, PA; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,<br><br>Third Party Plaintiffs, | |

1  vs.

2  BOYETT CONSTRUCTION, INC., a California corporation; MARELICH MECHANICAL CO., INC., a California corporation; PERFORMANCE CONTRACTING GROUP, INC., dba PERFORMANCE CONTRACTING, INC., a Delaware corporation; PERMASTEELISA GROUP USA HOLDINGS CORP., a Delaware corporation fdba PERMASTEELISA CLADDING TECHNOLOGIES, LTD.; PERMASTEELISA CLADDING TECHNOLOGIES L.P., a Delaware limited partnership, fbda PERMASTEELISA CLADDING TECHNOLOGIES, LTD.; ROSENDIN ELECTRIC, INC., a California corporation; THIRD PARTY DOE DEFENDANTS 1 THROUGH 20,

Third Party Defendants.

HEYMAN · DENSMORE LLP

NOTICE OF CONTINUANCE OF STATUS CONFERENCE    1    Case No.: 3:07-CV-02564-CRB
Z:\Clients\Permasteelisa\San Fran Fed Case\Pleadings\Ntc Cont Status Conf.doc

1  TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that the Status Conference previously set for May 23, 2008 at 10:00 a.m. has been continued to June 27, 2008 at 10:00 a.m. in the Northern District Court, 450 Golden Gate Avenue, Courtroom 8 (19th Floor), San Francisco, California.

HEYMAN • DENSMORE LLP

By _____
ROGER P. HEYMAN
Attorneys for Permasteelisa Group USA Holdings Corp., and Permasteelisa Cladding Technologies, L.P. fdba Permasteelisa Cladding Technologies, LTD.

PROOF OF SERVICE

CASE NAME: *Webcor Construction, Inc., et al. v. Dick/Morganti, et al.*
COURT INFORMATION: United States District Court, Northern District of California, San Francisco, Division Case No.: 3:07-CV-02564-CRBS

I, LUISA M. SOLIS, declare:

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action. My business address is Heyman • Densmore LLP, 21550 Oxnard Street, Suite 450, Woodland Hills, California 91367.

On May 21, 2008, I served the document(s) described as **NOTICE OF CONTINUANCE OF STATUS CONFERENCE** on the interested parties in this action list below as follows:

| | |
|---|---|
| Kenneth G. Jones, Esq.<br>Bowles & Verna<br>California Plaza<br>2121 N. California Blvd., Suite 875<br>Walnut Creek, California 94596-8180<br>(925) 935-3300 Phone / (925) 935-0371 Fax | Attorneys for Plaintiff Webcor Construction, Inc. dba Webcor Builders |
| Raymond M. Buddie, Esq.<br>Rick W. Grady, Esq.<br>Peckar & Abramson, P.C.<br>455 Market Street, 21st Floor<br>San Francisco, California 94105<br>(415) 837-1968 Phone / (415) 837-1320 Fax | Attorneys for Defendants Dick/Morganti; Dick Corporation; and The Morganti Group, Inc. and American Casualty Company of Reading, PA; National Union Fire Insurance Company of Pittsburgh, PA |
| J. Morrow Otis, Esq.<br>Steven L. Iriki, Esq.<br>OTIS CANLI & IRIKI<br>625 Market Street, 4th Floor<br>San Francisco, California 94105-3306<br>(415) 362-4442 Phone / (415) 362-7332 Fax | Attorneys for Third-Party Defendant Performance Contracting, Inc. erroneously sued as Performance Contracting Group, Inc |

☒ BY ELECTRONIC FILING/SERVICE: I caused such document(s) to be Electronically filed and Served through the PACER system for the above-entitled case. Electronic service has been accomplished by the service maintained by PACER.

☐ [State]   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ [Federal]   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on May 21, 2008, at Woodland Hills, California.

*LUISA M. SOLIS*