1  RAYMOND M. BUDDIE (BAR NO. 121353)
   RICK W. GRADY (BAR NO. 235976)
2  ALLEN MATKINS LECK GAMBLE
      MALLORY & NATSIS LLP
3  Three Embarcadero Center, 12th Floor
   San Francisco, CA 94111-4074
4  Phone: (415) 837-1515
   Fax: (415) 837-1516
5  E-Mail: rbuddie@allenmatkins.com
           rgrady@allenmatkins.com
6
   PATRICK S. HALLINAN (BAR NO. 33838)
7  KENNETH H. WINE (BAR NO. 142385)
   HALLINAN & WINE
8  Law Chambers Building
   345 Franklin Street
9  San Francisco, CA 94102
   Telephone: (415) 621-2400
10 Facsimile: (415) 575-9930

11 Attorneys for Defendants, Counter-Claimants, and
   Third Party Claimants, DICK/MORGANTI; DICK
12 CORPORATION; THE MORGANTI GROUP, INC.;
   AMERICAN CASUALTY COMPANY OF READING,
13 PA; and NATIONAL UNION FIRE INSURANCE
   COMPANY OF PITTSBURGH, PA

14
                    UNITED STATES DISTRICT COURT
15
          NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION
16

17 UNITED STATES OF AMERICA for the Use    | Case No. 3:07-CV-02564-CRB
   and Benefit of WEBCOR CONSTRUCTION,     |
   INC. dba WEBCOR BUILDERS, and           | **NOTICE OF CHANGE OF ADDRESS**
18 WEBCOR CONSTRUCTION, INC. dba           |
   WEBCOR BUILDERS,                        | Judge: Hon. Charles R. Breyer
19
                    Plaintiffs,
20
         vs.
21
   DICK/MORGANTI, a joint venture; DICK
22 CORPORATION; THE MORGANTI GROUP;
   AMERICAN CASUALTY COMPANY OF
23 READING, PA; NATIONAL UNION FIRE
   INSURANCE COMPANY OF PITTSBURGH,
24 PA, and DOES 1 through 10, inclusive,

25                  Defendants.

26

27 AND ALL RELATED COUNTER-CLAIMS
   AND THIRD PARTY CLAIMS.
28

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

739569.02/SF

Case No. 3:07-CV-02564-CRB
NOTICE OF CHANGE OF LAW FIRM AND ADDRESS

-2-

1  Raymond M. Buddie and Rick W. Grady, attorneys for Dick/Morganti; Dick Corporation;
2  The Morganti Group, Inc.; American Casualty Company Of Reading, PA; and National Union
3  Fire Insurance Company Of Pittsburgh, PA, hereby provide notice to the Court and all parties that
4  they have moved to the following law firm with the following address:

ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP
Three Embarcadero Center, 12th Floor
San Francisco, CA  94111-4074
Phone:  (415) 837-1515
Fax:  (415) 837-1516
E-Mail:  rbuddie@allenmatkins.com
         rgrady@allenmatkins.com

Dated:  May 22, 2008

ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
RAYMOND M. BUDDIE
RICK W. GRADY

By:  /s/ RICK W. GRADY
    RICK W. GRADY
    Attorneys for Defendants, Counter-
    Claimants, and Third Party Claimants,
    DICK/MORGANTI; DICK
    CORPORATION; THE MORGANTI
    GROUP, INC.; AMERICAN CASUALTY
    COMPANY OF READING, PA; and
    NATIONAL UNION FIRE INSURANCE
    COMPANY OF PITTSBURGH, PA

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

739569.02/SF

-2-
Case No.  3:07-CV-02564-CRB
NOTICE OF CHANGE OF LAW FIRM AND ADDRESS