1  RAYMOND M. BUDDIE (BAR NO. 121353)
   RICK W. GRADY (BAR NO. 235976)
2  ALLEN MATKINS LECK GAMBLE
     MALLORY & NATSIS LLP
3  Three Embarcadero Center, 12th Floor
   San Francisco, CA  94111-4074
4  Phone:  (415) 837-1515
   Fax:  (415) 837-1516
5  E-Mail:  rbuddie@allenmatkins.com
            rgrady@allenmatkins.com
6
   PATRICK S. HALLINAN (BAR NO. 33838)
7  KENNETH H. WINE (BAR NO. 142385)
   HALLINAN & WINE
8  Law Chambers Building
   345 Franklin Street
9  San Francisco, CA 94102
   Telephone:  (415) 621-2400
10 Facsimile:  (415) 575-9930

11 Attorneys for Defendants, Counter-Claimants, and Third
   Party Claimants, DICK/MORGANTI; DICK
12 CORPORATION; THE MORGANTI GROUP, INC.;
   AMERICAN CASUALTY COMPANY OF READING,
13 PA; and NATIONAL UNION FIRE INSURANCE
   COMPANY OF PITTSBURGH, PA

14
                    UNITED STATES DISTRICT COURT
15
         NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION
16

| | |
|---|---|
| 17  UNITED STATES OF AMERICA for the Use and Benefit of WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS, and WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS,<br><br>             Plaintiffs,<br><br>      vs.<br><br>DICK/MORGANTI, a joint venture; DICK CORPORATION; THE MORGANTI GROUP; AMERICAN CASUALTY COMPANY OF READING, PA; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and DOES 1 through 10, inclusive,<br><br>             Defendants.<br><br>_____<br><br>AND ALL RELATED COUNTER-CLAIMS AND THIRD PARTY CLAIMS. | Case No. 3:07-CV-02564-CRB<br><br>JOINT STIPULATION FOR CONTINUANCE OF HEARING ON MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM AND MOTION FOR A MORE DEFINITE STATEMENT<br><br>Judge:  Hon. Charles R. Breyer |

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

740572.01/SF

Case No. 3:07-CV-02564-CRB
JOINT STIPULATION FOR CONTINUANCE OF HEARING ON MOTION TO
DISMISS FOR FAILURE TO STATE A CLAIM AND MOTION FOR A MORE
DEFINITE STATEMENT

IS HEREBY STIPULATED jointly by the parties hereto through their respective counsel as follows:

**WHEREAS**:

1. On January 18, 2008 Defendants DICK/MORGANTI; DICK CORPORATION; THE MORGANTI GROUP, INC.; AMERICAN CASUALTY COMPANY OF READING, PA; and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, ("Defendants") filed a Notice of Motions and Motion to Dismiss or Failure to State a Claim and Motion for a More Definite Statement ("Motions") in response to the Complaint filed by Plaintiff United States of America for the use and benefit of Webcor Construction Inc. ("Plaintiff"); and

2. The hearing for the Motions was originally scheduled for February 22, 2008 and was, per the parties' prior stipulations and the Court's Orders, continued to June 27, 2008 at 10:00 a.m.; and

3. Defendants and Plaintiff are currently finalizing an agreement which would make the Motions unnecessary and moot; and

4. Plaintiff's current deadline to file an opposition to the Defendants' Motions is June 6, 2008; and

5. Defendants and Plaintiff intend to finalize their agreement, render the Motions unnecessary and moot, and inform the Court of their final agreement on or before July 18, 2008.

**NOW THEREFORE:**

1. Defendants and Plaintiff request a continuance of the hearing for the Motions and the corresponding opposition and reply dates so that they may finalize their agreement regarding the Motions; and

2. Defendants and Plaintiff request the Court execute the PROPOSED ORDER filed herewith which continues the hearing for the Motions from June 27, 2008 at 10:00 a.m. to **July 25, 2008 at 10:00 a.m.**

/ / /

/ / /

/ / /

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

740572.01/SF

-2-
Case No. 3:07-CV-02564-CRB
JOINT STIPULATION FOR CONTINUANCE OF HEARING ON MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM AND MOTION FOR A MORE DEFINITE STATEMENT

1 | IT IS SO STIPULATED.

2 | AGREED TO BY:

3

4 | Dated: ~~May~~ June 5, 2008

5 | By: _____
Rick W. Grady (SBN 235976)

6 | Attorneys for Defendants, Counter-Claimants, and Third Party Claimants,

7 | DICK/MORGANTI; DICK CORPORATION; THE MORGANTI

8 | GROUP, INC.; AMERICAN CASUALTY COMPANY OF READING, PA; and

9 | NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA

10

11 | Dated: ~~May~~ JUNE 5, 2008

12 | BOWLES & VERNA LLP

13 | By: _____
Richard T. Bowles

14 | Kenneth G. Jones
Michael Connolly

15 | Attorneys for Plaintiff, UNITED STATES OF AMERICA for the Use and Benefit of

16 | WEBCOR CONSTRUCTION, INC. DBA WEBCOR BUILDERS

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

740572.01/SF

-3-
Case No. 3:07-CV-02564-CRB
JOINT STIPULATION FOR CONTINUANCE OF HEARING ON MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM AND MOTION FOR A MORE DEFINITE STATEMENT