1  RAYMOND M. BUDDIE (BAR NO. 121353)
   RICK W. GRADY (BAR NO. 235976)
2  ALLEN MATKINS LECK GAMBLE
      MALLORY & NATSIS LLP
3  Three Embarcadero Center, 12th Floor
   San Francisco, CA 94111-4074
4  Phone: (415) 837-1515
   Fax: (415) 837-1516
5  E-Mail: rbuddie@allenmatkins.com
           rgrady@allenmatkins.com
6
   PATRICK S. HALLINAN (BAR NO. 33838)
7  KENNETH H. WINE (BAR NO. 142385)
   HALLINAN & WINE
8  Law Chambers Building
   345 Franklin Street
9  San Francisco, CA 94102
   Telephone: (415) 621-2400
10 Facsimile: (415) 575-9930

11 Attorneys for Defendants, Counter-Claimants, and Third
   Party Claimants, DICK/MORGANTI; DICK
12 CORPORATION; THE MORGANTI GROUP, INC.;
   AMERICAN CASUALTY COMPANY OF READING,
13 PA; and NATIONAL UNION FIRE INSURANCE
   COMPANY OF PITTSBURGH, PA
14
                   UNITED STATES DISTRICT COURT
15
         NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION
16

| | |
|---|---|
| UNITED STATES OF AMERICA for the Use and Benefit of WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS, and WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS,<br><br>                Plaintiffs,<br><br>        vs.<br><br>DICK/MORGANTI, a joint venture; DICK CORPORATION; THE MORGANTI GROUP; AMERICAN CASUALTY COMPANY OF READING, PA; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and DOES 1 through 10, inclusive,<br><br>                Defendants. | Case No. 3:07-CV-02564-CRB<br><br>PROOF OF SERVICE BY MAIL<br><br>Judge: Hon. Charles R. Breyer |
| AND ALL RELATED COUNTER-CLAIMS AND THIRD PARTY CLAIMS. | |

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

739545.01/SF

Case No. 3:07-CV-02564-CRB
PROOF OF SERVICE BY MAIL

# PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA      )
                         ) ss.:
COUNTY OF SAN FRANCISCO  )

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is Three Embarcadero Center, 12th Floor, San Francisco, CA 94111-4074.

On June 5, 2008, I served on interested parties in said action the within:

1. JOINT STIPULATION FOR CONTINUANCE OF HEARING ON MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM AND MOTION FOR A MORE DEFINITE STATEMENT

2. [PROPOSED] ORDER CONTINUING HEARING ON MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM AND MOTION FOR A MORE DEFINITE STATEMENT

by placing a true copy thereof in sealed envelope(s) addressed as stated below and causing such envelope(s) to be deposited in the U.S. Mail at San Francisco, California.

| | |
|---|---|
| Mr. James K. T. Hunter<br>Heyman and Densmore, LLP<br>21550 Oxnard Street, Suite 450<br>Woodland Hills, CA 91367 | Ms. Ann Marie Nejasmich<br>Marelich Mechanical Co., Inc.<br>24041 Amador Street<br>Hayward, CA 94544-1202 |

I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

Executed on June 5, 2008, at San Francisco, California.

| Janet C. Thompson | /s/ Janet C. Thompson |
|---|---|
| (Type or print name) | (Signature) |

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

739545.01/SF

Case No.  3:07-CV-02564-CRB
PROOF OF SERVICE BY MAIL