1  RAYMOND M. BUDDIE (BAR NO. 121353)
   RICK W. GRADY (BAR NO. 235976)
2  ALLEN MATKINS LECK GAMBLE
      MALLORY & NATSIS LLP
3  Three Embarcadero Center, 12th Floor
   San Francisco, CA 94111-4074
4  Phone: (415) 837-1515
   Fax: (415) 837-1516
5  E-Mail: rbuddie@allenmatkins.com
           rgrady@allenmatkins.com
6
   PATRICK S. HALLINAN (BAR NO. 33838)
7  KENNETH H. WINE (BAR NO. 142385)
   HALLINAN & WINE
8  Law Chambers Building
   345 Franklin Street
9  San Francisco, CA 94102
   Telephone: (415) 621-2400
10 Facsimile: (415) 575-9930

11 Attorneys for Defendants, Counter-Claimants, and Third
   Party Claimants, DICK/MORGANTI; DICK
12 CORPORATION; THE MORGANTI GROUP, INC.;
   AMERICAN CASUALTY COMPANY OF READING,
13 PA; and NATIONAL UNION FIRE INSURANCE
   COMPANY OF PITTSBURGH, PA

14
                    UNITED STATES DISTRICT COURT
15
                SAN FRANCISCO NORTHERN DISTRICT OF CALIFORNIA
16

| | |
|---|---|
| UNITED STATES OF AMERICA for the Use and Benefit of WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS, and WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS,<br><br>Plaintiffs,<br><br>vs.<br><br>DICK/MORGANTI, a joint venture; DICK CORPORATION; THE MORGANTI GROUP; AMERICAN CASUALTY COMPANY OF READING, PA; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 3:07-CV-02564-CRB<br><br>NOTICE OF CONTINUANCE OF STATUS CONFERENCE<br><br>Judge: Hon. Charles R. Breyer |
| AND ALL RELATED COUNTER-CLAIMS AND THIRD PARTY CLAIMS. | |

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

741911.01/SF

Case No. 3:07-CV-02564-CRB
NOTICE OF CONTINUANCE OF STATUS CONFERENCE

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  Please take notice that the Status Conference previously set for June 27, 2008 at 10:00 a.m. has been continued to July 25, 2008 at 10:00 a.m. in the Northern District Court, 450 Golden Gate Avenue, Courtroom 8 (19th Floor), San Francisco, California.

By: _____/s/_____
Rick W. Grady (SBN 235976)
Attorneys for Defendants, Counter-Claimants, and Third Party Claimants, DICK/MORGANTI; DICK CORPORATION; THE MORGANTI GROUP, INC.; AMERICAN CASUALTY COMPANY OF READING, PA; and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

741911.01/SF

Case No. 3:07-CV-02564-CRB
NOTICE OF CONTINUANCE OF STATUS CONFERENCE