| | |
|---|---|
| 1 | RAYMOND M. BUDDIE (BAR NO. 121353) |
|   | RICK W. GRADY (BAR NO. 235976) |
| 2 | ALLEN MATKINS LECK GAMBLE |
|   |   MALLORY & NATSIS LLP |
| 3 | Three Embarcadero Center, 12th Floor |
|   | San Francisco, CA 94111-4074 |
| 4 | Phone: (415) 837-1515 |
|   | Fax: (415) 837-1516 |
| 5 | E-Mail: rbuddie@allenmatkins.com |
|   |         rgrady@allenmatkins.com |
| 6 | |
|   | PATRICK S. HALLINAN (BAR NO. 33838) |
| 7 | KENNETH H. WINE (BAR NO. 142385) |
|   | HALLINAN & WINE |
| 8 | Law Chambers Building |
|   | 345 Franklin Street |
| 9 | San Francisco, CA 94102 |
|   | Telephone: (415) 621-2400 |
| 10 | Facsimile: (415) 575-9930 |

Attorneys for Defendants, Counter-Claimants, and Third Party Claimants, DICK/MORGANTI; DICK CORPORATION; THE MORGANTI GROUP, INC.; AMERICAN CASUALTY COMPANY OF READING, PA; and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA for the Use and Benefit of WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS, and WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS,<br><br>    Plaintiffs,<br><br>vs.<br><br>DICK/MORGANTI, a joint venture; DICK CORPORATION; THE MORGANTI GROUP; AMERICAN CASUALTY COMPANY OF READING, PA; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and DOES 1 through 10, inclusive,<br><br>    Defendants.<br><br>AND ALL RELATED COUNTER-CLAIMS AND THIRD PARTY CLAIMS. | Case No. 3:07-CV-02564-CRB<br><br>PROOF OF SERVICE BY MAIL<br><br>Judge: Hon. Charles R. Breyer |

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

740626.01/SF

Case No. 3:07-CV-02564-CRB
PROOF OF SERVICE BY MAIL

# PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA     )
                        ) ss.:
COUNTY OF SAN FRANCISCO )

    I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is Three Embarcadero Center, 12th Floor, San Francisco, CA 94111-4074.

    On June 25, 2008, I served on interested parties in said action the within:

NOTICE OF CONTINUANCE OF STATUS CONFERENCE

by placing a true copy thereof in sealed envelope(s) addressed as stated below and causing such envelope(s) to be deposited in the U.S. Mail at San Francisco, California.

| | |
|---|---|
| Mr. James K. T. Hunter<br>Heyman and Densmore, LLP<br>21550 Oxnard Street, Suite 450<br>Woodland Hills, CA 91367 | Ms. Ann Marie Nejasmich<br>Marelich Mechanical Co., Inc.<br>24041 Amador Street<br>Hayward, CA 94544-1202 |

    I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

    I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

    Executed on June 25, 2008, at San Francisco, California.

| | |
|---|---|
|     Janet C. Thompson    <br>(Type or print name) | /s/<br>(Signature) |

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

740626.01/SF

Case No. 3:07-CV-02564-CRB
PROOF OF SERVICE BY MAIL