1  RAYMOND M. BUDDIE (BAR NO. 121353)
   RICK W. GRADY (BAR NO. 235976)
2  ALLEN MATKINS LECK GAMBLE
     MALLORY & NATSIS LLP
3  Three Embarcadero Center, 12th Floor
   San Francisco, CA 94111-4074
4  Phone: (415) 837-1515
   Fax: (415) 837-1516
5  E-Mail: rbuddie@allenmatkins.com
           rgrady@allenmatkins.com
6
   PATRICK S. HALLINAN (BAR NO. 33838)
7  KENNETH H. WINE (BAR NO. 142385)
   HALLINAN & WINE
8  Law Chambers Building
   345 Franklin Street
9  San Francisco, CA 94102
   Telephone: (415) 621-2400
10 Facsimile: (415) 575-9930

11 Attorneys for Defendants, Counter-Claimants, and Third
   Party Claimants, DICK/MORGANTI; DICK
12 CORPORATION; THE MORGANTI GROUP, INC.;
   AMERICAN CASUALTY COMPANY OF READING,
13 PA; and NATIONAL UNION FIRE INSURANCE
   COMPANY OF PITTSBURGH, PA

14

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA for the Use and Benefit of WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS, and WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS,<br><br>Plaintiffs,<br><br>vs.<br><br>DICK/MORGANTI, a joint venture; DICK CORPORATION; THE MORGANTI GROUP; AMERICAN CASUALTY COMPANY OF READING, PA; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 3:07-CV-02564-CRB<br><br>JOINT STIPULATION FOR CONTINUANCE OF HEARING ON MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM AND MOTION FOR A MORE DEFINITE STATEMENT<br><br>Judge: Hon. Charles R. Breyer |
| AND ALL RELATED COUNTER-CLAIMS AND THIRD PARTY CLAIMS. | |

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

742434.01/SF

Case No. 3:07-CV-02564-CRB
JOINT STIPULATION FOR CONTINUANCE OF HEARING ON MOTION TO
DISMISS FOR FAILURE TO STATE A CLAIM AND MOTION FOR A MORE
DEFINITE STATEMENT

IS HEREBY STIPULATED jointly by the parties hereto through their respective counsel as follows:

**WHEREAS**:

1. On January 18, 2008 Defendants DICK/MORGANTI; DICK CORPORATION; THE MORGANTI GROUP, INC.; AMERICAN CASUALTY COMPANY OF READING, PA; and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, ("Defendants") filed a Notice of Motions and Motion to Dismiss or Failure to State a Claim and Motion for a More Definite Statement ("Motions") in response to the Complaint filed by Plaintiff United States of America for the use and benefit of Webcor Construction Inc. ("Plaintiff"); and

2. The hearing for the Motions was originally scheduled for February 22, 2008 and was, per the parties' prior stipulations and the Court's Orders, continued to July 25, 2008 at 10:00 a.m.; and

3. Defendants and Plaintiff are currently finalizing an agreement which would make the Motions unnecessary and moot; and

4. Plaintiff's current deadline to file an opposition to the Defendants' Motions is July 3, 2008; and

5. Defendants and Plaintiff intend to finalize their agreement, render the Motions unnecessary and moot, and inform the Court of their final agreement on or before August 8, 2008.

**NOW THEREFORE**:

1. Defendants and Plaintiff request a continuance of the hearing for the Motions and the corresponding opposition and reply dates so that they may finalize their agreement regarding the Motions; and

2. Defendants and Plaintiff request the Court execute the PROPOSED ORDER filed herewith which continues the hearing for the Motions from July 25, 2008 at 10:00 a.m. to **August 29, 2008 at 10:00 a.m.**

///
///
///

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

742434.01/SF

-2-
Case No. 3:07-CV-02564-CRB
JOINT STIPULATION FOR CONTINUANCE OF HEARING ON MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM AND MOTION FOR A MORE DEFINITE STATEMENT

1  **IT IS SO STIPULATED.**
2  **AGREED TO BY:**
3
4  Dated: July 2, 2008                    ALLEN MATKINS LECK GAMBLE
                                           MALLORY & NATSIS LLP
5
                                    By:  /s/ Rick W. Grady
6                                        Rick W. Grady (SBN 235976)
                                         Attorneys for Defendants, Counter-
7                                        Claimants, and Third Party Claimants,
                                         DICK/MORGANTI; DICK
8                                        CORPORATION; THE MORGANTI
                                         GROUP, INC.; AMERICAN CASUALTY
9                                        COMPANY OF READING, PA; and
                                         NATIONAL UNION FIRE INSURANCE
10                                       COMPANY OF PITTSBURGH, PA
11
    Dated: July 2, 2008                   BOWLES & VERNA LLP
12
13                                  By:  /s/
                                         Richard T. Bowles
14                                       Kenneth G. Jones
                                         Michael Connolly
15                                       Attorneys for Plaintiff, UNITED STATES
                                         OF AMERICA for the Use and Benefit of
16                                       WEBCOR CONSTRUCTION, INC. DBA
                                         WEBCOR BUILDERS
17
18
19
20
21
22
23
24
25
26
27
28

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

742434.01/SF

-3-
Case No. 3:07-CV-02564-CRB
JOINT STIPULATION FOR CONTINUANCE OF HEARING ON MOTION TO
DISMISS FOR FAILURE TO STATE A CLAIM AND MOTION FOR A MORE
DEFINITE STATEMENT