1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA for the Use and Benefit of WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS, and WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS,<br><br>Plaintiffs,<br><br>vs.<br><br>DICK/MORGANTI, a joint venture; DICK CORPORATION; THE MORGANTI GROUP; AMERICAN CASUALTY COMPANY OF READING, PA; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 3:07-CV-02564-CRB<br><br>[PROPOSED] ORDER CONTINUING HEARING ON MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM AND MOTION FOR A MORE DEFINITE STATEMENT<br><br>Judge:   Hon. Charles R. Breyer |
| AND ALL RELATED COUNTER-CLAIMS AND THIRD PARTY CLAIMS. | |

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

742435.01/SF

Case No. 3:07-CV-02564-CRB
[PROPOSED] ORDER CONTINUING HEARING ON MOTION TO DISMISS FOR
FAILURE TO STATE A CLAIM AND MOTION FOR A MORE DEFINITE
STATEMENT

IT IS HEREBY ORDERED that the Hearing on Defendants' DICK/MORGANTI; DICK CORPORATION; THE MORGANTI GROUP, INC.; AMERICAN CASUALTY COMPANY OF READING, PA; and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA Motion to Dismiss for Failure to State a Claim and Motion for a More Definite Statement ("Motions") is continued from July 25, 2008 at 10:00 a.m. to **August 29, 2008 at 10:00 a.m.**, with all dates for opposition and reply papers calendared from the latter date per local rules.

**IT IS SO ORDERED.** The case management conference is continued to August 29, 2008 at 10:00 a.m.

Dated: ___July 7_____, 2008

_____
Honorable Charles R. Breyer

[Stamp: IT IS SO ORDERED / Judge Charles R. Breyer / United States District Court, Northern District of California]

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

742435.01/SF

-2-
Case No. 3:07-CV-02564-CRB
[PROPOSED] ORDER CONTINUING HEARING ON MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM AND MOTION FOR A MORE DEFINITE STATEMENT