1  JOHN W. RALLS (CA Bar No. 148233)
   jralls@thelen.com
2  JOHN A. FOUST (CA Bar No. 218824)
   jfoust@thelen.com
3  JOANNA ROSEN (CA Bar No. 244943)
   jrosen@thelen.com
4  THELEN REID BROWN RAYSMAN & STEINER LLP
   101 Second Street, Suite 1800
5  San Francisco, CA 94105
   Tel. 415.371.1200 // Fax 415.371.1211
6
   PATRICK S. HALLINAN (CA Bar No. 33838)
7  butchhallinan@hotmail.com
   KENNETH H. WINE (CA Bar No. 142385)
8  kenwine@hotmail.com
   HALLINAN & WINE
9  Law Chambers Building, 345 Franklin Street
   San Francisco, CA 94102
10 Tel. 415.621.2400 // Fax 415.575.9930

11 Attorneys for Defendants, Counter-Claimants and Third Party Complainants
   DICK/MORGANTI, DICK CORPORATION, THE MORGANTI GROUP,
12 AMERICAN CASUALTY COMPANY OF READING, PA and
   NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA
13

14                    UNITED STATES DISTRICT COURT

15         NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

16

| 17 | UNITED STATES OF AMERICA for the Use and Benefit of WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS, and WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS, | Case No.: 3:07-CV-02564-CRB |
|---|---|---|
| 18 | | **SUBSTITUTION OF COUNSEL FOR DEFENDANTS AND [PROPOSED] ORDER APPROVING SUBSTITUTION OF COUNSEL** |
| 19 | | |
| 20 | Plaintiffs, | |
| 21 | vs. | Judge: Hon. Charles R. Breyer |
| 22 | DICK/MORGANTI, a joint venture, DICK CORPORATION, THE MORGANTI GROUP, AMERICAN CASUALTY COMPANY OF READING, PA, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and DOES 1 through 10, inclusive, | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | Defendants. | |
| 27 | AND RELATED COUNTER-CLAIMS AND THIRD PARTY CLAIMS. | |
| 28 | | |

SF #1519016 v1                      -1-
NOTICE OF SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER – Case No.: 3:07-CV-02564 – CRB

TO THE CLERK OF THE COURT AND ALL PARTIES AND COUNSEL OF RECORD HEREIN:

PLEASE TAKE NOTICE that Dick/Morganti, Dick Corporation, The Morganti Group, American Casualty Company of Reading, PA and National Union Fire Insurance Company of Pittsburgh, PA ("Defendants"), previously represented by Raymond M. Buddie and Rick W. Grady of Allen Matkins Leck Gamble Mallory & Natsis, LLP and by Patrick S. Hallinan and Kenneth H. Wine of Hallinan & Wine, have retained John W. Ralls, John A. Foust and Joanna Rosen of Thelen Reid Brown Raysman & Steiner LLP to replace Messrs. Buddie and Grady. Accordingly, from this day forward, copies of all pleadings and notices, and all other communications related to this action, previously directed to Messrs. Buddie and/or Grady, should now be directed to:

JOHN W. RALLS (CA Bar No. 148233)
jralls@thelen.com
JOHN A. FOUST (CA Bar No. 218824)
jfoust@thelen.com
JOANNA ROSEN (CA Bar No. 244943)
jrosen@thelen.com
THELEN REID BROWN RAYSMAN & STEINER LLP
101 Second Street, Suite 1800
San Francisco, CA 94105
Tel. 415.371.1200 // Fax 415.371.1211

Messrs. Hallinan and Wine of Hallinan & Wine remain as counsel for the Defendants.

I accept this substitution:

Dated: July 10, 2008                THELEN REID BROWN RAYSMAN & STEINER LLP

                                    /s/
                                By _____
                                    John W. Ralls
                                    Attorneys for Defendants, Counter-Claimants and
                                    Third Party Complainants DICK/MORGANTI,
                                    DICK CORPORATION, THE MORGANTI
                                    GROUP, AMERICAN CASUALTY COMPANY OF
                                    READING, PA, and NATIONAL UNION FIRE
                                    INSURANCE COMPANY OF PITTSBURGH, PA

I consent to this subsititution:

Dated: July 10, 2008

ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS, LLP

By /s/
———————————————
Rick W. Grady

Dated: July 10, 2008

DICK/MORGANTI, THE MORGANTI GROUP

By ———————————————
Ron G. Brookfield
Group Vice President for THE MORGANTI GROUP
Authorized Agent for DICK/MORGANTI and THE MORGANTI GROUP

Dated: July 10, 2008

DICK CORPORATION, AMERICAN CASUALTY COMPANY OF READING, PA, and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA

By ———————————————
Michael T. Ambroso
Assistant General Counsel and Assistant Secretary for DICK CORPORATION
Authorized Agent for DICK CORPORATION and AMERICAN CASUALTY COMPANY OF READING, PA and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA

**ORDER**

The foregoing Substitution of Counsel is approved.

Dated: July 21, 2008

———————————————
Honorable Charles R. Breyer