RICHARD T. BOWLES (# 46234)
KENNETH G. JONES (# 196868)
WILLIAM T. NAGLE (# 180162)
MICHAEL P. CONNOLLY (# 238478)
BOWLES & VERNA LLP
2121 N. California Boulevard, Suite 875
Walnut Creek, California 94596
Telephone: (925) 935-3300
Facsimile: (925) 935-0371
Email: rbowles@bowlesverna.com
       kjones@bowlesverna.com
       mconnolly@bowlesverna.com

Attorneys for Plaintiff
WEBCOR CONSTRUCTION, INC. dba
WEBCOR BUILDERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS, and WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS,<br><br>    Plaintiffs,<br><br>vs.<br><br>DICK/MORGANTI, a joint venture; DICK CORPORATION; THE MORGANTI GROUP; AMERICAN CASUALTY COMPANY OF READING, PENNSYLVANIA; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA; and DOES 1-10, inclusive,<br><br>    Defendants.<br><br>AND RELATED THIRD-PARTY ACTIONS AND CROSS-ACTIONS | CASE NO.: 3:07-CV-02564-CRB<br><br>**WEBCOR'S NOTICE OF MOTION AND MOTION TO LIFT STAY OF PROCEEDINGS**<br><br>Date:   August 29, 2008<br>Time:  10:00 a.m.<br>Dept.:  Courtroom 8<br>Judge:  Hon. Charles R. Breyer |

**TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEY OF RECORD:**

PLEASE TAKE NOTICE that on August 29, 2008 at 10:00 a.m., or as soon after as may be heard, in Courtroom 8 of the above-captioned Court, located at 450 Golden Gate Avenue, 19th Floor, San Francisco, California 94102, Plaintiff WEBCOR CONSTRUCTION, INC. dba WEBCOR

1

Bowles & Verna LLP
2121 N. California Blvd
Suite 875
Walnut Creek 94596

WEBCOR'S NOTICE OF MOTION AND MOTION
TO LIFT STAY OF PROCEEDINGS

Case No. 3:07-CV-02564-CRB

1  BUILDERS will, and hereby does, move the Court for an order lifting its October 17, 2007 Order
2  staying plaintiffs' action against all defendants herein.
3     This motion is based on the accompanying Memorandum of Points and Authorities, the
4  Declaration of Jack Harrington, the Declaration of Kenneth G. Jones, the papers and pleadings on file in
5  this action, and any oral argument this Court may allow.

7  Dated: July **24**, 2008                        BOWLES & VERNA LLP

9                                                 By: _____
10                                                    RICHARD T. BOWLES
                                                      KENNETH G. JONES
                                                      MICHAEL P. CONNOLLY
11                                                    Attorneys for Plaintiff
                                                      WEBCOR CONSTRUCTION, INC. dba
12                                                    WEBCOR BUILDERS

Bowles & Verna LLP
2121 N. California Blvd
Suite 875
Walnut Creek 94596

2

WEBCOR'S NOTICE OF MOTION AND MOTION
TO LIFT STAY OF PROCEEDINGS

Case No. 3:07-CV-02564-CRB