RICHARD T. BOWLES (# 46234)
KENNETH G. JONES (# 196868)
WILLIAM T. NAGLE (# 180162)
MICHAEL P. CONNOLLY (# 238478)
BOWLES & VERNA LLP
2121 N. California Boulevard, Suite 875
Walnut Creek, California 94596
Telephone: (925) 935-3300
Facsimile: (925) 935-0371
Email: rbowles@bowlesverna.com
       kjones@bowlesverna.com
       mconnolly@bowlesverna.com

Attorneys for Plaintiff
WEBCOR CONSTRUCTION, INC. dba
WEBCOR BUILDERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS, and WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS,<br><br>Plaintiffs,<br><br>vs.<br><br>DICK/MORGANTI, a joint venture; DICK CORPORATION; THE MORGANTI GROUP; AMERICAN CASUALTY COMPANY OF READING, PENNSYLVANIA; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA; and DOES 1-10, inclusive,<br><br>Defendants.<br><br>AND RELATED THIRD-PARTY ACTIONS AND CROSS-ACTIONS | CASE NO.: 3:07-CV-02564-CRB<br><br>[PROPOSED] ORDER<br><br>Date:   August 29, 2008<br>Time:   10:00 a.m.<br>Dept.:  Courtroom 8<br>Judge:  Hon. Charles R. Breyer |

### [PROPOSED] ORDER

The Court has considered the Motion submitted by Plaintiff WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS and, good cause appearing, it is hereby Ordered that this Court's

Bowles & Verna LLP
2121 N. California Blvd
Suite 875
Walnut Creek 94596

[PROPOSED] ORDER

1

Case No. 3:07-CV-02564-CRB

October 17, 2007 Order staying the proceedings as to Webcor's Change Order Requests Numbers 60, 61, and 62 is hereby lifted.

**IT IS SO ORDERED.**

Dated: _____, 2008

By: _____
United States District Court Judge
Northern District Court of California

Bowles & Verna LLP
2121 N. California Blvd
Suite 875
Walnut Creek 94596

[PROPOSED] ORDER

2

Case No. 3:07-CV-02564-CRB