RICHARD T. BOWLES (# 46234)
KENNETH G. JONES (# 196868)
WILLIAM T. NAGLE (# 180162)
MICHAEL P. CONNOLLY (# 238478)
BOWLES & VERNA LLP
2121 N. California Boulevard, Suite 875
Walnut Creek, California 94596
Telephone: (925) 935-3300
Facsimile: (925) 935-0371
Email: rbowles@bowlesverna.com
       kjones@bowlesverna.com
       mconnolly@bowlesverna.com

Attorneys for Plaintiff
WEBCOR CONSTRUCTION, INC. dba
WEBCOR BUILDERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA for the use and benefit of WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS, and WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS, | CASE NO.: 3:07-CV-02564-CRB |
|---|---|
| Plaintiffs, | DECLARATION OF MICHAEL P. CONNOLLY IN SUPPORT OF WEBCOR'S OPPOSITION TO MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM [F.R.C.P. 12(b)(6)]; AND MOTION FOR MORE DEFINITE STATEMENT [F.R.C.P. 12(e)] |
| vs. | |
| DICK/MORGANTI, a joint venture; DICK CORPORATION; THE MORGANTI GROUP; AMERICAN CASUALTY COMPANY OF READING, PENNSYLVANIA; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA; and DOES 1-10, inclusive, | Date: August 29, 2008<br>Time: 10:00 a.m.<br>Dept.: Courtroom 8<br>Judge: Hon. Charles R. Breyer |
| Defendants. | |
| AND RELATED THIRD-PARTY ACTIONS AND CROSS-ACTIONS | |

I, MICHAEL P. CONNOLLY, DECLARE:

1. I am an attorney at law duly licensed to practice before all Courts of the State of California and am an associate at Bowles & Verna LLP, attorneys for plaintiff Webcor Construction

{00154637.DOC; 1}                                    1

Bowles & Verna LLP
2121 N. California Blvd
Suite 875
Walnut Creek 94596

DECLARATION OF MICHAEL P. CONNOLLY IN SUPPORT OF
WEBCOR'S OPPOSITION TO MOTION TO DISMISS FOR FAILURE
TO STATE A CLAIM; AND MOTION FOR MORE DEFINITE STATEMENT        Case No. 3:07-CV-02564-CRB

1 Inc, dba Webcor Builders ("Webcor"), in the above action. As such, I have personal knowledge of the facts set forth herein and if called as a witness, could and would competently testify thereto.

3. 2. On July 1, 2008, I had a telephone conversation with Rick W. Grady, counsel for Dick/Morganti ("DM"), regarding the status of the pending motion to dismiss and for more definite statement. I indicated that Webcor preferred to address the defendants' concerns by amending its Complaint via stipulation with defendants rather than by proceeding with the motion. I sent via e-mail, that same day, a proposed form of amended complaint to Mr. Grady for his review and comment. I have received no further comment from Mr. Grady or other counsel regarding the proposed amendment.

3. Attached hereto as Exhibit "A" is a true and correct copy of Webcor's Complaint in this Action, originally filed on May 15, 2007.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 24th day of July, 2008, at Walnut Creek, California.

By: _____
MICHAEL P. CONNOLLY

{00154637.DOC; 1}    2
Bowles & Verna LLP
2121 N. California Blvd
Suite 875
Walnut Creek 94596
DECLARATION OF MICHAEL P. CONNOLLY IN SUPPORT OF
WEBCOR'S OPPOSITION TO MOTION TO DISMISS FOR FAILURE
TO STATE A CLAIM; AND MOTION FOR MORE DEFINITE STATEMENT
Case No. 3:07-CV-02564-CRB