Roger P. Heyman (State Bar No. 046798)
James K. T. Hunter (State Bar No. 073369)
HEYMAN ▪ DENSMORE LLP
21550 Oxnard Street, Suite 450
Woodland Hills, California 91367
Telephone: 818.703.9494
Facsimile: 818.703.9495

Attorneys for Permasteelisa North America Corp.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES of AMERICA for the Use and Benefit of WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS, and WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS,<br><br>Plaintiffs,<br><br>vs.<br><br>DICK/MORGANTI, a joint venture; DICK CORPORATION; THE MORGANTI GROUP; AMERICAN CASUALTY COMPANY OF READING, PA; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and DOES 1 through 10, inclusive,<br><br>Defendants.| CIVIL ACTION NO.: 3:07-CV-02564-CRB<br><br>ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED (*CIVIL L.R.* 3-12(b))<br><br>DECLARATION OF ROGER P. HEYMAN FILED CONCURRENTLY HEREWITH<br><br>PROPOSED ORDER<br><br>JUDGE: Hon. Charles R. Breyer, Courtroom 8 |
| AMERICAN CASUALTY COMPANY OF READING, PA; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,<br><br>Third Party Plaintiffs, | |

| | |
|---|---|
| 1 | vs. |
| 2 | BOYETT CONSTRUCTION, INC., a California corporation; MARELICH MECHANICAL CO., INC., a California corporation; PERFORMANCE CONTRACTING GROUP, INC., dba PERFORMANCE CONTRACTING, INC., a Delaware corporation; PERMASTEELISA GROUP USA HOLDINGS CORP., a Delaware corporation fdba PERMASTEELISA CLADDING TECHNOLOGIES, LTD.; PERMASTEELISA CLADDING TECHNOLOGIES L.P., a Delaware limited partnership, fbda PERMASTEELISA CLADDING TECHNOLOGIES, LTD.; ROSENDIN ELECTRIC, INC., a California corporation; THIRD PARTY DOE DEFENDANTS 1 THROUGH 20, |
| | Third Party Defendants. |

TO THE HONORABLE CHARLES R. BREYER:

Permasteelisa North America Corp., fdba Permasteelisa Cladding Technologies, L.P., fdba Permasteelisa Cladding Technologies, LTD. ("PCT") is the plaintiff and use plaintiff in Case No. CV08-3664-JCS, filed July 30, 2008 and entitled United States of America for the Use and Benefit of Permasteelisa North America Corp., fdba Permasteelisa Cladding Technologies, L.P., fdba Permasteelisa Cladding Technologies, LTD. and Permasteelisa North America Corp., fdba Permasteelisa Cladding Technologies, L.P., fdba Permasteelisa Cladding Technologies, LTD., vs. Dick/Morganti, a joint venture; Dick Corporation; The Morganti Group; American Casualty Company of Reading, Pennsylvania, National Union Fire Insurance Company of Pittsburgh, Pennsylvania, Continental Casualty Company; and Does 500 through 510, inclusive.

PCT hereby moves the Court to consider whether, pursuant to *Civil Local Rule* 3-12, said case is related to the above-entitled case. PCT filed the July 30, 2008 action per the Order of this Court in the above-entitled action that the individual subcontractor third party defendants herein could file their individual Miller Act and ancillary causes of action complaints in this Court but that upon filing of such an action an administrative motion to consider relating such cases to the above entitled case should be filed. The July 30, 2008 case and the above-entitled case involve the same parties and arise from the same project for the construction of the San Francisco Federal Building.

Respectfully submitted,

HEYMAN • DENSMORE LLP

By _____
ROGER P. HEYMAN
Attorneys for Permasteelisa North America Corp.