1  Roger P. Heyman (State Bar No. 046798)
   James K. T. Hunter (State Bar No. 073369)
2  HEYMAN • DENSMORE LLP
   21550 Oxnard Street, Suite 450
3  Woodland Hills, California 91367
   Telephone: 818.703.9494
4  Facsimile: 818.703.9495

5  Attorneys for Permasteelisa North America Corp.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES of AMERICA for the Use and Benefit of WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS, and WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS,<br><br>Plaintiffs,<br><br>vs.<br><br>DICK/MORGANTI, a joint venture; DICK CORPORATION; THE MORGANTI GROUP; AMERICAN CASUALTY COMPANY OF READING, PA; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and DOES 1 through 10, inclusive,<br><br>Defendants.<br><br>AMERICAN CASUALTY COMPANY OF READING, PA; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,<br><br>Third Party Plaintiffs, | CIVIL ACTION NO.: 3:07-CV-02564-CRB<br><br>DECLARATION OF ROGER P. HEYMAN IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED (*CIVIL L.R.* 3-12(b))<br><br>JUDGE: Hon. Charles R. Breyer, Courtroom 8 |

HEYMAN • DENSMORE LLP

DECLARATION OF ROGER P. HEYMAN IN SUPPORT OF ADMINISTRATIVE MOTION
Z:\Clients\Permasteelisa\San Fran Fed Case\Pleadings\Dec of RPH Support Admin Motion.doc

1  vs.

2  BOYETT CONSTRUCTION, INC., a California corporation; MARELICH MECHANICAL CO., INC., a California corporation; PERFORMANCE CONTRACTING GROUP, INC., dba PERFORMANCE CONTRACTING, INC., a Delaware corporation; PERMASTEELISA GROUP USA HOLDINGS CORP., a Delaware corporation fdba PERMASTEELISA CLADDING TECHNOLOGIES, LTD.; PERMASTEELISA CLADDING TECHNOLOGIES L.P., a Delaware limited partnership, fbda PERMASTEELISA CLADDING TECHNOLOGIES, LTD.; ROSENDIN ELECTRIC, INC., a California corporation; THIRD PARTY DOE DEFENDANTS 1 THROUGH 20,

Third Party Defendants.

HEYMAN ■ DENSMORE LLP

1

DECLARATION OF ROGER P. HEYMAN IN SUPPORT OF ADMINISTRATIVE MOTION
Z:\Clients\Permasteelisa\San Fran Fed Case\Pleadings\Dec of RPH Support Admin Motion.doc

I, Roger P. Heyman, declare:

1. I am an attorney licensed to practice in the State of California and in the United States District Court for the Northern District of California. I am the attorney for PCT, the plaintiff and use plaintiff in Case No. CV08-3664-JCS, filed July 30, 2008.

2. The facts and other matters recited in the Administrative Motion to Consider Whether Cases Should Be Related, are based upon my own activities in the preparation of the July 30, 2008 case and my review of the dockets and pleadings in the above-entitled action.

3. I am submitting this Declaration, rather than a stipulation, because of the number of parties involved, some of whom are unknown to me, and because an Administrative Motion to Relate was requested by the Court in this case.

4. Given the Court's familiarity with and ready access to its own dockets, I believe that the Court can determine this Motion on the basis of the information presented without the delay inevitably involved in seeking a stipulation from all of the parties in the various matters.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 7th day of August, 2008 in Woodland Hills, California.

_____
Roger P. Heyman, Declarant

HEYMAN •
DENSMORE LLP

2
DECLARATION OF ROGER P. HEYMAN IN SUPPORT OF ADMINISTRATIVE MOTION