Roger P. Heyman (State Bar No. 046798)
James K. T. Hunter (State Bar No. 073369)
HEYMAN • DENSMORE LLP
21550 Oxnard Street, Suite 450
Woodland Hills, California 91367
Telephone: 818.703.9494
Facsimile: 818.703.9495

Attorneys for Permasteelisa North America Corp.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES of AMERICA for the Use and Benefit of WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS, and WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS,<br><br>Plaintiffs,<br><br>vs.<br><br>DICK/MORGANTI, a joint venture; DICK CORPORATION; THE MORGANTI GROUP; AMERICAN CASUALTY COMPANY OF READING, PA; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and DOES 1 through 10, inclusive,<br><br>Defendants.<br><br>AMERICAN CASUALTY COMPANY OF READING, PA; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,<br><br>Third Party Plaintiffs, | CIVIL ACTION NO.: 3:07-CV-02564-CRB<br><br>[PROPOSED} ORDER REASSIGNING RELATED CASE (*CIVIL L.R.* 3-12(b))<br><br>JUDGE: Hon. Charles R. Breyer, Courtroom 8 |

1    vs.

2   BOYETT CONSTRUCTION, INC., a California
    corporation; MARELICH MECHANICAL CO.,
3   INC., a California corporation;
    PERFORMANCE CONTRACTING GROUP,
4   INC., dba PERFORMANCE CONTRACTING,
    INC., a Delaware corporation;
5   PERMASTEELISA GROUP USA HOLDINGS
    CORP., a Delaware corporation fdba
6   PERMASTEELISA CLADDING
7   TECHNOLOGIES, LTD.; PERMASTEELISA
    CLADDING TECHNOLOGIES L.P., a
8   Delaware limited partnership, fbda
    PERMASTEELISA CLADDING
9   TECHNOLOGIES, LTD.; ROSENDIN
    ELECTRIC, INC., a California corporation;
10  THIRD PARTY DOE DEFENDANTS 1
11  THROUGH 20,

12           Third Party Defendants.

13

HEYMAN ■
DENSMORE LLP

1

[PROPOSED] ORDER REASSIGNING RELATED CASE

Z:\Clients\Permasteelisa\San Fran Fed Case\Pleadings\Proposed Order Reassign Related Case.doc

The Court, having read and considered the Administrative Motion of PCT, plaintiff and use plaintiff in Case No. CV08-3664-JCS (the "PCT" Case), to consider whether the PCT Case is related to the above-entitled case, hereby determines the PCT Case to be related to the above-captioned case.

For the foregoing reasons and pursuant to *Civil L.R.* 3-12(b), the Court hereby orders Case No. CV08-3664-JCS reassigned to the Honorable Charles R. Breyer.

August ____, 2008

_____
Charles R. Breyer, United States District Judge

2
[PROPOSED] ORDER REASSIGNING RELATED CASE
Z:\Clients\Permasteelisa\San Fran Fed Case\Pleadings\Proposed Order Reassign Related Case.doc

HEYMAN ·
DENSMORE LLP