Roger P. Heyman (State Bar No. 046798)
James K. T. Hunter (State Bar No. 073369)
HEYMAN • DENSMORE LLP
21550 Oxnard Street, Suite 450
Woodland Hills, California 91367
Telephone: 818.703.9494
Facsimile: 818.703.9495

Attorneys for Permasteelisa Group USA Holdings Corp., and Permasteelisa Cladding Technologies, L.P. fdba Permasteelisa Cladding Technologies, LTD.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES of AMERICA for the Use and Benefit of WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS, and WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS,<br><br>Plaintiffs,<br><br>vs.<br><br>DICK/MORGANTI, a joint venture; DICK CORPORATION; THE MORGANTI GROUP; AMERICAN CASUALTY COMPANY OF READING, PA; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and DOES 1 through 10, inclusive,<br><br>Defendants.<br><br>AMERICAN CASUALTY COMPANY OF READING, PA; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,<br><br>Third Party Plaintiffs, | CIVIL ACTION NO.: 3:07-CV-02564-CRB<br><br>CERTIFICATE OF SERVICE<br><br>Judge: Hon. Charles R. Breyer |

| | |
|---|---|
| 1 | vs. |
| 2 | BOYETT CONSTRUCTION, INC., a California corporation; MARELICH MECHANICAL CO., INC., a California corporation; PERFORMANCE CONTRACTING GROUP, INC., dba PERFORMANCE CONTRACTING, INC., a Delaware corporation; PERMASTEELISA GROUP USA HOLDINGS CORP., a Delaware corporation fdba PERMASTEELISA CLADDING TECHNOLOGIES, LTD.; PERMASTEELISA CLADDING TECHNOLOGIES L.P., a Delaware limited partnership, fbda PERMASTEELISA CLADDING TECHNOLOGIES, LTD.; ROSENDIN ELECTRIC, INC., a California corporation; THIRD PARTY DOE DEFENDANTS 1 THROUGH 20, |
| | Third Party Defendants. |

HEYMAN •
DENSMORE LLP

Z:\Clients\Permasteelisa\San Fran Fed Case\Pleadings\POS Certificate.doc

1

CERTIFICATE OF SERVICE

| | |
|---|---|
| STATE OF CALIFORNIA | ) |
| | ) |
| COUNTY OF LOS ANGELES | ) |

I, LUISA M. SOLIS, declare:

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action. My business address is Heyman • Densmore LLP, 21550 Oxnard Street, Suite 450, Woodland Hills, California 91367.

On August 8, 2008, I served the document(s) described as:

1. **ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED;**

2. **DECLARATION OF ROGER P. HEYMAN IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED; and**

3. **[PROPOSED] ORDER REASSIGNING RELATED CASE**

on the interested parties in this action as listed on the attached service list by:

☐ BY MAIL: I am "readily familiar" with this firm's practice for the collection and the processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, the correspondence would be deposited with the United States Postal Service at 21550 Oxnard Street, Suite 450, Woodland Hills, California 91367 with postage thereon fully prepaid the same day on which the correspondence was placed for collection and mailing at the firm. Following ordinary business practices, I placed for collection and mailing with the United States Postal Service such envelope at Heyman • Densmore LLP, 21550 Oxnard Street, Suite 450, Woodland Hills, California 91367.

☒ BY ELECTRONIC FILING/SERVICE: I caused such document(s) to be Electronically filed and Served through the PACER system for the above-entitled case. Electronic service has been accomplished by the service maintained by PACER.

☐ [State]    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ [Federal]    I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on August 8, 2008, at Woodland Hills, California.

_____
LUISA M. SOLIS

2
CERTIFICATE OF SERVICE

# SERVICE LIST

| | |
|---|---|
| Kenneth G. Jones, Esq.<br>Richard T. Bowles, Esq.<br>Bowles & Verna<br>California Plaza<br>2121 N. California Blvd., Suite 875<br>Walnut Creek, California 94596-8180<br>(925) 935-3300 Phone<br>(925) 935-0371 Fax<br>Kjones@bowlesverna.com<br>Rbowles@bowlesverna.com | Attorneys for Plaintiff Webcor Construction, Inc. dba Webcor Builders |
| John W. Ralls, Esq.<br>John A. Foust, Esq.<br>Joanna Rosen, Esq.<br>Thelen Reid Brown Raysman & Steiner<br>101 Second Street, Suite 1800<br>San Francisco, California 94105<br>(415) 621-2400 Phone<br>(415) 575-9930 Fax<br>jralls@thelen.com<br>jfoust@thelen.com<br>jrosen@thelen.com | Attorneys for Defendants Dick/Morganti; Dick Corporation; and The Morganti Group, Inc. and American Casualty Company of Reading, PA; National Union Fire Insurance Company of Pittsburgh, PA |
| Patrick S. Hallinan, Esq.<br>Kenneth H. Wine, Esq.<br>Patrick Sarsfield Hallinan, Esq.<br>Hallinan & Wine<br>Law Chambers Building<br>345 Franklin Street<br>San Francisco, California 94102<br>(415) 621-2400 Phone<br>(415) 575-9930 Fax<br>butchhallinan@hotmail.com<br>kenwine@hotmail.com<br>butchhallinan@hotmail.com | Attorneys for Defendants Dick/Morganti; Dick Corporation; and The Morganti Group, Inc. and American Casualty Company of Reading, PA; National Union Fire Insurance Company of Pittsburgh, PA |
| Timothy E. Elliott, Esq.<br>Peckar & Abramson, P.C.<br>455 Market Street, 21st Floor<br>San Francisco, California 94015<br>(415) 837-1968 Phone<br>(415) 837-1320 Fax<br>telliott@pecklaw.com | Attorneys for Defendants National Union Fire Insurance Company of Pittsburgh, PA |

| | |
|---|---|
| J. Morrow Otis, Esq.<br>Steven L. Iriki, Esq.<br>OTIS CANLI & IRIKI<br>625 Market Street, 4th Floor<br>San Francisco, California 94105-3306<br>(415) 362-4442 Phone<br>(415) 362-7332 Fax<br>jmo@ocilaw.com<br>sli@ocilaw.com | Attorneys for Third-Party Defendant Performance Contracting, Inc. erroneously sued as Performance Contracting Group, Inc |
| Steven F. Brockhage, Esq.<br>Randall M. Smith<br>Smith & Brockhage, LLP<br>3480 Buskirk Avenue, Suite 200<br>Pleasant Hill, California 94523<br>(925) 296-0636 Phone<br>(925) 296-0640 Fax<br>sfb@smithbrock.com<br>rms@smithbrock.com | Attorneys for Cross-Defendant Rosendin Electric, Inc. |
| John Henry Blake, Esq.<br>Hannig Law Firm LLP<br>2991 El Camino Real<br>Redwood City, CA 94061<br>(650) 482-3040 Phone<br>(650) 482-2820 Fax<br>jhb@hanniglaw.com | Attorneys for Movant Egglie Landscape Contractors, Inc. |
| Leland Peter Ryan, Esq.<br>MBV Law LLP<br>855 Front Street<br>San Francisco, California 94111<br>(415) 781-4400 Phone<br>(415) 989-5143 Fax<br>pete@mbvlaw.com | Attorneys for United States of America for the use of Concrete Polishing Technologies, Inc. dba Perfect Polish |

HEYMAN ▪
DENSMORE LLP

Z:\Clients\Permasteelisa\San Fran Fed Case\Pleadings\POS Certificate.doc

4

CERTIFICATE OF SERVICE