Roger P. Heyman (State Bar No. 046798)
James K. T. Hunter (State Bar No. 073369)
HEYMAN • DENSMORE LLP
21550 Oxnard Street, Suite 450
Woodland Hills, California 91367
Telephone: 818.703.9494
Facsimile: 818.703.9495

Attorneys for Permasteelisa Group USA Holdings Corp., and Permasteelisa Cladding Technologies, L.P. fdba Permasteelisa Cladding Technologies, LTD.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES of AMERICA for the Use and Benefit of WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS, and WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS,<br><br>Plaintiffs,<br><br>vs.<br><br>DICK/MORGANTI, a joint venture; DICK CORPORATION; THE MORGANTI GROUP; AMERICAN CASUALTY COMPANY OF READING, PA; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and DOES 1 through 10, inclusive,<br><br>Defendants.<br><br>AMERICAN CASUALTY COMPANY OF READING, PA; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,<br><br>Third Party Plaintiffs, | CIVIL ACTION NO.: 3:07-CV-02564-CRB<br><br>PROOF OF SERVICE BY MAIL<br><br>JUDGE: Hon. Charles R. Breyer |

PROOF OF SERVICE BY MAIL

1  VS.

2  BOYETT CONSTRUCTION, INC., a California corporation; MARELICH MECHANICAL CO., INC., a California corporation; PERFORMANCE CONTRACTING GROUP, INC., dba PERFORMANCE CONTRACTING, INC., a Delaware corporation; PERMASTEELISA GROUP USA HOLDINGS CORP., a Delaware corporation fdba PERMASTEELISA CLADDING TECHNOLOGIES, LTD.; PERMASTEELISA CLADDING TECHNOLOGIES L.P., a Delaware limited partnership, fbda PERMASTEELISA CLADDING TECHNOLOGIES, LTD.; ROSENDIN ELECTRIC, INC., a California corporation; THIRD PARTY DOE DEFENDANTS 1 THROUGH 20,

Third Party Defendants.

## PROOF OF SERVICE

STATE OF CALIFORNIA   )
COUNTY OF LOS ANGELES   )

I, LUISA M. SOLIS, declare:

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action. My business address is Heyman • Densmore LLP, 21550 Oxnard Street, Suite 450, Woodland Hills, California 91367.

On August 8, 2008, I served the document(s) described as:

1. **ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED;**

2. **DECLARATION OF ROGER P. HEYMAN IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED; and**

3. **[PROPOSED] ORDER REASSIGNING RELATED CASE**

on the interested parties in this action by enclosing a true copy of the document(s) in a sealed envelope addressed to the addressee(s) as listed below:

<u>Courtesy Copy:</u>

Magistrate Judge Joseph C. Spero
San Francisco U.S. Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102

☒   ☐ BY FED EX   ☐ UPS   ☒ OVERNITE EXPRESS: I deposited such envelope in a facility regularly maintained by ☐ FED EX   ☐ UPS   ☒ OVERNITE EXPRESS with delivery fees fully provided for or delivered the envelope to a courier or driver of   ☐ FED EX   ☐ UPS   ☐ OVERNITE EXPRESS authorized to receive documents at Heyman • Densmore LLP, 21550 Oxnard Street, Suite 450, Woodland Hills, California 91367 with delivery fees fully provided for.

☐   [State]   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒   [Federal]   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on August 8, 2008, at Woodland Hills, California.

_____
LUISA M. SOLIS

PROOF OF SERVICE BY MAIL