# Exhibit A

# to

# Declaration of Joel D. Heusinger

# July 23, 2008 CBCA Order



UNITED STATES
CIVILIAN BOARD OF CONTRACT APPEALS

ORDERED: July 23, 2008

CBCA 420, 450, 451, 810, 818

DICK/MORGANTI, A JOINT VENTURE,

Appellant,

v.

GENERAL SERVICES ADMINISTRATION,

Respondent.

Kerry L. Kester and Joel D. Heusinger of Woods & Aitken, LLP, Lincoln, NE; and Barbara G. Werther and Ronan J. McHugh of Thelen, Reid, Brown, Raysman & Steiner, LLP, Washington, DC, counsel for Appellant.

Thomas Hawkins, Richard Hughes, Leigh Izzo, and Leonard Lucas, Office of General Counsel, General Services Administration, Washington, DC, counsel for Respondent.

**BORWICK**, Board Judge.

On July 22, 2008, we held a telephonic prehearing conference on these appeals with counsel for appellant and respondent participating. Appellant is in the process of providing information to the contracting officer to complete its quantum submission claim. The parties believe that a suspension of proceedings until January 12, 2009, will be sufficient time to: (1) allow appellant to complete its quantum submission to the contracting officer, (2) allow the contracting officer to issue a decision on quantum, and (3) allow appellant to appeal to the Board if dissatisfied with the decision of the contracting officer. For good cause shown, proceedings in these appeals are **SUSPENDED** until **Monday, January 12, 2009, at 10:00 a.m., ET**, at which time the Board will convene a conference call to discuss the status

CBCA 420, 450, 451, 810, 818      2

and possible scheduling of future proceedings in these appeals and the potential appeal of the contracting officer's decision on appellant's omnibus claim. Board Rule 12(b).

ANTHONY S. BORWICK
Board Judge