1  Roger P. Heyman (State Bar No. 046798)
   James K. T. Hunter (State Bar No. 073369)
2  HEYMAN • DENSMORE LLP
   21550 Oxnard Street, Suite 450
3  Woodland Hills, California 91367
   Telephone: 818.703.9494
4  Facsimile: 818.703.9495

5  Attorneys for Permasteelisa North America Corp.

6

7

8               IN THE UNITED STATES DISTRICT COURT

9          NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

10

11 | UNITED STATES of AMERICA for the Use | CIVIL ACTION NO.: 3:07-CV-02564-CRB
   | and Benefit of WEBCOR CONSTRUCTION, |
12 | INC. dba WEBCOR BUILDERS, and       | [PROPOSED] ORDER REASSIGNING
   | WEBCOR CONSTRUCTION, INC. dba       | RELATED CASE (CIVIL L.R. 3-12(b))
13 | WEBCOR BUILDERS,                    |
                                         | JUDGE: Hon. Charles R. Breyer, Courtroom 8
14                Plaintiffs,

15      vs.

16 DICK/MORGANTI, a joint venture; DICK
   CORPORATION; THE MORGANTI GROUP;
17 AMERICAN CASUALTY COMPANY OF
   READING, PA; NATIONAL UNION FIRE
18 INSURANCE COMPANY OF PITTSBURGH,
   PA, and DOES 1 through 10, inclusive,
19
                  Defendants.
20
   AMERICAN CASUALTY COMPANY OF
21 READING, PA; NATIONAL UNION FIRE
   INSURANCE COMPANY OF PITTSBURGH,
22 PA,

23             Third Party Plaintiffs,

24

25

26

27

28

HEYMAN •
DENSMORE LLP                    [PROPOSED] ORDER REASSIGNING RELATED CASE

| | |
|---|---|
| 1 | vs. |
| 2 | BOYETT CONSTRUCTION, INC., a California corporation; MARELICH MECHANICAL CO., INC., a California corporation; PERFORMANCE CONTRACTING GROUP, INC., dba PERFORMANCE CONTRACTING, INC., a Delaware corporation; PERMASTEELISA GROUP USA HOLDINGS CORP., a Delaware corporation fdba PERMASTEELISA CLADDING TECHNOLOGIES, LTD.; PERMASTEELISA CLADDING TECHNOLOGIES L.P., a Delaware limited partnership, fbda PERMASTEELISA CLADDING TECHNOLOGIES, LTD.; ROSENDIN ELECTRIC, INC., a California corporation; THIRD PARTY DOE DEFENDANTS 1 THROUGH 20, |
| 12 | Third Party Defendants. |

Heyman • Densmore LLP

Z:\Clients\Permasteelisa\San Fran Fed Case\Pleadings\Proposed Order Reassign Related Case.doc

1

[PROPOSED] ORDER REASSIGNING RELATED CASE

1  The Court, having read and considered the Administrative Motion of PCT, plaintiff and use
2  plaintiff in Case No. CV08-3664-JCS (the "PCT" Case), to consider whether the PCT Case is related
3  to the above-entitled case, hereby determines the PCT Case to be related to the above-captioned
4  case.

5  For the foregoing reasons and pursuant to *Civil L.R.* 3-12(b), the Court hereby orders Case
6  No. CV08-3664-JCS reassigned to the Honorable Charles R. Breyer.

August  11 , 2008



_____
Charles R. Breyer, United States District Judge