J. Morrow Otis (CSB #039311)
Steven L. Iriki (CSB # 142533)
Matthew E. McCabe (CSB #136541)
OTIS CANLI & IRIKI, LLP
625 Market St., 4th Floor
San Francisco, CA  94105-3306
Telephone: (415) 362-4442
Facsimile: (415) 362-7332
E-mail: jmo@ocilaw.com

Attorneys for Third-Party Defendant
PERFORMANCE CONTRACTING, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS, and WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS,<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>DICK/MORGANTI, a joint venture; DICK CORPORATION; THE MORGANTI GROUP; AMERICAN CASUALTY COMPANY OF READING, PENNSYLVANIA; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA; and DOES 1-10, inclusive,<br><br>　　　　　　　Defendants.<br>―――――――――――――――――――<br>AMERICAN CASUALTY COMPANY OF READING, PA; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,<br><br>　　　　　　　Third-Party Plaintiffs, | Case No.  3:07-CV-02564-CRB<br><br>**PERFORMANCE CONTRACTING, INC.'S STATUS CONFERENCE STATEMENT**<br><br>DATE:　　August 29, 2008<br>TIME:　　10:00 a.m.<br>JUDGE:　Hon. Charles R. Breyer<br>　　　　　　(Courtroom 8) |

-1-

vs.

BOYETT CONSTRUCTION, INC., a California corporation; MARELICH MECHANICAL CO., INC., a California corporation; PERFORMANCE CONTRACTING GROUP, INC. dba PERFORMANCE CONTRACTING, INC., a Delaware corporation; PERMASTEELISA GROUP USA HOLDINGS CORP., a Delaware corporation fdba PERMASTEELIS CLADDING TECHNOLOGIES L.P., a Delaware limited partnership, fdba PERMASTEELISA CLADDING TECHNOLOGIES, LTD.; ROSENDIN ELECTRIC, INC., a California corporation; THIRD PARTY DOE DEFENDANTS 1 THROUGH 20.

Third Party Defendants.

At a status conference held on December 19, 2007, the Court directed the parties to meet to discuss Performance Contracting, Inc.'s ("PCI") claim of approximately $7,612,331.00 and to determine which parts of PCI's claim were pass through and which parts were not. The parties met twice in January 2008 and February 2008. During these discussions, Dick/Morganti took the position that all of PCI's claim was pass through and refused to compromise its position to any degree. While no agreement whatsoever could be reached on what parts of PCI's claim were pass-through and which were not, the parties appeared to reach a possible settlement of the entire dispute. This was after a representative of Dick/Morganti made a tentative offer. The tentative offer was acceptable to PCI and it appeared that a settlement may have been reached. PCI so informed the Court of the apparent breakthrough during a status conference on February 22.

Unfortunately, soon thereafter when the parties attempted to document their settlement, Dick/Morganti dramatically changed their offer. The changes were not minor ones. In fact, Dick/Morganti's initial settlement agreement represented a change of several million dollars. While Dick/Morganti later modified its position, its current offer to PCI is completely unacceptable and far short of its original offer. PCI then met and conferred with Dick/Morganti

1  without success.  These discussions occurred both between counsel and between the clients,
2  themselves.
3      Given that the parties have reached an impasse on settlement and given that they earlier
4  reached an impasse on what parts of PCI's claim should be tried by the Court, PCI respectfully
5  requests that the Court set a hearing date and a briefing schedule to consider what parts of PCI's
6  claim should be passed through to the GSA and what parts should not be passed through but tried
7  by this Court.

8  Dated: August 13, 2008        OTIS CANLI & IRIKI, LLP

10  By: _____
11      Steven Iriki

12  Attorneys for Plaintiff and Third-Party Defendant
13  PERFORMANCE CONTRACTING, INC.

-3-

PERFORMANCE CONTRACTING, INC.'S STATUS        Case No.  3:07-CV-02564-CRB
CONFERENCE STATEMENT
2010-038-PLD-Status.Conf.State.080708.doc

# PROOF OF SERVICE

CASE NAME: *Webcor Construction, Inc., et al. v. Dick/Morganti, et al.*
COURT INFORMATION: United States District Court, Northern District of California, San Francisco Division Case No. 3:07-CV-02564-CRB

    I, the undersigned, hereby certify that I am a citizen of the United States, over the age of 18 years, and am not a party to the within action. I am employed in the City and County of San Francisco, California, and my business address is 625 Market Street, 4th Floor, San Francisco, California 94105-3306. I am readily familiar with my employer's business practice for collection and processing of correspondence for mailing with the United States Postal Service. On the date listed below, following ordinary business practice, I served the following document(s):

- **PERFORMANCE CONTRACTING, INC.'S STATUS CONFERENCE STATEMENT**

on the party(ies) in this action, through his/her/their attorneys of record, by placing true and correct copies thereof in sealed envelope(s), addressed as shown on the attached Service List for service as designated below:

| | |
|---|---|
| Attorneys for Defendants<br>Dick/Morganti; Dick Corporation; and The Morganti Group, Inc. | Raymond M. Buddie, Esq.<br>Rick W. Grady, Esq.<br>Peckar & Abramson, P.C.<br>250 Montgomery Street, 16th Fl.<br>San Francisco, CA 94104 |
| Attorneys for Defendants<br>American Casualty Company of Reading, PA; National Union Fire Insurance Company of Pittsburgh, PA | Raymond M. Buddie, Esq.<br>Rick W. Grady, Esq.<br>Peckar & Abramson, P.C.<br>250 Montgomery Street, 16th Fl.<br>San Francisco, CA 94104 |
| Attorneys for Plaintiff<br>Webcor Construction, Inc. dba Webcor Builders | Kenneth G. Jones, Esq.<br>California Plaza<br>2121 N. California Blvd., Ste. 875<br>Walnut Creek, CA 94596-8180 |
| Attorneys for Permasteelisa Group USA Holdings Corp., and Permasteelisa Cladding Technologies, L.P. fdba Permasteelisa Cladding Technologies, LTD. | Roger P. Heyman, Esq.<br>James K.T. Hunter, Esq.<br>Heyman Densmore LLP<br>21550 Oxnard Street, Suite 450<br>Woodland Hills, CA 91367 |

(XX)    BY ELECTRONIC FILING/SERVICE: I caused such document(s) to be Electronically Filed and Served through the PACER system for the above-entitled case. Electronic service has been accomplished by the service maintained by PACER.

( X )    (Federal) I certify/declare under penalty of perjury under the laws of the State of California and of the United States that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed on August 13, 2008, at San Francisco, California.

*/s/ Anna L. Hill*
Anna L. Hill

PROOF OF SERVICE
O:\2010\2010-038\Webcor v. DM\Clerk & Service\POS-ah.doc

1