| | |
|---|---|
| JOHN W. RALLS (CA Bar No. 148233) | RICHARD T. BOWLES (#46234) |
| jralls@thelen.com | rbowles@bowlesverna.com |
| JOHN A. FOUST (CA Bar No. 218824) | KENNETH G. JONES (#196868) |
| jfoust@thelen.com | kjones@bowlesverna.com |
| JOANNA ROSEN (CA Bar No. 244943) | WILLIAM T. NAGLE (#180162) |
| jrosen@thelen.com | wnagle@bowlesverna.com |
| THELEN REID BROWN RAYSMAN & STEINER LLP | MICHAEL P. CONNOLLY (#238478) |
| | monnolly@bowlesverna.com |
| 101 Second Street, Suite 1800 | BOWLES & VERNA LLP |
| San Francisco, CA  94105 | 2121 N. California Boulevard, Suite 875 |
| Tel. 415.371.1200 // Fax 415.371.1211 | Walnut Creek, California  94596 |
| | Tel. 925.935.3300 // Fax 925.935.0371 |
| PATRICK S. HALLINAN | |
| (CA Bar No. 33838) | Attorneys for Plaintiff |
| butchhallinan@hotmail.com | WEBCOR CONSTRUCTION, INC. dba |
| KENNETH H. WINE (CA Bar No. 142385) | WEBCOR BUILDERS |
| kenwine@hotmail.com | |
| HALLINAN & WINE | |
| Law Chambers Building, 345 Franklin Street | |
| San Francisco, CA 94102 | |
| Tel. 415.621.2400 // Fax 415.575.9930 | |

Attorneys for Defendants, Counter-Claimants
and Third Party Complainants
DICK/MORGANTI, DICK CORPORATION,
THE MORGANTI GROUP, AMERICAN
CASUALTY COMPANY OF READING, PA
and NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA–SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA for the Use and Benefit of WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS, and WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS,<br><br>Plaintiffs,<br><br>vs.<br><br>DICK/MORGANTI, a joint venture, DICK CORPORATION, THE MORGANTI GROUP, AMERICAN CASUALTY COMPANY OF READING, PA, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 3:07-CV-02564-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE ANSWER**<br><br>Before:   Hon. Charles R. Breyer |

AND RELATED COUNTER-CLAIMS AND THIRD PARTY CLAIMS.

Pursuant to Civil Rule 6-2, Defendants, Counter-Claimants and Third Party Complainants DICK/MORGANTI, DICK CORPORATION and THE MORGANTI GROUP (together, "D/M") and Plaintiff WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS ("Webcor") hereby stipulate and agree that the deadline for D/M to file an answer to Webcor's complaint, as well as the time for D/M to file a counterclaim, if any, be extended for one month, from August 29, 2008 to September 29, 2008.

There have been prior time extensions in this case, including time extensions in connection with case management conferences, but no prior time extensions in connection with this particular deadline.

A declaration in support of this stipulated request is attached.

Dated: August 28, 2008        THELEN REID BROWN RAYSMAN & STEINER LLP

                              By _____/s/_____
                                 John W. Ralls
                                 Attorneys for Defendants, Counter-Claimants and
                                 Third Party Complainants DICK/MORGANTI,
                                 DICK CORPORATION, THE MORGANTI
                                 GROUP, AMERICAN CASUALTY COMPANY OF
                                 READING, PA, and NATIONAL UNION FIRE
                                 INSURANCE COMPANY OF PITTSBURGH, PA

Dated: August 28, 2008        BOWLES & VERNA LLP

                              By _____/s/_____
                                 Kenneth G. Jones
                                 Attorneys for Plaintiff WEBCOR
                                 CONSTRUCTION, INC. dba WEBCOR BUILDERS

1 **[PROPOSED] ORDER**

2 PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4 Dated:_____, 2008

5 _____
Hon. Charles R. Breyer
6 United States District Court
Northern District of California

# DECLARATION OF JOHN W. RALLS

I, John W. Ralls, declare:

1. I am an attorney-at-law, a partner with Thelen Reid Brown Raysman & Steiner LLP and counsel of record for Defendants, Counter-Claimants and Third Party Complainants DICK/MORGANTI, DICK CORPORATION, THE MORGANTI GROUP, AMERICAN CASUALTY COMPANY OF READING, PA and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.

2 Over the last few weeks, I have had a number of discussions with counsel for Webcor, Kenneth Jones and Richard Bowles. We have agreed on various steps in an effort to push the claims pending against the GSA forward. As part of these discussions Mr. Jones and I recently agreed that we should defer efforts on formal pleadings in this action for a time, so that we can focus on efforts in connection with the claims pending against the GSA.

3. The time extension requested herein was proposed and agreed to by the parties as part of these discussions, and will have no impact on the progress of the case schedule.

I declare under penalty of perjury under the law of the United States that the foregoing is true and correct.

Executed on August 28, 2008, in San Francisco, California.

_____/s/ John W. Ralls_____
John W. Ralls

SF #1548727 v1

Declaration of John Ralls in Support of Stipulation     No.: 3:07-CV-02564-CRB