**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **August 29, 2008**

**C-07-02564** CRB

  **USA v. DICK/MORGANTI**

Attorneys:    John Ralls, Patrick Hallinan, Steven Iriki,
                Roger Heyman, Steven Brokage, Bill Nagel

    Deputy Clerk: **BARBARA ESPINOZA**        Reporter: **Kathy Sullivan**

**PROCEEDINGS:**                                                   **RULING:**

1. Status Conference - Held

2.

3.

**ORDERED AFTER HEARING:**

The Court sets a further case management to allow production of documents.

( ) ORDER TO BE PREPARED BY:   Plntf _____  Deft _____  Court _____

( ) Referred to Magistrate Judge for: _____

(X) CASE CONTINUED TO October 03, 2008 @ 8:30 a.m. for Further Case Management Conference

Discovery Cut-Off _____                  Expert Discovery Cut-Off _____
Plntf to Name Experts by _____        Deft to Name Experts by _____
P/T Conference Date _____  Trial Date _____  Set for _____ days
                Type of Trial:  ( )Jury    ( )Court

Notes: