1  JOHN W. RALLS (CA Bar No. 148233)
   jralls@thelen.com
2  JOHN A. FOUST (CA Bar No. 218824)
   jfoust@thelen.com
3  JOANNA ROSEN (CA Bar No. 244943)
   jrosen@thelen.com
4  THELEN REID BROWN RAYSMAN &
   STEINER LLP
5  101 Second Street, Suite 1800
   San Francisco, CA  94105
6  Tel. 415.371.1200 // Fax 415.371.1211

7  PATRICK S. HALLINAN
   (CA Bar No. 33838)
8  butchhallinan@hotmail.com
   KENNETH H. WINE (CA Bar No. 142385)
9  kenwine@hotmail.com
   HALLINAN & WINE
10 Law Chambers Building, 345 Franklin Street
   San Francisco, CA 94102
11 Tel. 415.621.2400 // Fax 415.575.9930

12 Attorneys for Defendants, Counter-Claimants
   and Third Party Complainants
13 DICK/MORGANTI, DICK CORPORATION,
   THE MORGANTI GROUP, AMERICAN
14 CASUALTY COMPANY OF READING, PA
   and NATIONAL UNION FIRE INSURANCE
15 COMPANY OF PITTSBURGH, PA

   RICHARD T. BOWLES (#46234)
   rbowles@bowlesverna.com
   KENNETH G. JONES (#196868)
   kjones@bowlesverna.com
   WILLIAM T. NAGLE (#180162)
   wnagle@bowlesverna.com
   MICHAEL P. CONNOLLY (#238478)
   monnolly@bowlesverna.com
   BOWLES & VERNA LLP
   2121 N. California Boulevard, Suite 875
   Walnut Creek, California  94596
   Tel. 925.935.3300 // Fax 925.935.0371

   Attorneys for Plaintiff
   WEBCOR CONSTRUCTION, INC. dba
   WEBCOR BUILDERS

16                    UNITED STATES DISTRICT COURT

17          NORTHERN DISTRICT OF CALIFORNIA–SAN FRANCISCO DIVISION

18

| | |
|---|---|
| 19 UNITED STATES OF AMERICA for the Use and Benefit of WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS, and WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS,<br><br>              Plaintiffs,<br>       vs.<br><br>DICK/MORGANTI, a joint venture, DICK CORPORATION, THE MORGANTI GROUP, AMERICAN CASUALTY COMPANY OF READING, PA, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and DOES 1 through 10, inclusive,<br><br>              Defendants. | Case No.: 3:07-CV-02564-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE ANSWER**<br><br>Before:   Hon. Charles R. Breyer |

1  AND RELATED COUNTER-CLAIMS AND
2  THIRD PARTY CLAIMS.

3

4     Pursuant to Civil Rule 6-2, Defendants, Counter-Claimants and Third Party Complainants

5  DICK/MORGANTI, DICK CORPORATION and THE MORGANTI GROUP (together, "D/M")

6  and Plaintiff WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS ("Webcor") hereby

7  stipulate and agree that the deadline for D/M to file an answer to Webcor's complaint, as well as

8  the time for D/M to file a counterclaim, if any, be extended for one month, from August 29, 2008

9  to September 29, 2008.

10    There have been prior time extensions in this case, including time extensions in connection

11 with case management conferences, but no prior time extensions in connection with this particular

12 deadline.

13    A declaration in support of this stipulated request is attached.

14

15 Dated:  August 28, 2008          THELEN REID BROWN RAYSMAN & STEINER LLP

16                                              /s/
                                   By _____
17                                    John W. Ralls
                                      Attorneys for Defendants, Counter-Claimants and
18                                    Third Party Complainants DICK/MORGANTI,
                                      DICK CORPORATION, THE MORGANTI
19                                    GROUP, AMERICAN CASUALTY COMPANY OF
                                      READING, PA, and NATIONAL UNION FIRE
20                                    INSURANCE COMPANY OF PITTSBURGH, PA

21

22 Dated:  August 28, 2008          BOWLES & VERNA LLP

                                              /s/
23                                 By _____
                                      Kenneth G. Jones
24                                    Attorneys for Plaintiff WEBCOR
                                      CONSTRUCTION, INC. dba WEBCOR BUILDERS
25

26

27

28

1                          **[PROPOSED] ORDER**

2       PURSUANT TO STIPULATION, IT IS SO ORDERED.

4    Dated: _____September 2___, 2008

_____
Hon. Charles R. Breyer
United States District Court
Northern District of California



IT IS SO ORDERED
Judge Charles R. Breyer