**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8   IN THE UNITED STATES DISTRICT COURT
9   FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,                        No. C 07-02564 CRB
12            Plaintiff,                             **Clerk's Notice**
13       v.
14  DICK/MORGANTI,
15            Defendant.
                                              /
16
17  YOU ARE NOTIFIED THAT the Court has rescheduled the case management conference for
18  Friday, October 10,2 008 at 8:30 a.m. before the Honorable Charles R. Breyer.  The case
    management statement due October 3, 2008.
19
20  Please report to Courtroom 8, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue,
    San Francisco, CA 94102.
21
22
    Dated: September 15, 2008                       FOR THE COURT,
23
                                                    Richard W. Wieking, Clerk
24
                                                    By:_____
25                                                     Barbara Espinoza
                                                       Courtroom Deputy
26
27
28