| | |
|---|---|
| JOHN W. RALLS (CA Bar No. 148233) | RICHARD T. BOWLES (#46234) |
| jralls@thelen.com | rbowles@bowlesverna.com |
| JOHN A. FOUST (CA Bar No. 218824) | KENNETH G. JONES (#196868) |
| jfoust@thelen.com | kjones@bowlesverna.com |
| JOANNA ROSEN (CA Bar No. 244943) | WILLIAM T. NAGLE (#180162) |
| jrosen@thelen.com | wnagle@bowlesverna.com |
| THELEN LLP | MICHAEL P. CONNOLLY (#238478) |
| 101 Second Street, Suite 1800 | monnolly@bowlesverna.com |
| San Francisco, CA 94105 | BOWLES & VERNA LLP |
| Tel. 415.371.1200 // Fax 415.371.1211 | 2121 N. California Boulevard, Suite 875 |
| | Walnut Creek, California 94596 |
| PATRICK S. HALLINAN | Tel. 925.935.3300 // Fax 925.935.0371 |
| (CA Bar No. 33838) | |
| butchhallinan@hotmail.com | Attorneys for Plaintiff WEBCOR |
| KENNETH H. WINE (CA Bar No. 142385) | CONSTRUCTION, INC. dba WEBCOR |
| kenwine@hotmail.com | BUILDERS |
| HALLINAN & WINE | |
| Law Chambers Building, 345 Franklin Street | |
| San Francisco, CA 94102 | |
| Tel. 415.621.2400 // Fax 415.575.9930 | |

Attorneys for Defendants, Counter-Claimants and Third Party Complainants DICK/MORGANTI, DICK CORPORATION, THE MORGANTI GROUP, AMERICAN CASUALTY COMPANY OF READING, PA and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA for the Use and Benefit of WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS, and WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS,<br><br>               Plaintiffs,<br>  vs.<br><br>DICK/MORGANTI, a joint venture, DICK CORPORATION, THE MORGANTI GROUP, AMERICAN CASUALTY COMPANY OF READING, PA, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and DOES 1 through 10, inclusive,<br><br>               Defendants. | Case No.: 3:07-CV-02564-CRB<br><br>**JOINT CASE MANAGEMENT STATEMENT OF DICK/MORGANTI, DICK CORPORATION, THE MORGANTI GROUP, AMERICAN CASUALTY COMPANY OF READING, PA, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA AND WEBCOR CONSTRUCTION, INC.**<br><br>Date:    August 29, 2008<br>Time:   10:00 a.m.<br>Place:   Courtroom 8<br><br>Before:  Hon. Charles R. Breyer |

AND RELATED COUNTER-CLAIMS AND THIRD PARTY CLAIMS.

Defendants, Counter-Claimants and Third Party Complainants DICK/MORGANTI, DICK CORPORATION, THE MORGANTI GROUP, AMERICAN CASUALTY COMPANY OF READING, PA and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA ("D/M") and Plaintiff WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS ("Webcor") respectfully submit this Joint Case Management Statement pursuant to Civil Rule 16-10(d).

Since the August 29, 2008 conference, D/M and its subcontractors have been working actively to finalize the remaining components of the claims arising out of the San Francisco Federal Building Project ("Project"), in advance of submission to the contracting officer for the General Services Administration ("GSA").  These efforts have included numerous conference calls and meetings between D/M, on the one hand, and Webcor, Rosendin, Marelich, Permasteelisa, ISEC and T&M, on the other.

In addition, D/M's lead counsel in the appeals before the Civilian Board of Contract Appeals ("CBCA") (Barbara Werther from Thelen LLP's Washington D.C. office), and the Assistant General Counsel for Dick Corporation (Michael Ambroso) recently met with counsel for the GSA who will be handling the appeals before the CBCA.  This group of attorneys discussed how best to schedule the case, with an emphasis on alternative dispute resolution.  These discussions will continue but there is agreement in concept that the disputes arising out of the project are too large and complex to have a single ADR schedule apply to the whole.  There is agreement that the case should be mediated step-by-step.  D/M will be in contact over the next 30 days with its subcontractors concerning the details of these "step" mediations.

At the August 29, 2008 conference, the issue arose concerning Performance Contracting Inc.'s ("PCI") production of job cost accounting information.  As this is an issue that is still being discussed between counsel for D/M and PCI, only a brief report will be made here.  On September 24, 2008, PCI produced additional documentation.  D/M believes that this additional

1 documentation does not contain the detail requested, is nothing more than what PCI produced in
2 2007 and is insufficient.  PCI maintains that what it provided was what D/M requested.
3 Notwithstanding these differences, PCI has agreed to take under advisement D/M's request for
4 more detailed information.  D/M continues to believe that this additional information is essential
5 to have in order to understand and ultimately certify PCI's claim so that it can be passed onto the
6 GSA and to the CBCA.

7     Under the circumstances, four of the five active sets of parties in this case (D/M, Webcor,
8 Rosendin Electric, Inc., and Permasteelisa) respectfully suggest that the October 10, 2008 case
9 management conference be continued for 30 to 45 days.  PCI does not join in the request to
10 continue the case management conference.

12 Dated:  October 3, 2008          THELEN LLP

By _____/s/_____
    John W. Ralls
    Attorneys for Defendants, Counter-Claimants and
    Third Party Complainants DICK/MORGANTI,
    DICK CORPORATION, THE MORGANTI
    GROUP, AMERICAN CASUALTY COMPANY OF
    READING, PA, and NATIONAL UNION FIRE
    INSURANCE COMPANY OF PITTSBURGH, PA

Dated:  October 3, 2008          BOWLES & VERNA LLP

By _____/s/_____
    Kenneth G. Jones
    Attorneys for Plaintiff WEBCOR
    CONSTRUCTION, INC. dba WEBCOR BUILDERS

**The case management conference is continued to December 05, 2008 at 8:30 a.m.**
**The case management statement filed on or before November 28, 2008.**

Signed:  October 6, 2008

IT IS SO ORDERED
Judge Charles R. Breyer