UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA for the Use and Benefit of WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS, and WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS,<br><br>　　　　　　　Plaintiffs,<br>　vs.<br><br>DICK/MORGANTI, a joint venture, DICK CORPORATION, THE MORGANTI GROUP, AMERICAN CASUALTY COMPANY OF READING, PA, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and DOES 1 through 10, inclusive,<br><br>　　　　　　　Defendants. | Case No.: 3:07-CV-02564-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER FURTHER EXTENDING TIME TO FILE ANSWER**<br><br>Before:　Hon. Charles R. Breyer |
| AND RELATED COUNTER-CLAIMS AND THIRD PARTY CLAIMS. | |

　　　Pursuant to Local Civil Rule 6-2, Defendants, Counter-Claimants, and Third Party Complainants DICK/MORGANTI, DICK CORPORATION, THE MORGANTI GROUP, AMERICAN CASUALTY COMPANY OF READING, PA, and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA (together, "D/M") and Plaintiff WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS ("Webcor") hereby stipulate and agree that

1  the deadline for D/M to file an answer to Webcor's complaint, as well as the time for D/M to file a
2  counterclaim, if any, be further extended for two months, to January 30, 2009.  The parties and
3  their representatives continue to meet and discuss various issues, including how Webcor's claims
4  will be passed through to the Project owner.  There is also a status conference set for January 12,
5  2009 in the appeals arising from the Project that are before the Civilian Board of Contract
6  Appeals.  In the meantime, the parties prefer to avoid spending time on litigation activities and
7  filings in the case, and therefore stipulate to this further extension of time.

        The time for D/M to file an answer to Webcor's complaint and the time for D/M to file a counterclaim has been extended twice before.  Additionally, there have been other time extensions in this case, including time extensions in connection with case management conferences.

        A declaration in support of this stipulated request is attached.

Dated:  November 20, 2008    THELEN LLP
101 Second Street, Suite 1800
San Francisco, California  94105
Tel. 415.371.1200 // Fax 415.371.1211

        /s/ *John W. Ralls*
By: _____
John W. Ralls
Attorneys for Defendants, Counter-Claimants
and Third Party Complainants
DICK/MORGANTI, DICK CORPORATION,
THE MORGANTI GROUP, AMERICAN
CASUALTY COMPANY OF READING, PA,
and NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA

Dated:  November 20, 2008    BOWLES & VERNA LLP
2121 N. California Boulevard, Suite 875
Walnut Creek, California  94596
Tel. 925.935.3300 // Fax 925.935.0371

        /s/ *Kenneth G. Jones*
By: _____
Kenneth G. Jones
Attorneys for Plaintiff
WEBCOR CONSTRUCTION, INC. dba
WEBCOR BUILDERS

**ORDER**

The deadline for Defendants, Counter-Claimants, and Third Party Complainants DICK/MORGANTI, DICK CORPORATION, THE MORGANTI GROUP, AMERICAN CASUALTY COMPANY OF READING, PA, and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA (together, "D/M") file an answer to the complaint of Plaintiff WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS ("Webcor"), as well as the time for D/M to file a counterclaim, if any, is further extended to January 30, 2009.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:     November 24     , 2008

_____
Hon. Charles R. Breyer

IT IS SO ORDERED
Judge Charles R. Breyer

# DECLARATION OF JOHN W. RALLS

I, John W. Ralls, declare:

1. I am an attorney-at-law, a partner with Thelen LLP and counsel of record for Defendants, Counter-Claimants, and Third Party Complainants DICK/MORGANTI, DICK CORPORATION, THE MORGANTI GROUP, AMERICAN CASUALTY COMPANY OF READING, PA, and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA (together, "D/M").

2. Plaintiff WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS ("Webcor"), on the one hand, and D/M, on the other, have agreed to continue to discuss various issues, including how Webcor's claims will be passed through and presented to the Project owner. There is also a status conference set for January 12, 2009 in the appeals arising from the Project that are before the Civilian Board of Contract Appeals. In the meantime, the parties prefer to avoid spending time on litigation activities and filings in this case. Therefore, the parties have stipulated and agreed to extend the deadline for D/M to file an answer to Webcor's complaint, as well as the time for D/M to file a counterclaim, if any, to January 30, 2009.

3. The parties have previously stipulated, and the Court has previously allowed, an extension for the response to the complaint and counterclaim. Additionally, there have been other time extensions in this case, including time extensions in connection with case management conferences.

I declare under penalty of perjury under the law of the United States that the foregoing is true and correct.

Executed on November 20, 2008, in San Francisco, California.

                                              John W. Ralls