JOHN W. RALLS (CA Bar No. 148233)
RallsJ@howrey.com
JOHN FOUST (CA Bar No. 218824)
FoustJ@howrey.com
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, CA  94105
Tel. 415.848.4900 // Fax 415.848.4999

Attorneys for Defendants, Counter-Claimants, and Third Party Complainants
DICK/MORGANTI, DICK CORPORATION, and THE MORGANTI GROUP

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA for the Use and Benefit of WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS, and WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS,<br><br>　　　　　Plaintiffs,<br>　vs.<br><br>DICK/MORGANTI, a joint venture, DICK CORPORATION, THE MORGANTI GROUP, AMERICAN CASUALTY COMPANY OF READING, PA, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No.: 3:07-CV-02564-CRB<br><br>**SUBSTITUTION OF COUNSEL FOR DEFENDANTS AND [PROPOSED] ORDER APPROVING SUBSTITUTION OF COUNSEL**<br><br>Judge:  Hon. Charles R. Breyer |
| AND RELATED COUNTER-CLAIMS AND THIRD PARTY CLAIMS. | |

TO THE CLERK OF THE COURT AND ALL PARTIES AND COUNSEL OF RECORD HEREIN:

PLEASE TAKE NOTICE that Dick/Morganti, Dick Corporation, and The Morganti Group, hereby substitute in **Howrey LLP** as counsel of record in the above-captioned action.

**Howrey LLP**'s address is:  **525 Market Street, Suite 3600, San Francisco, CA 94105**.

1  For notice purposes going forward, individual attorneys at Howrey LLP representing
2  Dick/Morganti, Dick Corporation, and The Morganti Group are as follows:

3        JOHN W. RALLS (CA Bar No. 148233)
      RallsJ@howrey.com
4        JOHN FOUST (CA Bar No. 218824)
      FoustJ@howrey.com
5        HOWREY LLP
      525 Market Street, Suite 3600
6        San Francisco, CA  94105
      Tel. 415.848.4900 // Fax 415.848.4999
7

8  I accept this substitution:

9  Dated:  November 26, 2008    HOWREY LLP

10                            /s/
                    By _____
11                       John Foust  (CA Bar No. 218824)
                      Attorneys for Defendants, Counter-Claimants and Third
12                       Party Complainants DICK/MORGANTI, DICK
                      CORPORATION, and THE MORGANTI GROUP
13

14 I consent to this subsititution:

15 Dated:  November 26, 2008    THELEN, LLP

16
                    By _____
17                       Eliza M. Rodrigues  (CA Bar No. 148478)

18

19 Dated:  November 26,  2008    DICK/MORGANTI, THE MORGANTI GROUP

20
                    By _____
21                       Ron G. Brookfield
                      Group Vice President for THE MORGANTI GROUP
22                       Authorized Agent for DICK/MORGANTI and THE
                      MORGANTI GROUP
23

24 Dated:  November 26,  2008    DICK CORPORATION

25
                    By _____
26                       Michael T. Ambroso
                      Assistant General Counsel and
27                       Assistant Secretary for DICK CORPORATION

28

For notice purposes going forward, individual attorneys at Howrey LLP representing Dick/Morganti, Dick Corporation, and The Morganti Group are as follows:

> JOHN W. RALLS (CA Bar No. 148233)
> RallsJ@howrey.com
> JOHN FOUST (CA Bar No. 218824)
> FoustJ@howrey.com
> HOWREY LLP
> 525 Market Street, Suite 3600
> San Francisco, CA 94105
> Tel. 415.848.4900 // Fax 415.848.4999

I accept this substitution:

Dated: November 26, 2008        HOWREY LLP

By /s/
John Foust (CA Bar No. 218824)
Attorneys for Defendants, Counter-Claimants and Third Party Complainants DICK/MORGANTI, DICK CORPORATION, and THE MORGANTI GROUP

I consent to this subsititution:

Dated: November 26, 2008        THELEN, LLP

By ~~Eliza M. Rodrigues (CA Bar No. 148478)~~
W. Samuel Niece (CA Bar No. 148695)

Dated: November 26, 2008        DICK/MORGANTI, THE MORGANTI GROUP

By _____
Ron G. Brookfield
Group Vice President for THE MORGANTI GROUP
Authorized Agent for DICK/MORGANTI and THE MORGANTI GROUP

Dated: November 26, 2008        DICK CORPORATION

By _____
Michael T. Ambroso
Assistant General Counsel and
Assistant Secretary for DICK CORPORATION

1  For notice purposes going forward, individual attorneys at Howrey LLP representing
2  Dick/Morganti, Dick Corporation, and The Morganti Group are as follows:

3     JOHN W. RALLS (CA Bar No. 148233)
      RallsJ@howrey.com
4     JOHN FOUST (CA Bar No. 218824)
      FoustJ@howrey.com
5     HOWREY LLP
      525 Market Street, Suite 3600
6     San Francisco, CA 94105
      Tel. 415.848.4900 // Fax 415.848.4999
7

8  I accept this substitution:

9  Dated: November 26, 2008         HOWREY LLP

10                                  /s/
                                 By _____
11                                  John Foust (CA Bar No. 218824)
                                    Attorneys for Defendants, Counter-Claimants and Third
12                                  Party Complainants DICK/MORGANTI, DICK
                                    CORPORATION, and THE MORGANTI GROUP
13

14  I consent to this subsitution:

15  Dated: November 26, 2008         THELEN, LLP

16
                                 By _____
17                                  Eliza M. Rodrigues  (CA Bar No. 148478)

18

19  Dated: November 26, 2008         DICK/MORGANTI, THE MORGANTI GROUP

20
                                 By _____
21                                  Ron G. Brookfield
                                    Group Vice President for THE MORGANTI GROUP
22                                  Authorized Agent for DICK/MORGANTI and THE
                                    MORGANTI GROUP
23

24  Dated: November 26, 2008         DICK CORPORATION

25
                                 By _____
26                                  Michael T. Ambroso
                                    Assistant General Counsel and
27                                  Assistant Secretary for DICK CORPORATION

28

SF #1519016 v1                          -2-
NOTICE OF SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER -- Case No.: 3:07-CV-02564 – CRB

1      For notice purposes going forward, individual attorneys at Howrey LLP representing
2 Dick/Morganti, Dick Corporation, and The Morganti Group are as follows:

3          JOHN W. RALLS (CA Bar No. 148233)
         RallsJ@howrey.com
4          JOHN FOUST (CA Bar No. 218824)
         FoustJ@howrey.com
5          HOWREY LLP
         525 Market Street, Suite 3600
6          San Francisco, CA 94105
         Tel. 415.848.4900 // Fax 415.848.4999
7

8 I accept this substitution:

9 Dated: November 26, 2008     HOWREY LLP

10                                          /s/
                             By _____
11                                  John Foust (CA Bar No. 218824)
                                 Attorneys for Defendants, Counter-Claimants and Third
12                                  Party Complainants DICK/MORGANTI, DICK
                                 CORPORATION, and THE MORGANTI GROUP
13

14 I consent to this subsititution:

15 Dated: November 26, 2008     THELEN, LLP

16

                             By _____
17                                  Eliza M. Rodrigues (CA Bar No. 148478)

18

19 Dated: November 26, 2008     DICK/MORGANTI, THE MORGANTI GROUP

20

                             By _____
21                                  Ron G. Brookfield
                                 Group Vice President for THE MORGANTI GROUP
22                                  Authorized Agent for DICK/MORGANTI and THE
                                 MORGANTI GROUP
23

24 Dated: November 26, 2008     DICK CORPORATION

25
                             By _/s/ Michael T. Ambroso_____
26                                  Michael T. Ambroso
                                 Assistant General Counsel and
27                                  Assistant Secretary for DICK CORPORATION

28

1 **ORDER**

2    The foregoing Substitution of Counsel is approved.

3

4 Dated: ___December 01___, 2008

5 _____
   Honorable Charles R. Breyer

IT IS SO ORDERED
Judge Charles R. Breyer