JOHN W. RALLS (CA Bar No. 148233)
RallsJ@howrey.com
JOHN FOUST (CA Bar No. 218824)
FoustJ@howrey.com
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, CA  94105-2708
Tel. 415.848.4900 // Fax 415.848.4999

Attorneys for Defendants
DICK/MORGANTI, DICK CORPORATION and
THE MORGANTI GROUP

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA for the Use and Benefit of WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS, and WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS,<br><br>Plaintiffs,<br>vs.<br><br>DICK/MORGANTI, a joint venture, DICK CORPORATION, THE MORGANTI GROUP, AMERICAN CASUALTY COMPANY OF READING, PA, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 3:07-CV-02564-CRB<br><br>**REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE OF DICK/MORGANTI (JOINED IN BY WEBCOR ROSENDIN AND PERMASTEELISA)**<br><br>Date:     December 5, 2008<br>Time:    10:00 a.m.<br>Place:    Courtroom 8<br><br>Before:  Hon. Charles R. Breyer |
| AND RELATED COUNTER-CLAIMS AND THIRD PARTY CLAIMS. | |

  Defendants DICK/MORGANTI, DICK CORPORATION and THE MORGANTI GROUP ("D/M") respectfully submit this request for continuance of the December 5, 2008 Case Management Conference.

  The status of this matter is described in the November 26, 2008 Joint Status Conference Statement.  Generally, D/M has been working with its subcontractors to finalize the pricing of the remaining components of the claims.  Some progress has been made in this regard and more is

expected in the next several weeks.  At the same time, D/M has been working with the GSA to develop a case management and alternative dispute resolution plan to present to the Civilian Board of Contract Appeals ("CBCA").  GSA has recently agreed to a "three step" negotiation and mediation process—with negotiations on the smaller, direct cost change order claims beginning in January 2009.  A status conference before the CBCA is set for January 2009.

Under the circumstances, four of the five active sets of parties in the case (D/M, Webcor Construction, Inc., Rosendin Electric, Inc., and Permasteelisa Group USA Holdings Corp.) respectfully suggest that the December 5, 2008 Case Management Conference be continued to a date **after January 12, 2009**.  Performance Contracting Inc. ("PCI") does not join in this request.  Counsel for D/M is not available January 13-**16**, 2009 (not January 13-15 as noted in the Joint Case Management Statement).

Dated:  December 1, 2008           HOWREY LLP

By _____/s/_____
   John W. Ralls
   John Foust
   Attorneys for Defendants
   DICK/MORGANTI, DICK CORPORATION, and
   THE MORGANTI GROUP

**ORDER**

Good cause having been shown, the Court hereby resets the Case Management Conference (previously scheduled for December 5, 2008) for __January 23_____, 2009, at __8:30 a.m.___, in Courtroom 8, of this Court.

IT IS SO ORDERED.

Dated:  __December 02_____, 2008

_____
Honorable Judge Charles R. Breyer

IT IS SO ORDERED