| | |
|---|---|
| 1 | JOHN W. RALLS (CA Bar No. 148233)<br>RallsJ@howrey.com |
| 2 | JOHN A. FOUST (CA Bar No. 218824)<br>FoustJ@howrey.com |
| 3 | JOANNA ROSEN (CA Bar No. 244943)<br>RosenJ@howrey.com |
| 4 | HOWREY LLP<br>525 Market St., Suite 3600 |
| 5 | San Francisco, CA 94105<br>Tel. 415.848.4900 // Fax 415.848.4999 |
| 6 | |
| 7 | Attorneys for Defendants<br>DICK/MORGANTI, DICK CORPORATION, THE MORGANTI GROUP |
| 8 | J. MORROW OTIS (CA Bar No. 039311)<br>jmo@ocilaw.com |
| 9 | STEVEN L. IRIKI (CA Bar No. 142533)<br>sli@ocilaw.com |
| 10 | OTIS CANALI & IRIKI, LLP<br>625 Market St. 4th Fl. |
| 11 | San Francisco, CA 94105-3306<br>Tel. 415.362.4442 // Fax 415.362.7332 |
| 12 | |
| 13 | Attorneys for Third-Party Defendant<br>PERFORMANCE CONTRACTORS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 17-21 | UNITED STATES OF AMERICA for the Use and Benefit of WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS, and WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS,<br><br>Plaintiffs,<br>vs. | Case No.: 3:07-CV-02564-CRB<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE OPPOSITION AND REPLY IN CONNECTION WITH PERFORMANCE CONTRACTING, INC.'S MOTION TO DETERMINE WHICH PORTIONS OF CLAIM ARE PASS THROUGH AND WHICH ARE NOT PASS THROUGH |
| 22-26 | DICK/MORGANTI, a joint venture, DICK CORPORATION, THE MORGANTI GROUP, AMERICAN CASUALTY COMPANY OF READING, PA, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, , and DOES 1 through 10, inclusive,<br><br>Defendants. | Date:  January 23, 2009<br>Time:  10:00 a.m.<br>Judge: Hon. Charles R. Breyer<br>Place: Courtroom 8 |
| 27-28 | AND RELATED COUNTER-CLAIMS AND THIRD PARTY CLAIMS. | |

-2-

1   Pursuant to Civil Rule 6-2, Performance Contracting, Inc. ("PCI"), and Dick/Morganti, a
2   Joint Venture ("Dick/Morganti"), submit this stipulation to extend the time to file opposition and
3   reply papers in connection with a pending motion.
4   Whereas, PCI filed its Motion to Determine Which Portions of Claim Are Pass Through
5   and Which Are Not Pass Through ("PCI's Pass-Through Motion") on December 18, 2008, making
6   Dick/Morganti's opposition due on January 2, 2009, and PCI's reply due on January 9, 2009;
7   Whereas, counsel for Dick/Morganti was unavailable December 22, 2008 through
8   December 26, 2008, due to a pre-planned family vacation; and
9   Whereas Dick/Morganti's opposition will rely on declarations it has not yet been able to
10  obtain on account of the year-end holidays (including the fact that the offices of Dick Corp. are
11  closed from December 24, 2008 to January 5, 2009);
12  For these reasons, Dick/Morganti and PCI stipulate and agree that the following briefing
13  schedule should be established for PCI's Pass-Through Motion:
14      ➢ Deadline for Dick/Morganti's Opposition: January 8, 2009.
15      ➢ Deadline for PCI's Reply: January 15, 2009.
16      ➢ Hearing: January 23, 20009 (unchanged).
17  This extension of time will not otherwise affect the schedule for this case.
18  There have been prior time extensions in this case, including time extensions in connection
19  with case management conferences, but no prior time extensions in connection with PCI's
20  Pass-Through Motion.
21  ////
22  ////
23  ////
24  ////
25  ////
26  ////
27  ////
28  ////

1    A declaration in support of this stipulated request is attached.

3    Dated: December 29, 2008          OTIS CANALI & IRIKI

4                                      /s/
                                    By: _____
5                                      Steven L. Iriki
                                       Attorney for PERFORMANCE
6                                      CONTRACTING, INC.

8    Dated: December 29, 2008          HOWREY LLP

9                                      /s/
                                    By _____
10                                     John W. Ralls
                                       Attorneys for Defendant DICK/MORGANTI

12                              [PROPOSED] ORDER

13        PURSUANT TO STIPULATION, IT IS SO ORDERED.

14        Defendant Dick/Morganti's Opposition to PCI's Motion to Determine Which Portions of Claim Are Pass Through and Which Are Not Pass Through ("PCI's Pass-Through Motion") shall be due on January 8, 2009;

17        PCI's Reply in support of its Pass-Through Motion shall be due on January 15, 2009.

18        The scheduled hearing for PCI's Pass-Through Motion shall remain January 23, 2009, at 10:00 a.m. in Courtroom 8, in San Francisco.

21   Dated: january 06, 2009_____, ~~2008~~

                                    _____
                                    Hon. Charles R. Breyer
                                    IT IS SO ORDERED
                                    Judge Charles R. Breyer

-3-