| | |
|---|---|
| JOHN W. RALLS (CA Bar No. 148233) | STEVEN F. BROCKHAGE (CA Bar #101598) |
| RallsJ@howrey.com | sfb@smithbrock.com |
| JOHN FOUST (CA Bar No. 218824) | SMITH & BROCKHAGE, LLP |
| FoustJ@howrey.com | 3480 Buskirk Avenue, Suite 200 |
| JOANNA ROSEN (CA Bar No. 224943) | Pleasant Hill, CA 94523 |
| RosenJ@howrey.com | Tel. 925.296.0636 // Fax 925.296.0640 |
| HOWREY LLP | Attorneys for Third-Party Defendant |
| 525 Market Street, Suite 3600 | ROSENDIN ELECTRIC, INC. |
| San Francisco, CA 94105 | |
| Tel. 415.848.4900 // Fax 415.848.4999 | |
| Attorneys for Defendants | |
| DICK/MORGANTI, DICK CORPORATION | |
| and THE MORGANTI GROUP | |

ROGER PAUL HEYMAN (CA Bar #46798)
heyman@hdlawllp.com
21550 Oxnard Street, Suite 450
Woodland Hills, CA 91367
Tel: 818.703.9494 // 818.703.9495
Attorneys for Third-Party Defendants
PERMASTEELISA GROUP USA HOLDINGS
CORP. and PERMASTEELISA CLADDING
TECHNOLOGIES L.P.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA for the Use and Benefit of WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS, and WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS, | Case No.: 3:07-CV-02564-CRB |
| | [**PROPOSED**] ORDER CONTINUING CASE MANAGEMENT CONFERENCE |
| Plaintiffs,<br>vs. | Before:   Hon. Charles R. Breyer |
| DICK/MORGANTI, a joint venture, DICK CORPORATION, THE MORGANTI GROUP, AMERICAN CASUALTY COMPANY OF READING, PA, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and DOES 1 through 10, inclusive, | |
| Defendants. | |
| AND RELATED COUNTER-CLAIMS AND THIRD PARTY CLAIMS. | |

DM_US:21814780_1

[Proposed] Order Continuing Case Management Conference                No.: 3:07-CV-02564-CRB

1  **ORDER**

2  In response to the Stipulated Request to Continue Case Management Conference, filed
3  with this Court on January 19, 2009 [Docket Item No. 182], and good cause having been shown,
4  the Court hereby resets the Case Management Conference (previously scheduled for January 23,
5  2009) for _____March 20_____, 2009, at _8:30 a.m.___, in Courtroom 8, of this Court.

6  IT IS SO ORDERED.

7

8  Dated: _____January 22__, 2009

9  _____
   Honorable Charles R. Breyer

IT IS SO ORDERED
Judge Charles R. Breyer