| | | |
|---|---|---|
| 1 | JOHN W. RALLS (CA Bar No. 148233) <br> RallsJ@howrey.com | RICHARD T. BOWLES (CA Bar #46234) <br> rbowles@bowlesverna.com |
| 2 | JOHN FOUST (CA Bar No. 218824) <br> FoustJ@howrey.com | KENNETH G. JONES (CA Bar #196868) <br> kjones@bowlesverna.com |
| 3 | JOANNA ROSEN (CA Bar No. 224943) <br> RosenJ@howrey.com | WILLIAM T. NAGLE (CA Bar #180162) <br> wnagle@bowlesverna.com |
| 4 | HOWREY LLP <br> 525 Market Street, Suite 3600 | MICHAEL P. CONNOLLY (CA Bar #238478) <br> mconnolly@bowlesverna.com |
| 5 | San Francisco, CA  94105 <br> Tel. 415.848.4900 // Fax 415.848.4999 | BOWLES & VERNA LLP <br> 2121 N. California Boulevard, Suite 875 |
| 6 | Attorneys for Defendants <br> DICK/MORGANTI, DICK CORPORATION | Walnut Creek, California  94596 <br> Tel. 925.935.3300 // Fax 925.935.0371 |
| 7 | andTHE MORGANTI GROUP | Attorneys for Plaintiff WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS |
| 8 | J. MORROW OTIS (CA Bar #039311) | |
| 9 | jmo@ocilaw.com <br> STEVEN L. IRIKI (CA Bar #142533) | ROGER PAUL HEYMAN (CA Bar #46798) <br> heyman@hdlawllp.com |
| 10 | sli@ocilaw.com <br> OTIS CANLI & IRIKI, LLP | 21550 Oxnard Street, Suite 450 <br> Woodland Hills, CA 91367 |
| 11 | 625 Market Street, 4th Floor <br> San Francisco, CA  94105–3306 | Tel: 818.703.9494 // 818.703.9495 <br> Attorneys for Third-Party Defendants |
| 12 | Tel. 415.363.4442 // Fax 415.362.7332 <br> Attorneys for Third-Party Defendants | PERMASTEELISA GROUP USA HOLDINGS CORP. and PERMASTEELISA |
| 13 | PERFORMANCE CONTRACTING, INC. | CLADDING TECHNOLOGIES L.P. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA for the Use and Benefit of WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS, and WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS, <br><br> Plaintiffs, <br><br> vs. <br><br> DICK/MORGANTI, a joint venture, DICK CORPORATION, THE MORGANTI GROUP, AMERICAN CASUALTY COMPANY OF READING, PA, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and DOES 1 through 10, inclusive, <br><br> Defendants. <br><br> AND RELATED COUNTER-CLAIMS AND THIRD PARTY CLAIMS. | Case No.: 3:07-CV-02564-CRB <br><br> **JOINT REQUEST AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** <br><br> Date: March 20, 2009 <br> Time: 10:00 a.m. <br> Place: Courtroom 8 <br><br> Before: Hon. Charles R. Breyer |

Defendants DICK/MORGANTI, DICK CORPORATION, and THE MORGANTI GROUP ("D/M"); Plaintiff WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS ("Webcor"); and Third-Party Defendants PERMASTEELISA CLADDING TECHNOLOGIES L.P., and PERMASTEELISA GROUP USA HOLDINGS CORP. (together, "Permasteelisa"); and PERFORMANCE CONTRACTING, INC. ("PCI") respectfully submit this request for continuance of the March 19, 2009 Case Management Conference.

Under the circumstances, D/M, Webcor, Permasteelisa, and PCI respectfully request that the March 20, 2009 case management conference be further continued **approximately 45 days**, to a date to be set by the Court.

Dated: March 19, 2009         HOWREY LLP

                              /s/
                              By _____
                              John W. Ralls
                              John Foust
                              Attorneys for Defendants
                              DICK/MORGANTI, DICK CORPORATION, and
                              THE MORGANTI GROUP

Dated: March 19, 2009         BOWLES & VERNA LLP

                              /s/
                              By _____
                              Kenneth G. Jones
                              Michael Connolly
                              Attorneys for Plaintiff WEBCOR
                              CONSTRUCTION, INC. dba WEBCOR BUILDERS

Dated: March 19, 2009         OTIS CANLI & IRIKI, LLP

                              /s/
                              By _____
                              Steven L. Iriki
                              Attorneys for Third-Party Defendant
                              PERFORMANCE CONTRACTING, INC.

Dated: March 19, 2009         ROGER PAUL HEYMAN

                              /s/
                              By _____
                              Roger Paul Heyman
                              Attorneys for Third-Party Defendants
                              PERMASTEELISA CLADDING TECHNOLOGIES
                              L.P., and PERMASTEELISA GROUP USA
                              HOLDINGS CORP.

1 **ORDER**

2  In response to the Joint Request to Continue Case Management Conference, and good
3 cause having been shown, the Court hereby resets the Case Management Conference, previously
4 scheduled for March 20, 2009) for _____May 1,_____, 2009, at __8:30 a.m._____, in
5 Courtroom 8, of this Court.

6  IT IS SO ORDERED.

7

8 Dated: _____March 20____, 2009

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA