| | |
|---|---|
| 1 | JOHN W. RALLS (CA Bar No. 148233) |
| | RallsJ@howrey.com |
| 2 | JOHN FOUST (CA Bar No. 218824) |
| | FoustJ@howrey.com |
| 3 | JOANNA ROSEN (CA Bar No. 224943) |
| | RosenJ@howrey.com |
| 4 | HOWREY LLP |
| | 525 Market Street, Suite 3600 |
| 5 | San Francisco, CA  94105-2708 |
| | Tel. 415.848.4900 // Fax 415.848.4999 |
| 6 | |
| | Attorneys for Defendants |
| 7 | DICK/MORGANTI, DICK CORPORATION, |
| | and THE MORGANTI GROUP |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA for the Use and Benefit of WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS, and WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS, | Case No.: 3:07-CV-02564-CRB |
| | **STIPULATION AND [PROPOSED] ORDER FURTHER EXTENDING TIME TO FILE ANSWER** |
| Plaintiffs, | |
| vs. | Before:   Hon. Charles R. Breyer |
| DICK/MORGANTI, a joint venture, DICK CORPORATION, THE MORGANTI GROUP, AMERICAN CASUALTY COMPANY OF READING, PA, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and DOES 1 through 10, inclusive, | |
| Defendants. | |
| AND RELATED COUNTER-CLAIMS AND THIRD PARTY CLAIMS. | |

Pursuant to Local Civil Rule 6-2, Defendants, Counter-Claimants, and Third Party Complainants DICK/MORGANTI, DICK CORPORATION, and THE MORGANTI GROUP (together, "D/M") and Plaintiff WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS ("Webcor") hereby stipulate and agree that the deadline for D/M to file an answer to Webcor's complaint, as well as the time for D/M to file a counterclaim, if any, be further extended to **April 17, 2009**. The parties and their representatives continue to meet and discuss various issues,

1  including how Webcor's claims will be addressed at the upcoming mediations with the Project
2  owner. In the meantime, the parties prefer to avoid spending time on litigation activities and
3  filings in the case, and therefore stipulate to this further extension of time.
4     The time for D/M to file an answer to Webcor's complaint and the time for D/M to file a
5  counterclaim has been extended several times before. Additionally, there have been other time
6  extensions in this case, including time extensions in connection with case management
7  conferences.
8     A declaration in support of this stipulated request is attached.
9
10 Dated: March 19, 2009                    HOWREY LLP
                                            525 Market Street, Suite 3600
11                                          San Francisco, California 94105
                                            Tel. 415.848.4900 // Fax 415.848.4999
12
13                                          By: _____
                                            John W. Ralls
14                                          John Foust
                                            Attorneys for Defendants, Counter-Claimants
15                                          and Third Party Complainants
                                            DICK/MORGANTI, DICK CORPORATION,
16                                          and THE MORGANTI GROUP
17
18
19 Dated: March 19, 2009                    BOWLES & VERNA LLP
                                            2121 N. California Boulevard, Suite 875
20                                          Walnut Creek, California 94596
                                            Tel. 925.935.3300 // Fax 925.935.0371
21
22                                          By: _____
                                            Kenneth G. Jones
23                                          Michael Connolly
                                            Attorneys for Plaintiff
24                                          WEBCOR CONSTRUCTION, INC. dba
                                            WEBCOR BUILDERS
25
26
27
28

**ORDER**

The deadline for Defendants, Counter-Claimants, and Third Party Complainants DICK/MORGANTI, DICK CORPORATION, and THE MORGANTI GROUP (together, "D/M") to file an answer to the complaint of Plaintiff WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS ("Webcor"), as well as the time for D/M to file a counterclaim, if any, is further extended to **April 17, 2009**.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March 20, 2009

Hon. Charles R. Breyer

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# DECLARATION OF JOHN FOUST

I, John Foust, declare:

1. I am an attorney associated with Howrey LLP and counsel of record for Defendants, Counter-Claimants, and Third Party Complainants DICK/MORGANTI, DICK CORPORATION, and THE MORGANTI GROUP (together, "D/M").

2. Plaintiff WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS ("Webcor"), on the one hand, and D/M, on the other, have agreed to continue to discuss various issues, including how Webcor's claims will be addressed at the upcoming mediations with the Project owner. In the meantime, the parties prefer to avoid spending time on litigation activities and filings in this case. Therefore, the parties have stipulated and agreed to extend the deadline for D/M to file an answer to Webcor's complaint, as well as the time for D/M to file a counterclaim, if any, to April 17, 2009.

3. The parties have previously stipulated, and the Court has previously allowed, three extensions for the response to the complaint and counterclaim. Additionally, there have been other time extensions in this case, including time extensions in connection with case management conferences.

I declare under penalty of perjury under the law of the United States that the foregoing is true and correct.

Executed on March 19, 2009, in San Francisco, California.

_____
John Foust