JOHN W. RALLS (CA Bar No. 148233)
RallsJ@howrey.com
JOHN FOUST (CA Bar No. 218824)
FoustJ@howrey.com
JOANNA ROSEN (CA Bar No. 224943)
RosenJ@howrey.com
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, CA  94105-2708
Tel. 415.848.4900 // Fax 415.848.4999

Attorneys for Defendants
DICK/MORGANTI, DICK CORPORATION,
and THE MORGANTI GROUP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA for the Use and Benefit of WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS, and WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS,<br><br>          Plaintiffs,<br>     vs.<br><br>DICK/MORGANTI, a joint venture, DICK CORPORATION, THE MORGANTI GROUP, AMERICAN CASUALTY COMPANY OF READING, PA, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and DOES 1 through 10, inclusive,<br><br>          Defendants. | Case No.: 3:07-CV-02564-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER FURTHER EXTENDING TIME TO FILE ANSWER AND COUNTERCLAIM**<br><br>Before:   Hon. Charles R. Breyer |
| AND RELATED COUNTER-CLAIMS AND THIRD PARTY CLAIMS. | |

Pursuant to Local Civil Rule 6-2, Defendants, Counter-Claimants, and Third Party Complainants DICK/MORGANTI, DICK CORPORATION, and THE MORGANTI GROUP (together, "D/M") and Plaintiff WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS ("Webcor") hereby stipulate and agree that the deadline for D/M to file an answer to Webcor's

1  complaint, as well as the time for D/M to file a counterclaim, if any, be further extended to
2  **May 29, 2009**. The parties and their representatives continue to meet and discuss various issues,
3  including how Webcor's claims will be addressed at the upcoming mediations with the Project
4  owner. In the meantime, the parties prefer to avoid spending time on litigation activities and
5  filings in the case, and therefore stipulate to this further extension of time.
6      The time for D/M to file an answer to Webcor's complaint and the time for D/M to file a
7  counterclaim has been extended four times before. Additionally, there have been other time
8  extensions in this case, including time extensions in connection with case management
9  conferences.
10     A declaration in support of this stipulated request is attached.

12 Dated: April 14, 2009

HOWREY LLP
525 Market Street, Suite 3600
San Francisco, California 94105
Tel. 415.848.4900 // Fax 415.848.4999

By: _____
John W. Ralls
John Foust
Attorneys for Defendants, Counter-Claimants
and Third Party Complainants
DICK/MORGANTI, DICK CORPORATION,
and THE MORGANTI GROUP

21 Dated: April 14, 2009

BOWLES & VERNA LLP
2121 N. California Boulevard, Suite 875
Walnut Creek, California 94596
Tel. 925.935.3300 // Fax 925.935.0371

By: _____
Kenneth G. Jones
Michael P. Connolly
Attorneys for Plaintiff
WEBCOR CONSTRUCTION, INC. dba
WEBCOR BUILDERS

1 **ORDER**

2   The deadline for Defendants, Counter-Claimants, and Third Party Complainants
3 DICK/MORGANTI, DICK CORPORATION, and THE MORGANTI GROUP (together, "D/M")
4 to file an answer to the complaint of Plaintiff WEBCOR CONSTRUCTION, INC. dba WEBCOR
5 BUILDERS ("Webcor"), as well as the time for D/M to file a counterclaim, if any, is further
6 extended to May 29, 2009.

7   PURSUANT TO STIPULATION, IT IS SO ORDERED.

9 Dated: _____ April 15 ___, 2009

10   _____
    Hon. Charles R. Breyer
11   United States District Court

*IT IS SO ORDERED*
*Judge Charles R. Breyer*