| | |
|---|---|
| JOHN W. RALLS (CA Bar No. 148233) <br> RallsJ@howrey.com <br> JOHN FOUST (CA Bar No. 218824) <br> FoustJ@howrey.com <br> HOWREY LLP <br> 525 Market Street, Suite 3600 <br> San Francisco, CA 94105 <br> Tel. 415.848.4900 // Fax 415.848.4999 <br> Attorneys for Defendants <br> DICK/MORGANTI, DICK CORPORATION and THE MORGANTI GROUP | RICHARD T. BOWLES (CA Bar #46234) <br> rbowles@bowlesverna.com <br> KENNETH G. JONES (CA Bar #196868) <br> kjones@bowlesverna.com <br> MICHAEL P. CONNOLLY (CA Bar #238478) <br> mconnolly@bowlesverna.com <br> BOWLES & VERNA LLP <br> 2121 N. California Boulevard, Suite 875 <br> Walnut Creek, California 94596 <br> Tel. 925.935.3300 // Fax 925.935.0371 <br> Attorneys for Plaintiff WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS |
| ROGER PAUL HEYMAN (CA Bar #46798) <br> heyman@hdlawllp.com <br> 21550 Oxnard Street, Suite 450 <br> Woodland Hills, CA 91367 <br> Tel: 818.703.9494 // 818.703.9495 <br> Attorneys for Third-Party Defendants <br> PERMASTEELISA GROUP USA HOLDINGS CORP. and PERMASTEELISA CLADDING TECHNOLOGIES L.P. | STEVEN F. BROCKHAGE (CA Bar #101598) <br> sfb@smithbrock.com <br> SMITH & BROCKHAGE, LLP <br> 3480 Buskirk Avenue, Suite 200 <br> Pleasant Hill, CA 94523 <br> Tel. 925.296.0636 // Fax 925.296.0640 <br> Attorneys for Third-Party Defendant <br> ROSENDIN ELECTRIC, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA for the Use and Benefit of WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS, and WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS, <br><br> Plaintiffs, <br><br> vs. <br><br> DICK/MORGANTI, a joint venture, DICK CORPORATION, THE MORGANTI GROUP, AMERICAN CASUALTY COMPANY OF READING, PA, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and DOES 1 through 10, inclusive, <br><br> Defendants. <br><br> AND RELATED COUNTER-CLAIMS AND THIRD PARTY CLAIMS. | Case No.: 3:07-CV-02564-CRB <br><br> **JOINT REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE OF DICK/MORGANTI (JOINED IN BY DICK/MORGANTI, ROSENDIN, WEBCOR, AND PERMASTEELISA); [PROPOSED] ORDER** <br><br> Date:  May 1, 2009 <br> Time:  8:30 a.m. <br> Place:  Courtroom 8 <br><br> Before:  Hon. Charles R. Breyer |

DICK/MORGANTI, DICK CORPORATION, and THE MORGANTI GROUP (together, "D/M"), ROSENDIN ELECTRIC, INC. ("Rosendin"), PERMASTEELISA CLADDING TECHNOLOGIES L.P., and PERMASTEELISA GROUP USA HOLDINGS CORP. (together, "Permasteelisa"), and WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS ("Webcor") respectfully submit this request for continuance of the May 1, 2009 Case Management Conference.

The claims of Webcor and Permasteelisa have been submitted to the General Services Administration, and the claim of Rosendin will be submitted any day. In addition, various change order requests are being discussed and negotiated with the GSA.

Under the circumstances, D/M, Rosendin, Permasteelisa, and Webcor respectfully suggest that the May 1, 2009 case management conference be continued approximately 30 days, to a date to be set by the Court.

PERFORMANCE CONTRACTING INC. does not join in this request.

Dated:  April 24, 2009        HOWREY LLP

                              By  /s/
                              _____
                              John W. Ralls
                              Attorneys for Defendants
                              DICK/MORGANTI, DICK CORPORATION, and
                              THE MORGANTI GROUP

Dated:  April 24, 2009        SMITH & BROCKHAGE, LLP

                              By  /s/
                              _____
                              Steven F. Brockhage
                              Attorneys for Third-Party Defendant
                              ROSENDIN ELECTRIC, INC.

Dated:  April 24, 2009        HEYMAN DENSMORE LLP

                              By  /s/
                              _____
                              Roger Paul Heyman
                              Attorneys for Third-Party Defendants
                              PERMASTEELISA CLADDING TECHNOLOGIES
                              L.P., and PERMASTEELISA GROUP USA
                              HOLDINGS CORP.

1  Dated: April 27, 2009            BOWLES & VERNA LLP

2                                                    /s/
                                   By _____
3                                      Kenneth G. Jones
                                       Michael P. Connolly
4                                      Attorneys for Plaintiff WEBCOR
                                       CONSTRUCTION, INC. dba WEBCOR BUILDERS

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  **[PROPOSED] ORDER**

2  PURSUANT TO STIPULATION, IT IS SO ORDERED.

3  The Court hereby resets the Case Management Conference (previously scheduled for

4  May 1, 2009) for _____ June 19 __, 2009, at __8:30 a.m.__, in Courtroom 8, of this Court.

5  IT IS SO ORDERED.

7  Dated: _____ April 28 __, 2009

_____
Hon. Charles R. Breyer
United States District Court
Northern District of California

IT IS SO ORDERED
Judge Charles R. Breyer