JOHN W. RALLS (CA Bar No. 148233)
RallsJ@howrey.com
JOHN FOUST (CA Bar No. 218824)
FoustJ@howrey.com
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, CA  94105-2708
Tel. 415.848.4900 // Fax 415.848.4999

Attorneys for Defendants
DICK/MORGANTI, DICK CORPORATION,
and THE MORGANTI GROUP

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA for the Use and Benefit of WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS, and WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS,<br><br>Plaintiffs,<br><br>vs.<br><br>DICK/MORGANTI, a joint venture, DICK CORPORATION, THE MORGANTI GROUP, AMERICAN CASUALTY COMPANY OF READING, PA, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 3:07-CV-02564-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER FURTHER EXTENDING TIME TO FILE ANSWER AND COUNTERCLAIM**<br><br>Before:    Hon. Charles R. Breyer |
| AND RELATED COUNTER-CLAIMS AND THIRD PARTY CLAIMS. | |

Pursuant to Local Civil Rule 6-2, Defendants, Counter-Claimants, and Third Party Complainants DICK/MORGANTI, DICK CORPORATION, and THE MORGANTI GROUP (together, "D/M") and Plaintiff WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS ("Webcor") hereby stipulate and agree that the deadline for D/M to file an answer to Webcor's complaint, as well as the time for D/M to file a counterclaim, if any, be further extended from

1  May 29, 2009, to **July 13, 2009**. The parties and their representatives continue to meet and
2  discuss various issues, including how Webcor's claims will be addressed at the upcoming
3  mediations with the Project owner. In the meantime, the parties prefer to avoid spending time on
4  litigation activities and filings in the case, and therefore stipulate to this further extension of time.
5     The time for D/M to file an answer to Webcor's complaint and the time for D/M to file a
6  counterclaim has been extended several times before. Additionally, there have been other time
7  extensions in this case, including time extensions in connection with case management
8  conferences.
9     A declaration in support of this stipulated request is attached.

11  Dated: May 28, 2009

    HOWREY LLP
    525 Market Street, Suite 3600
    San Francisco, California 94105
    Tel. 415.848.4900 // Fax 415.848.4999

    By: _____
        John W. Ralls
        John Foust
        Attorneys for Defendants, Counter-Claimants
        and Third Party Complainants
        DICK/MORGANTI, DICK CORPORATION,
        and THE MORGANTI GROUP

19
20  Dated: May __, 2009

    BOWLES & VERNA LLP
    2121 N. California Boulevard, Suite 875
    Walnut Creek, California 94596
    Tel. 925.935.3300 // Fax 925.935.0371

    By: _____
        Kenneth G. Jones
        Michael P. Connolly
        Attorneys for Plaintiff
        WEBCOR CONSTRUCTION, INC. dba
        WEBCOR BUILDERS

**ORDER**

The deadline for Defendants, Counter-Claimants, and Third Party Complainants DICK/MORGANTI, DICK CORPORATION, and THE MORGANTI GROUP (together, "D/M") to file an answer to the complaint of Plaintiff WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS ("Webcor"), as well as the time for D/M to file a counterclaim, if any, is further extended from May 29, 2009, to **July 13, 2009**.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____ June 1 ____, 2009

_____
Hon. Charles R. Breyer
United States District Court
Northern District of California

*IT IS SO ORDERED*
Judge Charles R. Breyer