| | |
|---|---|
| JOHN W. RALLS (CA Bar No. 148233)<br>RallsJ@howrey.com<br>JOHN FOUST (CA Bar No. 218824)<br>FoustJ@howrey.com<br>HOWREY LLP<br>525 Market Street, Suite 3600<br>San Francisco, CA 94105<br>Tel. 415.848.4900 // Fax 415.848.4999<br>Attorneys for Defendants<br>DICK/MORGANTI, DICK CORPORATION and THE MORGANTI GROUP<br><br>RICHARD T. BOWLES (CA Bar #46234)<br>rbowles@bowlesverna.com<br>KENNETH G. JONES (CA Bar #196868)<br>kjones@bowlesverna.com<br>BOWLES & VERNA LLP<br>2121 N. California Boulevard, Suite 875<br>Walnut Creek, California 94596<br>Tel. 925.935.3300 // Fax 925.935.0371<br>Attorneys for Plaintiff WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS | STEVEN L. IRIKI (CA BAR #142533)<br>sli@ocilaw.com<br>OTIS CANLI & IRIKI, LLP<br>625 MARKET STREET, 4TH FLOOR<br>San Francisco, CA 94105<br>Tel. 415.362.4442 // Fax 415.362.7332<br>Attorneys for Third Party Defendant<br>PERFORMANCE CONTRACTING INC.<br><br>ROGER PAUL HEYMAN (CA Bar #46798)<br>heyman@hdlawllp.com<br>HEYMAN DENSMORE LLP<br>21550 Oxnard Street, Suite 450<br>Woodland Hills, CA 91367<br>Tel: 818.703.9494 // 818.703.9495<br>Attorneys for Third-Party Defendants<br>PERMASTEELISA GROUP, ETC., ET AL.<br><br>STEVEN F. BROCKHAGE (CA Bar #101598)<br>sfb@smithbrock.com<br>SMITH & BROCKHAGE, LLP<br>3480 Buskirk Avenue, Suite 200<br>Pleasant Hill, CA 94523<br>Tel. 925.296.0636 // Fax 925.296.0640<br>Attorneys for Third-Party Defendant<br>ROSENDIN ELECTRIC, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA for the Use and Benefit of WEBCOR CONSTRUCTION, ETC.<br><br>                    Plaintiffs,<br>    vs.<br><br>DICK/MORGANTI, ETC., ET AL.,<br><br>                    Defendants.<br><br>AND RELATED COUNTER-CLAIMS AND THIRD PARTY CLAIMS. | Case No.: 3:07-CV-02564-CRB<br><br>**JOINT REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE CURRENTLY SCHEDULED FOR JUNE 19, 2009; [PROPOSED] ORDER**<br><br>Date:    June 19, 2009<br>Time:   8:30 a.m.<br>Place:   Courtroom 8<br><br>Before:  Hon. Charles R. Breyer |

All of the active parties in the case, DICK/MORGANTI, DICK CORPORATION, and

THE MORGANTI GROUP (together, "D/M"), PERFORMANCE CONTRACTING INC.

("PCI"), ROSENDIN ELECTRIC, INC. ("Rosendin"), PERMASTEELISA CLADDING

TECHNOLOGIES L.P., and PERMASTEELISA GROUP USA HOLDINGS CORP. (together, "Permasteelisa"), and WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS ("Webcor"), respectfully submit this request for continuance of the June 19, 2009 Case Management Conference to July 10, 2009. This request is made to accommodate the vacation schedules of counsel.

Dated: June 9, 2009        HOWREY LLP

                           By /s/
                              _____
                              John W. Ralls
                              Attorneys for Defendants
                              DICK/MORGANTI, DICK CORPORATION, and
                              THE MORGANTI GROUP

Dated: June 10, 2009       OTIS CANLI & IRIKI, LLP

                           By /s/
                              _____
                              Steven L. Iriki
                              Attorneys for Third-Party Defendant
                              PERFORMANCE CONTRACTING, INC.

Dated: June 9, 2009        SMITH & BROCKHAGE, LLP

                           By /s/
                              _____
                              Steven F. Brockhage
                              Attorneys for Third-Party Defendant
                              ROSENDIN ELECTRIC, INC.

Dated: June 9, 2009        HEYMAN DENSMORE LLP

                           By /s/
                              _____
                              Roger Paul Heyman
                              Attorneys for Third-Party Defendants
                              PERMASTEELISA CLADDING TECHNOLOGIES
                              L.P., and PERMASTEELISA GROUP USA
                              HOLDINGS CORP.

Dated: June 9, 2009        BOWLES & VERNA LLP

                           By /s/
                              _____
                              Kenneth G. Jones
                              Attorneys for Plaintiff WEBCOR
                              CONSTRUCTION, INC. dba WEBCOR BUILDERS

1 **[PROPOSED] ORDER**

2      PURSUANT TO STIPULATION, IT IS SO ORDERED.

3      The Court hereby resets the Case Management Conference (previously scheduled for June

4 19, 2009) for July 10, 2009, at 8:30 a.m., in Courtroom 8, of this Court.

5      IT IS SO ORDERED.

7 Dated: _____ June 15 __, 2009

8 _____
  Hon. Charles R. Breyer
  United States District Court
  Northern District of California

*IT IS SO ORDERED*
Judge Charles R. Breyer