1  GREGG N. DULIK (CA Bar No. 124221)
   Gregg.dulik@sdma.com
2  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   One Market Plaza Steuart Tower 8th Floor
3  San Francisco, CA  94105
   Tel. 415.781.7900 // Fax 415.781.2635
4
   Attorneys for Defendants AMERICAN CASUALTY
5  COMPANY OF READING, PA, and NATIONAL UNION
   FIRE INSURANCE COMPANY OF PITTSBURGH, PA
6

7                    UNITED STATES DISTRICT COURT

8        NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

9

10  UNITED STATES OF AMERICA for the Use       Case No.: 3:07-CV-02564-CRB
    and Benefit of WEBCOR CONSTRUCTION,
11  INC. dba WEBCOR BUILDERS, and              [PROPOSED] ORDER APPROVING
    WEBCOR CONSTRUCTION, INC. dba              SUBSTITUTION OF COUNSEL
12  WEBCOR BUILDERS,
                                               Judge:  Hon. Charles R. Breyer
13                    Plaintiffs,
                  vs.
14

15  DICK/MORGANTI, a joint venture, DICK
    CORPORATION, THE MORGANTI
16  GROUP, AMERICAN CASUALTY
    COMPANY OF READING, PA, NATIONAL
17  UNION FIRE INSURANCE COMPANY OF
    PITTSBURGH, PA, and DOES 1 through 10,
18  inclusive,

19                    Defendants.

20
    AND RELATED COUNTER-CLAIMS AND
21  THIRD PARTY CLAIMS.

22
            Pursuant to Defendant American Casualty Company of Reading, PA, and National Union
23
    Fire Insurance Company of Pittsburgh's Substitution of Counsel filed on July 21, 2009:
24
            IT IS HEREBY ORDERED that defendant American Casualty Company of Reading, PA,
25
    and National Union Fire Insurance Company of Pittsburgh's substitution of counsel is granted, and
26
    Sedgwick, Detert, Moran & Arnold LLP and are now attorneys of record for defendant American
27
    Casualty Company of Reading, PA, and National Union Fire Insurance Company of Pittsburgh's
28

1   IT IS SO ORDERED.

2   Dated: _____July 22_____, 2009

3



Honorable Cl...

IT IS SO ORDERED

Judge Charles R. Breyer

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28