| | |
|---|---|
| JOHN W. RALLS (CA Bar No. 148233)<br>RallsJ@howrey.com<br>JOHN FOUST (CA Bar No. 218824)<br>FoustJ@howrey.com<br>HOWREY LLP<br>525 Market Street, Suite 3600<br>San Francisco, CA 94105-2708<br>Tel. 415.848.4900 // Fax 415.848.4999<br><br>Attorneys for Defendants<br>DICK/MORGANTI, DICK CORPORATION,<br>and THE MORGANTI GROUP | |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA for the Use and Benefit of WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS, and WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS,<br><br>              Plaintiffs,<br>vs.<br><br>DICK/MORGANTI, a joint venture, DICK CORPORATION, THE MORGANTI GROUP, AMERICAN CASUALTY COMPANY OF READING, PA, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and DOES 1 through 10, inclusive,<br><br>              Defendants. | Case No.: 3:07-CV-02564-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER FURTHER EXTENDING TIME TO FILE ANSWER AND COUNTERCLAIM**<br><br>Before:   Hon. Charles R. Breyer |
| AND RELATED COUNTER-CLAIMS AND THIRD PARTY CLAIMS. | |

Pursuant to Local Civil Rule 6-2, Defendants, Counter-Claimants, and Third Party Complainants DICK/MORGANTI, DICK CORPORATION, and THE MORGANTI GROUP (together, "D/M") and Plaintiff WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS ("Webcor") hereby stipulate and agree that the deadline for D/M to file an answer to Webcor's complaint, as well as the time for D/M to file a counterclaim, if any, be further extended by 31

days from **September 18, 2009**, to **October 19, 2009**. The parties and their representatives continue to meet and discuss various issues, including how Webcor's claims will be addressed at the upcoming mediations with the Project owner. In the meantime, the parties prefer to avoid spending time on litigation activities and filings in the case, and therefore stipulate to this further extension of time.

The time for D/M to file an answer to Webcor's complaint and the time for D/M to file a counterclaim has been extended several times before. Additionally, there have been other time extensions in this case, including time extensions in connection with case management conferences.

A declaration in support of this stipulated request is attached.

Dated: September 18, 2009

HOWREY LLP
525 Market Street, Suite 3600
San Francisco, California 94105
Tel. 415.848.4900 // Fax 415.848.4999

By: __/s/_____
John W. Ralls
John Foust
Attorneys for Defendants, Counter-Claimants
and Third Party Complainants
DICK/MORGANTI, DICK CORPORATION,
and THE MORGANTI GROUP

Dated: September ___, 2009

BOWLES & VERNA LLP
2121 N. California Boulevard, Suite 875
Walnut Creek, California 94596
Tel. 925.935.3300 // Fax 925.935.0371

By: _____
Kenneth G. Jones
Michael P. Connolly
Attorneys for Plaintiff
WEBCOR CONSTRUCTION, INC. dba
WEBCOR BUILDERS

days from **September 18, 2009**, to **October 19, 2009**. The parties and their representatives continue to meet and discuss various issues, including how Webcor's claims will be addressed at the upcoming mediations with the Project owner. In the meantime, the parties prefer to avoid spending time on litigation activities and filings in the case, and therefore stipulate to this further extension of time.

The time for D/M to file an answer to Webcor's complaint and the time for D/M to file a counterclaim has been extended several times before. Additionally, there have been other time extensions in this case, including time extensions in connection with case management conferences.

A declaration in support of this stipulated request is attached.

Dated: September ___, 2009

HOWREY LLP
525 Market Street, Suite 3600
San Francisco, California 94105
Tel. 415.848.4900 // Fax 415.848.4999

By: _____
John W. Ralls
John Foust
Attorneys for Defendants, Counter-Claimants
and Third Party Complainants
DICK/MORGANTI, DICK CORPORATION,
and THE MORGANTI GROUP

Dated: September 17, 2009

BOWLES & VERNA LLP
2121 N. California Boulevard, Suite 875
Walnut Creek, California 94596
Tel. 925.935.3300 // Fax 925.935.0371

By: _____
Kenneth G. Jones
Michael P. Connolly
Attorneys for Plaintiff
WEBCOR CONSTRUCTION, INC. dba
WEBCOR BUILDERS

DM_US:22391244_1

-2-

Stipulation and Proposed Order Further Extending Time to File Answer — Case No.: 3:07-CV-02564-CRB

# ORDER

The deadline for Defendants, Counter-Claimants, and Third Party Complainants DICK/MORGANTI, DICK CORPORATION, and THE MORGANTI GROUP (together, "D/M") to file an answer to the complaint of Plaintiff WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS ("Webcor"), as well as the time for D/M to file a counterclaim, if any, is further extended by 31 days from **September 18, 2009**, to **October 19, 2009**.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: Sept. 21, 2009



Hon. Charles R. Breyer
United States District Court
Northern District of California

# DECLARATION OF JOHN FOUST

I, John Foust, declare:

1. I am an attorney with Howrey LLP and counsel of record for Defendants, Counter-Claimants, and Third Party Complainants DICK/MORGANTI, DICK CORPORATION, and THE MORGANTI GROUP (together, "D/M").

2 Plaintiff WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS ("Webcor"), on the one hand, and D/M, on the other, have agreed to continue to discuss various issues relating to the presentation of Webcor's claims at the upcoming mediations with the Project owner. In the meantime, the parties prefer to avoid spending time on litigation activities and filings in this case. Therefore, the parties have stipulated and agreed to extend the deadline for D/M to file an answer to Webcor's complaint, as well as the time for D/M to file a counterclaim, if any, by 31 days, from September 18, 2009, to October 19, 2009.

3. The parties have previously stipulated, and the Court has previously allowed, eight extensions for the response to the complaint and counterclaim. Additionally, there have been other time extensions in this case, including time extensions in connection with case management conferences.

I declare under penalty of perjury under the law of the United States that the foregoing is true and correct.

Executed on September 18, 2009, in San Francisco, California.

                                      /s/
                               John Foust