J. Morrow Otis (CSB #039311)
Steven L. Iriki (CSB # 142533)
Matthew E. McCabe (CSB #136541)
OTIS CANLI & IRIKI, LLP
625 Market St., 4th Floor
San Francisco, CA 94105-3306
Telephone: (415) 362-4442
Facsimile: (415) 362-7332
E-mail: jmo@ocilaw.com

Attorneys for Third-Party Defendant
PERFORMANCE CONTRACTING, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS, and WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS,<br><br>Plaintiffs,<br><br>vs.<br><br>DICK/MORGANTI, a joint venture; DICK CORPORATION; THE MORGANTI GROUP; AMERICAN CASUALTY COMPANY OF READING, PENNSYLVANIA; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 3:07-CV-02564-CRB<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE<br><br>JUDGE: Hon. Charles R. Breyer<br>(Courtroom 8) |
| AMERICAN CASUALTY COMPANY OF READING, PA; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,<br><br>Third-Party Plaintiffs, | |

-1-

| | |
|---|---|
| 1 | vs. |
| 2 | BOYETT CONSTRUCTION, INC., a California corporation; MARELICH MECHANICAL CO., INC., a California corporation; PERFORMANCE CONTRACTING GROUP, INC. dba PERFORMANCE CONTRACTING, INC., a Delaware corporation; PERMASTEELISA GROUP USA HOLDINGS CORP., a Delaware corporation fdba PERMASTEELIS CLADDING TECHNOLOGIES L.P., a Delaware limited partnership, fdba PERMASTEELISA CLADDING TECHNOLOGIES, LTD.; ROSENDIN ELECTRIC, INC., a California corporation; THIRD PARTY DOE DEFENDANTS 1 THROUGH 20. |
| 10 | Third Party Defendants. |

Pursuant to Local Civil Rule 6-2, Defendants DICK/MORGANTI, DICK CORPORATION, and THE MORGANTI GROUP (collectively "D/M") and Plaintiff PERFORMANCE CONTRACTING, INC. ("PCI") hereby stipulate and agree to continue the status conference in this case from November 20, 2009 to December 11, 2009 at 8:30 a.m.

IT IS SO STIPULATED.

Dated: October 26, 2009

OTIS CANLI & IRIKI, LLP

By: _____
Steven Iriki

Attorneys for Plaintiff and Third-Party Defendant
PERFORMANCE CONTRACTING, INC.

---

STIPULATION AND ORDER CONTINUING STATUS CONFERENCE
2010-038-PLD-Stipulation CMC 102609.doc

-2-

Case No. 3:07-CV-02564-CRB

Dated: October 26, 2009

HOWREY LLP

By: _____
John W. Ralls

Attorneys for Defendants
DICK/MORGANTI, DICK CORPORATION, and
THE MORGANTI GROUP

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____October 28_, 2009

_____
Hon Charles R. Breyer,
United States District Court
Northern District of California
Judge Presiding

**IT IS SO ORDERED**
Judge Charles R. Breyer

STIPLUATION AND ORDER CONTINUING
STATUS CONFERENCE
2010-038-PLD-Stipulation CMC 102609.doc

Case No. 3:07-CV-02564-CRB