JOHN W. RALLS (CA Bar No. 148233)
RallsJ@howrey.com
JOHN FOUST (CA Bar No. 218824)
FoustJ@howrey.com
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, CA 94105-2708
Tel. 415.848.4900 // Fax 415.848.4999

Attorneys for Defendants
DICK/MORGANTI, DICK CORPORATION,
and THE MORGANTI GROUP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA for the Use and Benefit of WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS, and WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS, <br><br> Plaintiffs, <br> vs. <br><br> DICK/MORGANTI, a joint venture, DICK CORPORATION, THE MORGANTI GROUP, AMERICAN CASUALTY COMPANY OF READING, PA, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No.: 3:07-CV-02564-CRB <br><br> **STIPULATION AND [PROPOSED] ORDER FURTHER EXTENDING TIME TO FILE ANSWER AND COUNTERCLAIM** <br><br><br> Before: Hon. Charles R. Breyer |
| AND RELATED COUNTER-CLAIMS AND THIRD PARTY CLAIMS. | |

Pursuant to Local Civil Rule 6-2, Defendants, Counter-Claimants, and Third Party

Complainants DICK/MORGANTI, DICK CORPORATION, and THE MORGANTI GROUP

(together, "D/M") and Plaintiff WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS

("Webcor") hereby stipulate and agree that the deadline for D/M to file an answer to Webcor's

complaint, as well as the time for D/M to file a counterclaim, if any, be further extended by one

month from **November 19, 2009**, to **December 18, 2009**. The parties and their representatives continue to meet and discuss various issues, including how Webcor's claims will be addressed at the upcoming mediations with the Project owner. In the meantime, the parties prefer to avoid spending time on litigation activities and filings in the case, and therefore stipulate to this further extension of time.

The time for D/M to file an answer to Webcor's complaint and the time for D/M to file a counterclaim has been extended several times before. Additionally, there have been other time extensions in this case, including time extensions in connection with case management conferences.

A declaration in support of this stipulated request is attached.

Dated: November 18, 2009

HOWREY LLP
525 Market Street, Suite 3600
San Francisco, California 94105
Tel. 415.848.4900 // Fax 415.848.4999

By: _____
John W. Ralls
John Foust
Attorneys for Defendants, Counter-Claimants
and Third Party Complainants
DICK/MORGANTI, DICK CORPORATION,
and THE MORGANTI GROUP

Dated: November 18, 2009

BOWLES & VERNA LLP
2121 N. California Boulevard, Suite 875
Walnut Creek, California 94596
Tel. 925.935.3300 // Fax 925.935.0371

By: _____
Kenneth G. Jones
Michael P. Connolly
Attorneys for Plaintiff
WEBCOR CONSTRUCTION, INC. dba
WEBCOR BUILDERS

# **ORDER**

The deadline for Defendants, Counter-Claimants, and Third Party Complainants DICK/MORGANTI, DICK CORPORATION, and THE MORGANTI GROUP (together, "D/M") to file an answer to the complaint of Plaintiff WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS ("Webcor"), as well as the time for D/M to file a counterclaim, if any, is further extended by one month from November 19, 2009, to **December 18, 2009**.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:____November 23____, 2009



_____

Hon. Char~~les~~

~~District~~

IT IS SO ORDERED

Judge Charles R. Breyer

# DECLARATION OF JOHN FOUST

I, John Foust, declare:

1.    I am an attorney with Howrey LLP and counsel of record for Defendants, Counter-Claimants, and Third Party Complainants DICK/MORGANTI, DICK CORPORATION, and THE MORGANTI GROUP (together, "D/M").

2    Plaintiff WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS ("Webcor"), on the one hand, and D/M, on the other, have agreed to continue to discuss various issues, including how Webcor's claims will be addressed at the upcoming mediations with the Project owner.  In the meantime, the parties prefer to avoid spending time on litigation activities and filings in this case. Therefore, the parties have stipulated and agreed to extend the deadline for D/M to file an answer to Webcor's complaint, as well as the time for D/M to file a counterclaim, if any, by one month from November 19, 2009, to December 18, 2009.

3.    The parties have previously stipulated, and the Court has previously allowed, ten extensions for the response to the complaint and counterclaim.  Additionally, there have been other time extensions in this case, including time extensions in connection with case management conferences.

I declare under penalty of perjury under the law of the United States that the foregoing is true and correct.

Executed on November 18, 2009, in San Francisco, California.

_____
John Foust