1  J. MORROW OTIS (CA Bar No. 039311)
   STEVEN L. IRIKI (CA Bar No. 142533)
2  sli@ocilaw.com
   OTIS CANLI & IRIKI, LLP
3  625 Market Street, 4th Floor
   San Francisco, California 94105-3306
4  Tel. 415.362.4442 // Fax 415.362.7332
5
   Attorneys for PERFORMANCE CONTRACTING, INC.
6
   JOHN W. RALLS (CA Bar No. 148233)
7  RallsJ@howrey.com
   JOHN FOUST (CA Bar No. 218824)
8  FoustJ@howrey.com
   HOWREY LLP
9  525 Market Street, Suite 3600
   San Francisco, California 94105-2708
10 Tel. 415.848.4900 // Fax 415.848.4999

11 Attorneys for
   DICK/MORGANTI, DICK CORPORATION,
12 and THE MORGANTI GROUP

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA for the Use and Benefit of WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS, and WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS,<br><br>Plaintiffs,<br><br>vs.<br><br>DICK/MORGANTI, a joint venture, DICK CORPORATION, THE MORGANTI GROUP, AMERICAN CASUALTY COMPANY OF READING, PA, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 3:07-CV-02564-CRB<br><br>**STIPULATION FOR CONTINUED STAY OF PROCEEDINGS; [PROPOSED] ORDER**<br><br>Before: Hon. Charles R. Breyer |
| AND RELATED COUNTER-CLAIMS AND THIRD PARTY CLAIMS. | |

Performance Contracting, Inc. ("PCI") and Dick/Morganti, a Joint Venture ("D/M"), hereby stipulate to a stay of all proceedings in this action (including the related actions), except for any proceedings necessary to enforce the Settlement and Distribution Agreement between PCI and D/M dated January 18, 2010. The stay of all proceedings will remain in effect until all of D/M's claims against the GSA are fully and finally settled or decided. As part of the stay, PCI will also stipulate to stay its pending motion to have the Court determine which portions of PCI's claims are pass through and which are not pass through. PCI agrees that it will not take any further action to attempt to lift the stay in place in this action (including the related actions), at least until all of D/M's claims against the GSA are fully and finally settled or decided, provided however, that as of June 1, 2011, PCI may attempt to lift the stay on the ground that D/M has not prosecuted the claims against GSA in good faith or with reasonable diligence.

Dated: January 29, 2010

OTIS CANLI & IRIKI, LLP

By: _____
Steven L. Iriki
Attorneys for Third Party Defendant
Performance Contracting, Inc.

Dated: January 29, 2010

HOWREY LLP

By: _____
John W. Ralls
Attorneys for Defendants, Counter-Claimants
and Third Party Complainants
DICK/MORGANTI, DICK CORPORATION,
and THE MORGANTI GROUP

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: February 2, 2010

_____
Hon.
United
Northern

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA