JOHN W. RALLS (CA Bar No. 148233)
RallsJ@howrey.com
JOHN FOUST (CA Bar No. 218824)
FoustJ@howrey.com
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, CA 94105-2708
Tel. 415.848.4900 // Fax 415.848.4999

Attorneys for Defendants
DICK/MORGANTI, DICK CORPORATION,
and THE MORGANTI GROUP

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA for the Use and Benefit of WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS, and WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS,<br><br>　　　　　Plaintiffs,<br>　vs.<br>DICK/MORGANTI, a joint venture, DICK CORPORATION, THE MORGANTI GROUP, AMERICAN CASUALTY COMPANY OF READING, PA, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No.: 3:07-CV-02564-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER FURTHER EXTENDING TIME TO FILE ANSWER AND COUNTERCLAIM**<br><br>Before:　Hon. Charles R. Breyer |
| AND RELATED COUNTER-CLAIMS AND THIRD PARTY CLAIMS. | |

　　　　Pursuant to Local Civil Rule 6-2, Defendants, Counter-Claimants, and Third Party Complainants DICK/MORGANTI, DICK CORPORATION, and THE MORGANTI GROUP (together, "D/M") and Plaintiff WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS ("Webcor") hereby stipulate and agree that the deadline for D/M to file an answer to Webcor's

complaint, as well as the time for D/M to file a counterclaim, if any, be further extended by four days from **February 8, 2010**, to **February 12, 2010**.

The time for D/M to file an answer to Webcor's complaint and the time for D/M to file a counterclaim has been extended several times before. Additionally, there have been other time extensions in this case, including time extensions in connection with case management conferences.

Dated: February 8, 2010

HOWREY LLP
525 Market Street, Suite 3600
San Francisco, California 94105
Tel. 415.848.4900 // Fax 415.848.4999

By: _____
John W. Ralls
John Foust
Attorneys for Defendants, Counter-Claimants
and Third Party Complainants
DICK/MORGANTI, DICK CORPORATION,
and THE MORGANTI GROUP

Dated: February 8, 2010

BOWLES & VERNA LLP
2121 N. California Boulevard, Suite 875
Walnut Creek, California 94596
Tel. 925.935.3300 // Fax 925.935.0371

By: _____
Kenneth G. Jones
Michael P. Connolly
Attorneys for Plaintiff
WEBCOR CONSTRUCTION, INC. dba
WEBCOR BUILDERS

**<u>ORDER</u>**

The deadline for Defendants, Counter-Claimants, and Third Party Complainants DICK/MORGANTI, DICK CORPORATION, and THE MORGANTI GROUP (together, "D/M") to file an answer to the complaint of Plaintiff WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS ("Webcor"), as well as the time for D/M to file a counterclaim, if any, is further extended by fours days from February 8, 2010, to **February 12, 2010**.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: February 16, 2010

_____
Hon. Charles R. Breyer
United States District Court
Northern District of California

IT IS SO ORDERED
Judge Charles R. Breyer