RICHARD T. BOWLES (# 46234)
KENNETH G. JONES (# 196868)
MICHAEL P. CONNOLLY (# 238478)
BOWLES & VERNA LLP
2121 N. California Boulevard, Suite 875
Walnut Creek, California 94596
Telephone: (925) 935-3300
Facsimile: (925) 935-0371
Email: rbowles@bowlesverna.com
kjones@bowlesverna.com
mconnolly@bowlesverna.com

Attorneys for Plaintiff and Counterdefendant
WEBCOR CONSTRUCTION, INC.
dba WEBCOR BUILDERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA for the Use and Benefit of WEBCOR CONSTRUCTION, INC., etc.,<br><br>Plaintiffs,<br><br>vs.<br><br>DICK/MORGANTI, a joint venture, et al.,<br><br>Defendants. | CASE NO.: 3:07-CV-02564-CRB<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE ANSWER TO COUNTERCLAIM<br><br>Before: Hon. Charles R. Breyer |
| DICK/MORGANTI, a joint venture, et al.,<br><br>Counterclaimants,<br><br>v.<br><br>WEBCOR CONSTRUCTION, INC. and ST. PAUL FIRE AND MARINE INSURANCE COMPANY,<br><br>Counterdefendants. | |
| AND RELATED COUNTERCLAIMS AND THIRD PARTY CLAIMS. | |

Pursuant to Local Civil Rule 6-2, Plaintiff and Counterdefendant WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS ("Webcor") and Defendant, Counter-Claimant and Third Party

1
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE ANSWER TO COUNTERCLAIM
CASE NO.: 3:07-CV-02564-CRB

Bowles & Verna LLP
2121 N. California Blvd
Suite 875
Walnut Creek 94596

Complainant DICK/MORGANTI, a joint venture ("D/M") hereby stipulate and agree that the deadline for Webcor and counter-defendant St. Paul Fire and Marine Insurance Company ("St. Paul") to file an answer to D/M's counterclaim be further extended by one month from March 8, 2010, to April 7, 2010. The parties and their representatives continue to meet and discuss various issues, including how Webcor's claims will be addressed at the upcoming mediations with the Project owner. In the meantime, the parties prefer to avoid spending time on litigation activities and filings in the case, and therefore stipulate to this further extension of time.

The time for Webcor and St. Paul to file an answer to D/M's counterclaim has not been previously extended. Additionally, there were thirteen extensions of time for D/M to file an answer and counterclaim to Webcor's complaint, as well as other time extensions in connection with case management conferences.

A declaration in support of this stipulated request is attached.

Dated: March 3, 2010                     BOWLES & VERNA LLP

                                         By: _____
                                            RICHARD T. BOWLES
                                            KENNETH G. JONES
                                            MICHAEL P. CONNOLLY
                                            Attorneys for Plaintiff and Counterdefendant
                                            WEBCOR CONSTRUCTION, INC. dba
                                            WEBCOR BUILDERS

Dated: March ____, 2010                  HOWREY LLP

                                         By: _____
                                            JOHN W. RALLS
                                            JOHN FOUST
                                            Attorneys for Defendants, Counter-Claimants,
                                            and Third Party Complainants
                                            DICK/MORGANTI, DICK
                                            CORPORATION, and THE MORGANTI
                                            GROUP

Bowles & Verna LLP
2121 N. California Blvd
Suite 875
Walnut Creek 94596

2
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE ANSWER TO COUNTERCLAIM
CASE NO.: 3:07-CV-02564-CRB

Complainant DICK/MORGANTI, a joint venture ("D/M") hereby stipulate and agree that the deadline for Webcor and counter-defendant St. Paul Fire and Marine Insurance Company ("St. Paul") to file an answer to D/M's counterclaim be further extended by one month from March 8, 2010, to April 7, 2010. The parties and their representatives continue to meet and discuss various issues, including how Webcor's claims will be addressed at the upcoming mediations with the Project owner. In the meantime, the parties prefer to avoid spending time on litigation activities and filings in the case, and therefore stipulate to this further extension of time.

The time for Webcor and St. Paul to file an answer to D/M's counterclaim has not been previously extended. Additionally, there were thirteen extensions of time for D/M to file an answer and counterclaim to Webcor's complaint, as well as other time extensions in connection with case management conferences.

A declaration in support of this stipulated request is attached.

Dated: March _____, 2010          BOWLES & VERNA LLP

                                  By: _____
                                      RICHARD T. BOWLES
                                      KENNETH G. JONES
                                      MICHAEL P. CONNOLLY
                                      Attorneys for Plaintiff and Counterdefendant
                                      WEBCOR CONSTRUCTION, INC. dba
                                      WEBCOR BUILDERS

Dated: March 3, 2010              HOWREY LLP

                                  By: _____
                                      JOHN W. RALLS
                                      JOHN FOUST
                                      Attorneys for Defendants, Counter-Claimants,
                                      and Third Party Complainants
                                      DICK/MORGANTI, DICK
                                      CORPORATION, and THE MORGANTI
                                      GROUP

Bowles & Verna LLP
2121 N. California Blvd
Suite 875
Walnut Creek 94596

## ORDER

The deadline for Plaintiff and Counter-Defendant WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS ("Webcor") and Counter-Defendant St. Paul Fire and Marine Insurance ("St. Paul") to file an answer to the counterclaim of Defendant, Counter-Claimant and Third Party Complainant DICK/MORGANTI, a joint venture ("D/M") is extended by one month from March 8, 2010, to April 7, 2010.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March __05__, 2010

By: _____
Hon. Charles R. Breyer
United States District Court
Northern District of California



Bowles & Verna LLP
2121 N. California Blvd
Suite 875
Walnut Creek 94596

3

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE ANSWER TO COUNTERCLAIM
CASE NO.: 3:07-CV-02564-CRB

# DECLARATION OF MICHAEL P. CONNOLLY

I, Michael P. Connolly, declare:

1. I am an attorney with Bowles & Verna LLP and counsel of record for Plaintiff and Counterdefendant WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS ("Webcor").

2. Webcor, on the one hand, and Defendant, Counter-Claimant and Third Party Complainant DICK/MORGANTI, a joint venture ("D/M"), on the other, have agreed to continue to discuss various issues, including how Webcor's claims will be addressed at the upcoming mediations with the Project owner. In the meantime, the parties prefer to avoid spending time on litigation activities and filings in this case. Therefore, the parties have stipulated and agreed to extend the deadline for Webcor and Counter-Defendant St. Paul Fire and Marine Insurance ("St. Paul") to file an answer to D/M's counterclaim by one month from March 8, 2010, to April 7, 2010.

3. The parties have not previously sought an extension of time for Webcor and St. Paul to file an answer to D/M's counterclaim. The Court has previously allowed thirteen extensions of time for D/M to file a response to Webcor's complaint and to file a counterclaim. Additionally, there have been other time extensions in this case, including time extensions in connection with case management conferences.

I declare under penalty of perjury under the law of the United States that the foregoing is true and correct.

Executed on March 3, 2010, in Walnut Creek, California.

MICHAEL P. CONNOLLY