1  Steven F. Brockhage (CA Bar #101598)
   sfb@smithbrock.com
2  SMITH & BROCKHAGE, LLP
   3480 Buskirk Avenue, Suite 200
3  Pleasant Hill, CA 94523
   Tel. 925.296.0636 // Fax 925.296.0640
4
   Attorneys for Third-Party Defendant
5  ROSENDIN ELECTRIC, INC.

6  Gregg N. Dulik (CA Bar #124221)
   gregg.dulik@sdma.com
7  SEDGWICK DETERT MORAN & ARNOLD LLP
   One Market Plaza, Steuart Tower, 8th Floor
8  San Francisco, CA 94105
   Tel. 415.781.7900 // Fax 415.781.2635
9
   Attorneys for Third-Party Plaintiffs AMERICAN
10 CASUALTY COMPANY OF READING, PA and
   NATIONAL UNION FIRE INSURANCE
11 COMPANY OF PITTSBURGH, PA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA for the Use and Benefit of WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS, and WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS,<br><br>Plaintiffs,<br><br>vs.<br><br>DICK/MORGANTI, a joint venture, DICK CORPORATION, THE MORGANTI GROUP, AMERICAN CASUALTY COMPANY OF READING, PA, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 3:07-CV-02564-CRB<br><br>**JOINT REQUEST AND STIPULATION OF DISMISSAL OF THIRD PARTY DEFENDANT ROSENDIN ELECTRIC, INC.; [PROPOSED] ORDER**<br><br>Before:  Hon. Charles R. Breyer |
| AND RELATED COUNTER-CLAIMS AND THIRD PARTY CLAIMS. | |

Pursuant to FRCP 41(a)(2) and (c), Third Party Defendant ROSENDIN ELECTRIC, INC. ("Rosendin") and Third Party Plaintiffs AMERICAN CASUALTY COMPANY OF READING, PA, and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA (together, "Sureties") stipulate and agree that the Sureties' Third Party Complaint, as against Rosendin only, be dismissed with prejudice, parties to bear their own fees and costs. This Stipulation is made as part of an agreement under which certain claims of Rosendin are being passed through to the United States government, and will be prosecuted as part of a separate proceeding. Rosendin and Sureties respectfully request that the Court enter an order pursuant to this stipulation.

Dated: February 26, 2010            SMITH & BROCKHAGE, LLP

By /s/
_____
Steven F. Brockhage
Attorneys for Third-Party Defendant
ROSENDIN ELECTRIC, INC.

Dated: February 26, 2010            SEDWICK DETERT MORAN & ARNOLD LLP

By /s/
_____
Gregg N. Dulik
Attorneys for Third-Party Plaintiffs AMERICAN CASUALTY COMPANY OF READING, PA and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

The Third Party Complaint of AMERICAN CASUALTY COMPANY OF READING, PA, and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA as against Third Party Defendant ROSENDIN ELECTRIC, INC. only, is hereby dismissed with prejudice, parties to bear their own fees and costs.

Dated: March 9, 2010

_____
Hon. Charles R. Breyer
United States District Judge
Northern District of California

IT IS SO ORDERED
Judge Charles R. Breyer