RICHARD T. BOWLES (# 46234)
KENNETH G. JONES (# 196868)
MICHAEL P. CONNOLLY (# 238478)
BOWLES & VERNA LLP
2121 N. California Boulevard, Suite 875
Walnut Creek, California 94596
Telephone: (925) 935-3300
Facsimile: (925) 935-0371
Email: rbowles@bowlesverna.com
       kjones@bowlesverna.com
       mconnolly@bowlesverna.com

Attorneys for Counterdefendants
WEBCOR CONSTRUCTION, INC.
dba WEBCOR BUILDERS and ST.
PAUL FIRE AND MARINE
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA for the Use and Benefit of WEBCOR CONSTRUCTION, INC., etc., <br><br> Plaintiffs, <br><br> vs. <br><br> DICK/MORGANTI, a joint venture, et al., <br><br> Defendants. | CASE NO.: 3:07-CV-02564-CRB <br><br> **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE ANSWER TO COUNTERCLAIM** <br><br> Before: Hon. Charles R. Breyer |
| DICK/MORGANTI, a joint venture, et al., <br><br> Counterclaimants, <br><br> v. <br><br> WEBCOR CONSTRUCTION, INC. and ST. PAUL FIRE AND MARINE INSURANCE COMPANY, <br><br> Counterdefendants. | |
| AND RELATED COUNTERCLAIMS AND THIRD PARTY CLAIMS | |

Pursuant to Local Civil Rule 6-2, Counterdefendant ST. PAUL FIRE AND MARINE

INSURANCE COMPANY ("St. Paul") and Defendant, Counter-Claimant and Third Party Complainant

Bowles & Verna LLP
2121 N. California Blvd
Suite 875
Walnut Creek 94596

1                                             Case No.: 3:07-CV-02564-CRB
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE ANSWER TO COUNTERCLAIM

DICK/MORGANTI, a joint venture ("D/M") hereby stipulate and agree that the deadline for St. Paul to file an answer to D/M's counterclaim be extended from May 21, 2010, to September 10, 2010. The parties continue to meet and discuss various issues, including how the claims of plaintiff and counterdefendant Webcor Construction, Inc. dba Webcor Builders, which is the principal for St. Paul, will be addressed at the August, 2010 mediation with the Project Owner, the General Services Administration. In the meantime, the parties prefer to avoid spending time on litigation activities and filings in the case, and therefore stipulate to this further extension of time.

The time for St. Paul to file an answer to D/M's counterclaim has not been previously extended. A declaration in support of this stipulated request is attached.

Dated: May  13 , 2010                    BOWLES & VERNA LLP

By: _____
RICHARD T. BOWLES
KENNETH G. JONES
MICHAEL P. CONNOLLY
Attorneys for Counterdefendants
WEBCOR CONSTRUCTION, INC. dba
WEBCOR BUILDERS and ST. PAUL
FIRE AND MARINE INSURANCE
COMPANY

Dated: May _____, 2010                   HOWREY LLP

By: _____
JOHN W. RALLS
JOHN FOUST
Attorneys for Defendants, Counter-Claimants,
and Third Party Complainants
DICK/MORGANTI, DICK
CORPORATION, and THE MORGANTI
GROUP

Bowles & Verna LLP
2121 N. California Blvd
Suite 875
Walnut Creek 94596

2                                           Case No.: 3:07-CV-02564-CRB
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE ANSWER TO COUNTERCLAIM

1  DICK/MORGANTI, a joint venture ("D/M") hereby stipulate and agree that the deadline for St. Paul to
2  file an answer to D/M's counterclaim be extended from May 21, 2010, to September 10, 2010. The
3  parties continue to meet and discuss various issues, including how the claims of plaintiff and
4  counterdefendant Webcor Construction, Inc. dba Webcor Builders, which is the principal for St. Paul,
5  will be addressed at the August, 2010 mediation with the Project Owner, the General Services
6  Administration. In the meantime, the parties prefer to avoid spending time on litigation activities and
7  filings in the case, and therefore stipulate to this further extension of time.

The time for St. Paul to file an answer to D/M's counterclaim has not been previously extended. A declaration in support of this stipulated request is attached.

Dated: May _____, 2010          BOWLES & VERNA LLP


                                By: _____
                                    RICHARD T. BOWLES
                                    KENNETH G. JONES
                                    MICHAEL P. CONNOLLY
                                    Attorneys for Counterdefendants
                                    WEBCOR CONSTRUCTION, INC. dba
                                    WEBCOR BUILDERS and ST. PAUL
                                    FIRE AND MARINE INSURANCE
                                    COMPANY


Dated: May 13, 2010             HOWREY LLP


                                By: _____
                                    JOHN W. RALLS
                                    JOHN FOUST
                                    Attorneys for Defendants, Counter-Claimants,
                                    and Third Party Complainants
                                    DICK/MORGANTI, DICK
                                    CORPORATION, and THE MORGANTI
                                    GROUP

Bowles & Verna LLP
2121 N. California Blvd
Suite 875
Walnut Creek 94596

2                                       Case No.: 3:07-CV-02564-CRB
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE ANSWER TO COUNTERCLAIM

# ORDER

The deadline for Plaintiff and Counter-Defendant WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS ("Webcor") and Counter-Defendant St. Paul Fire and Marine Insurance ("St. Paul") to file an answer to the counterclaim of Defendant, Counter-Claimant and Third Party Complainant DICK/MORGANTI, a joint venture ("D/M") is extended from May 21, 2010, to September 10, 2010.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: May __17__, 2010

By: _____
Hon. Charles R. Breyer
United States District Court
Northern District of California



IT IS SO ORDERED
Judge Charles R. Breyer

Bowles & Verna LLP
2121 N. California Blvd
Suite 875
Walnut Creek 94596

3

Case No.: 3:07-CV-02564-CRB
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE ANSWER TO COUNTERCLAIM