RICHARD T. BOWLES (# 46234)
KENNETH G. JONES (# 196868)
MICHAEL P. CONNOLLY (# 238478)
BOWLES & VERNA LLP
2121 N. California Boulevard, Suite 875
Walnut Creek, California  94596
Telephone:  (925) 935-3300
Facsimile:  (925) 935-0371
Email:  rbowles@bowlesverna.com
        kjones@bowlesverna.com
        mconnolly@bowlesverna.com

Attorneys for Plaintiff and Counter-Defendant
WEBCOR CONSTRUCTION, INC. dba
WEBCOR BUILDERS and Counter-defendant
ST. PAUL FIRE AND MARINE INSURANCE
COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA for the Use and Benefit of WEBCOR CONSTRUCTION, INC., etc.,<br><br>Plaintiffs,<br><br>vs.<br><br>DICK/MORGANTI, a joint venture, et al.,<br><br>Defendants. | CASE NO.:  3:07-CV-02564-CRB<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE TRIAL DATE**<br><br>Complaint Filed: May 11, 2007<br>Pre-Trial Conference: April 21, 2011<br>Trial Date: May 2, 2011<br><br>Before:  Hon. Charles R. Breyer |
| AND RELATED COUNTERCLAIMS AND THIRD PARTY CLAIMS. | |

Plaintiff and Counter-Defendant Webcor Construction, Inc. dba Webcor Builders ("Webcor"), Counter-Defendant St. Paul Fire and Marine Insurance ("St. Paul") and Defendant, Counter-Claimant and Third Party Complainant DICK/MORGANTI, a joint venture ("D/M"), by and through their respective counsel, hereby stipulate to a continuance of the upcoming trial date as well as the upcoming case management conference for the reasons set forth below.

On September 17, 2010, at the last Case Management Conference, the Court set the matter for trial on May 2, 2011 with a Pre-Trial Conference set for April 21, 2011. At the time of setting that trial

Bowles & Verna LLP
2121 N. California Blvd
Suite 875
Walnut Creek 94596

1                                                    CASE NO.: 3:07-CV-02564-CRB
JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE TRIAL DATE

1  date, counsel for Webcor and St. Paul inadvertently overlooked that lead trial counsel, Richard T.
2  Bowles, would be unavailable for that trial date due to a long-standing pre-planned vacation to South
3  Africa from May 11 to May 30, 2011.  Mr. Bowles is also set for trial on June 13, 2011 in San Mateo
4  County Superior Court.  Dick/Morganti does not oppose the continuance requested by Webcor and St.
5  Paul.  Accordingly, the parties hereby stipulate to and request that the trial date be continued to July 12,
6  2011 or the next earliest available trial date thereafter.  The parties further stipulate to and request that
7  the pre-trial conference set for April 21, 2011 be moved to sometime in the first two weeks of June
8  2011 and prior to June 13, 2011.  The parties further stipulate and agree that all other pre-trial deadlines
9  shall be recalculated according to the revised trial date.
10  A further case management conference is presently set for December 10, 2010 at 8:30 a.m.
11  Counsel for D/M is set for trial taking place from December 6 through December 10, 2010.  Therefore,
12  counsel for D/M and Webcor hereby stipulate and request that the further case management conference
13  be continued to December 17, 2010 at 8:30 a.m.
14  IT IS SO STIPULATED.
15  Dated: November 5, 2010                                    BOWLES & VERNA LLP

                                                              By: _____
                                                              RICHARD T. BOWLES
                                                              KENNETH G. JONES
                                                              MICHAEL P. CONNOLLY
                                                              Attorneys for Plaintiff and Counter-Defendant
                                                              WEBCOR CONSTRUCTION, INC. dba
                                                              WEBCOR BUILDERS and Counter-
                                                              Defendant ST. PAUL FIRE AND
                                                              MARINE INSURANCE COMPANY

Bowles & Verna LLP
2121 N. California Blvd
Suite 875
Walnut Creek 94596

2                             CASE NO.: 3:07-CV-02564-CRB
JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE TRIAL DATE

1  Dated: November 5, 2010           HOWREY LLP

3                                    By: /s/ John W. Ralls
4                                    John W. Ralls
                                     John Foust
5                                    Attorneys for Defendants, Counter-Claimants
                                     and Third Party Complainants
6                                    DICK/MORGANTI; DICK
                                     CORPORATION; and THE
                                     MORGANTI GROUP

### ORDER

July 18
Good cause showing, the trial date in this matter is continued from May 2, 2011 to ~~July 17~~,
July 12,
2011, and the pre-trial conference is continued from April 21, 2011 to ~~June~~___, 2011. In addition, the further case management conference is continued from December 10, 2010 to December 17, 2010 at 8:30 a.m. and all pre-trial deadlines shall be recalculated in accordance with the revised trial date.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: Nov. 12, 2010

_____
HONORABLE CHARLES R. BREYER

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Bowles & Verna LLP
121 N. California Blvd
Suite 875
Walnut Creek 94596

3                                                CASE NO.: 3:07-CV-02564-CRB
JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE TRIAL DATE