JOHN W. RALLS (CA Bar No. 148233)
RallsJ@howrey.com
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, California  94105-2708
Tel. 415.848.4900 // Fax 415.848.4999

Attorneys for
DICK/MORGANTI, DICK CORPORATION,
and THE MORGANTI GROUP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA for the Use and Benefit of WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS, and WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS,<br><br>Plaintiffs,<br><br>vs.<br><br>DICK/MORGANTI, a joint venture, DICK CORPORATION, THE MORGANTI GROUP, AMERICAN CASUALTY COMPANY OF READING, PA, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 3:07-CV-02564-CRB (Consolidated with 3:07-CV-4180-EDL and )<br><br>**STIPULATION OF DISMISSALS AND PARTIAL DISMISSALS PURSUANT TO SETTLEMENT AGREEMENT; [PROPOSED] ORDER**<br><br>Before:   Hon. Charles R. Breyer |
| AND RELATED COUNTER-CLAIMS AND THIRD PARTY CLAIMS. | |

Pursuant to Rule 41, Federal Rules of Civil Procedure, the parties listed below, through counsel, hereby stipulate, pursuant to their written settlement agreement, that the consolidated actions and portions thereof described below be dismissed, with prejudice, parties, and each of them, to bear their own fees and costs.

1     The following action in its entirety:  UNITED STATES OF AMERICA for the use and benefit of PERFORMANCE CONTRACTING, INC. v. DICK/MORGANTI, et al. (Case No. 3:07-CV-4180-EDL).

     The following action in its entirety:  UNITED STATES OF AMERICA for the use and benefit of PERMASTEELISA NORTH AMERICA CORP., INC. v. DICK/MORGANTI, et al. (Case No. 3:08-CV-3664-JCS).

     The following action in its entirety (except as specified below):  UNITED STATES OF AMERICA for the use and benefit of WEBCOR CONSTRUCTION, INC. v. DICK/MORGANTI, et al. (Case No. 3:07-CV-02564-CRB) ("Webcor Action").  The exceptions to the dismissal of the Webcor Action are as follows:  the Complaint of WEBCOR CONSTRUCTION, INC.; the Counterclaim of DICK/MORGANTI against WEBCOR CONSTRUCTION, INC. and ST. PAUL FIRE AND MARINE INSURANCE COMPANY; and the Third Party Complaint and Counterclaim by AMERICAN CASUALTY COMPANY OF READING, PA and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA as against WEBCOR CONSTRUCITON, INC. only.  As stated in the Joint Notice of Settlement filed herein on February 9, 2011 (Document 272), pursuant to a written settlement agreement, a stipulation of dismissal of the entire Webcor Action, with prejudice, is expected to be filed on or before June 15, 2011.

Dated:  February 17, 2011                    SEDGWICK, DETERT, MORAN & ARNOLD LLP

                                             By:  /s/ Gregg N. Dulik
                                                  Gregg N. Dulik
                                                  Attorneys for American Casualty Company of
                                                  Reading, PA

| | | |
|---|---|---|
| Dated: February 16, 2011 | | HOWREY LLP |
| | By: | /s/ John W. Ralls |
| | | John W. Ralls |
| | | Attorneys for Dick/Morganti, Dick Corporation, and The Morganti Group |
| Dated: February 17, 2011 | | OTIS CANLI & IRIKI LLP |
| | By: | /s/ Steven L. Iriki |
| | | J. Morrow Otis |
| | | Steven L. Iriki |
| | | Attorneys for Performance Contracting, Inc. |
| Dated: February 18, 2011 | | HEYMAN DENSMORE LLP |
| | By: | /s/ Roger P. Heyman |
| | | Roger P. Heyman |
| | | Attorneys for Permasteelisa North America Corp. |

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____February 23__, 2011

_____
Hon. Charles R. Breyer
United States District Court
Northern District of California

IT IS SO ORDERED
Judge Charles R. Breyer

3
STIPULATION OF DISMISSAL – Case No.: 3:07-CV-02564-CRB

DM_US:23634965_1