RICHARD T. BOWLES (# 46234)
KENNETH G. JONES (# 196868)
MICHAEL P. CONNOLLY (# 238478)
BOWLES & VERNA LLP
2121 N. California Boulevard, Suite 875
Walnut Creek, California 94596
Telephone: (925) 935-3300
Facsimile: (925) 935-0371
Email: rbowles@bowlesverna.com
kjones@bowlesverna.com
mconnolly@bowlesverna.com

Attorneys for Plaintiff and Counterdefendant
WEBCOR CONSTRUCTION, INC. dba
WEBCOR BUILDERS and Counterdefendant
ST. PAUL FIRE AND MARINE INSURANCE
COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA for the Use and Benefit of WEBCOR CONSTRUCTION, INC., etc.,<br><br>Plaintiffs,<br><br>vs.<br><br>DICK/MORGANTI, a joint venture, et al.,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS AND THIRD PARTY CLAIMS. | CASE NO.: 3:07-CV-02564-CRB<br><br>STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO SETTLEMENT AGREEMENT<br><br>Before: Hon. Charles R. Breyer |

Pursuant to Rule 41, Federal Rules of Civil Procedure, the parties listed below, through counsel, hereby stipulate, pursuant to their written Settlement Agreement, that the following actions described below be dismissed in their entirety, with prejudice, parties, and each of them, to bear their own fees and costs. This stipulated dismissal is in addition to the partial dismissals previously entered by the Court in its February 23, 2011 Order on Stipulation of Dismissals and Partial Dismissals Pursuant to Settlement Agreement (Document 275).

The following action in its entirety: UNITED STATES OF AMERICA for the use and benefit of WEBCOR CONSTRUCTION, INC. v. DICK/MORGANTI, et al. (Case No. 3:07-CV-02564-CRB)

Bowles & Verna LLP
2121 N. California Blvd
Suite 875
Walnut Creek 94596

1

CASE NO.: 3:07-CV-02564-CRB
STIPULATION & [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO SETTLEMENT AGREEMENT

("Webcor Action"), including the Complaint of WEBCOR CONSTRUCTION, INC.; the Counterclaim of DICK/MORGANTI against WEBCOR CONSTRUCTION, INC. and ST. PAUL FIRE AND MARINE INSRUANCE COMPANY; and the Third Party Complaint and Counterclaim by AMERICAN CASUALTY COMPANY OF READING, PA and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA against WEBCOR CONSTRUCTION, INC.

**IT IS SO STIPULATED.**

Dated: June 10, 2011                                  BOWLES & VERNA LLP


By:  /s/ Michael P. Connolly
     RICHARD T. BOWLES
     KENNETH G. JONES
     MICHAEL P. CONNOLLY
     Attorneys for
     WEBCOR CONSTRUCTION, INC. dba
     WEBCOR BUILDERS and ST. PAUL
     FIRE AND MARINE INSURANCE
     COMPANY

Dated: June 10, 2011                                  RALLS & NIECE LLP


By:  /s/ John W. Ralls
     JOHN W. RALLS
     Attorneys for
     DICK/MORGANTI, DICK
     CORPORATION, THE MORGANTI
     GROUP

Dated: June 10, 2011                                  SEDGWICK, DETERT, MORAN & ARNOLD LLP


By:  /s/ Gregg N. Dulik
     GREGG N. DULIK
     Attorneys for
     AMERICAN CASUALTY COMPANY
     OF READING, PA, and NATIONAL
     UNION FIRE INSURANCE COMPANY
     OF PITTSBURGH, PA

Bowles & Verna LLP
2121 N. California Blvd
Suite 875
Walnut Creek 94596

2                                    CASE NO.: 3:07-CV-02564-CRB
STIPULATION & [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO SETTLEMENT AGREEMENT

# [~~PROPOSED~~] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: June 15, 2011



HON. CHARLES R. BREYER
United States District Court
Northern District of California

Bowles & Verna LLP
2121 N. California Blvd
Suite 875
Walnut Creek 94596

3

CASE NO.: 3:07-CV-02564-CRB

STIPULATION & [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO SETTLEMENT AGREEMENT